EXHIBIT "B"

CONTRACTORS INVOICE

WORK PERFORMED AT:

TO:
L 63

| DATE | YOUR WORK ORDER NO. | OUR B/O NO. |

DESCRIPTION OF WORK PERFORMED

12/14 - 2/3/12
3/57 - 3300

All Material is guaranteed to be as specified, and the above work was performed in accordance
provided for the above work, and was completed in a substantial workmanlike manner for the

This is a ☐ Partial ☐ Full invoice due and payable by: _____ Month _____ Day
in accordance with our ☐ Agreement ☐ Proposal No. _____ Dated _____ Month _____ Year

adams

PART

CONTRACTORS INVOICE

adams

**CONTRACTORS INVOICE**

WORK PERFORMED AT:

1206 August Rd
Babylon, N.Y.

TO:

Georgios Siding Corp.

| DATE | YOUR WORK ORDER NO. | OUR BID NO. |
|------|---------------------|-------------|
| 12/2/11 | 3161 | |

**DESCRIPTION OF WORK PERFORMED**

Roof Rep - 22 sq
Cleanup - 4 yds

$1,450.00

Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications vided for the above work, and was completed in a substantial workmanlike manner for the agreed sum of _____

Dollars ($ 1,450.00

WORK PERFORMED AT:

TO: Rob
Finity

165 Sackville Rd
Garden City NY

| DATE | ORDER NO. | OUR BID NO. |
|------|-----------|-------------|
| 12/3 12/15 | 79 | |

DESCRIPTION OF WORK PERFORMED

12/3 -

12/15 -

12/16 -

All Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications provided for the above work, and was completed in a substantial workmanlike manner for the agreed sum of _____

Dollars ($ _____ ).

# CONTRACTORS INVOICE

**FINEST MAINTENANCE INC.**
6 Woodcock Lane
Levittown, N.Y. 11756
516-503-6015

WORK PERFORMED AT:

TO:

Georgios Siding Corp.

August Rd.
Babylon, N.Y.

| DATE | YOUR WORK ORDER NO. | OUR BID NO. |
|------|---------------------|-------------|
| 12/10/11 | 3157 | |

## DESCRIPTION OF WORK PERFORMED

Cleanup - 9 yds. construction debris

$360.00

All Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications provided for the above work, and was completed in a substantial workmanlike manner for the agreed sum of _____

_____ Dollars ($ 360.00 ).

This is a ☐ Partial ☐ Full invoice due and payable by: _____

Month          Day          Year

# CONTRACTORS INVOICE

WORK PERFORMED AT:

4 Dorothy St.
Syosset, N.Y.

TO:

West Shore Construction

| DATE | YOUR WORK ORDER NO. | OUR BID NO. |
|---|---|---|
| 12/10/11 | 3158 | |

**DESCRIPTION OF WORK PERFORMED**

Cleanup - 4 yds construction debris

$160.00

All Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications provided for the above work, and was completed in a substantial workmanlike manner for the agreed sum of _____

_____ Dollars ($ 160.00 ).

This is a ☐ Partial ☐ Full invoice due and payable by: _____
Month    Day    Year

_____ CONTRACTORS INVOICE

WORK PERFORMED AT:

TO:

Great Additions Const Comp.

3 Hill Dr
Glen Head, N.Y.

| DATE | YOUR WORK ORDER NO. | OUR BID NO. |
|---|---|---|
| 12/10/11 | 3159 | |

**DESCRIPTION OF WORK PERFORMED**

Cleanup - 5 yds construction debris

$200.00

All Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications provided for the above work, and was completed in a substantial workmanlike manner for the agreed sum of _____

_____ Dollars ($ 200.00 ).

This is a ☐ Partial ☐ Full invoice due and payable by: _____

Month          Day          Year

# CONTRACTORS INVOICE

WORK PERFORMED AT:

51 E Maple St.
Valley Stream, N.Y.

TO:

Built Right Renovations Inc

| DATE | YOUR WORK ORDER NO. | OUR BID NO. |
|------|---------------------|-------------|
| 12/12/11 | 3160 | |

**DESCRIPTION OF WORK PERFORMED**

Roof Rip + Installation - 11 sq

$132000

All Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications provided for the above work, and was completed in a substantial workmanlike manner for the agreed sum of _____

Dollars ($ 1,320.00 ).

CONTRACTORS INVOICE

WORK PERFORMED AT:

TO:

Pride Home Imp

516 N. Hawthorn
Massapequa, NY.

| DATE | YOUR WORK ORDER NO. | OUR BID NO. |
|------|---------------------|-------------|
| 12/13/11 | 3162 | |

**DESCRIPTION OF WORK PERFORMED**

Roof Rip + Installation - 23 sq

$ 2760.00

Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications
vided for the above work, and was completed in a substantial workmanlike manner for the agreed sum of _____

Dollars ($ 2760.00 ).

WORK PERFORMED AT:

TO:

Georgios Siding Corp

45 Denton
E. Rockaway, N.Y

| DATE | YOUR WORK ORDER NO. | OUR BID NO. |
|------|---------------------|-------------|
| 12/14 + 12/16/11 | 3166 | |

DESCRIPTION OF WORK PERFORMED

12/14 - Cleanup - 14 yds construction debris
12/16 - Cleanup - 12 yds construction debris

$ 1040.00

I Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications ovided for the above work, and was completed in a substantial workmanlike manner for the agreed sum of _____

Dollars ($ 1040.00 ).

CONTRACTORS INVOICE

WORK PERFORMED AT:

Convent Rd
Syosset, N.Y

TO:
Baskam-Setera, LLC

| DATE | YOUR WORK ORDER NO. | OUR BID NO. |
|------|---------------------|-------------|
| 12/14/11 | 3163 | |

DESCRIPTION OF WORK PERFORMED

Repair lower roof - Replace Shingle, Seal Flashing, around
Chimney.
Repair upper roof - Replace Shingle - Cut-in copper flashing

$ 5000.00

Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications
vided for the above work, and was completed in a substantial workmanlike manner for the agreed sum of _____

_____ Dollars ($ 5000.00 ).

i is a ☐ Partial ☐ Full invoice due and payable b...

CONTRACTORS INVOICE

WORK PERFORMED AT:

TO:
Pride Home Imp.

Tulip Ln.
New Hyde Park, NY

| DATE | YOUR WORK ORDER NO. | OUR BID NO. |
|---|---|---|
| 12/16/11 | 3164 | |

**DESCRIPTION OF WORK PERFORMED**

Roof Rip + Installation - 1952

$225000

Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications provided for the above work, and was completed in a substantial workmanlike manner for the agreed sum of _____

_____ Dollars ($ 2250.00 ).

————— CONTRACTORS INVOICE

WORK PERFORMED AT:

2343 Eighth
E Meadow, NY

TO:
Georgios Siding Corp

| DATE | YOUR WORK ORDER NO. | OUR BID NO. |
|---|---|---|
| 12/27/11 | 3171 | |

**DESCRIPTION OF WORK PERFORMED**

Cleanup- 4 yds roofing debris

$240.00

All Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications provided for the above work, and was completed in a substantial workmanlike manner for the agreed sum of _____

_____ Dollars ($ 240.00 ).

This is a ☐ Partial ☐ Full invoice due and payable by: _____ _____ _____
                                                          Month        Day       Year

# CONTRACTORS INVOICE

WORK PERFORMED AT:

2089 Central Dr. N
E Meadow, N.Y.

TO:

Built Right Renovations Inc

| DATE | YOUR WORK ORDER NO. | OUR BID NO. |
|------|---------------------|-------------|
| 12/27/11 | 3172 | |

**DESCRIPTION OF WORK PERFORMED**

Cleanup - 7 yds construction debris

$280.00

All Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications provided for the above work, and was completed in a substantial workmanlike manner for the agreed sum of _____

Dollars ($ 280.00 ).

This is a ☐ Partial ☐ Full invoice due and payable by: _____

Month        Day        Year

**━━━━━━ CONTRACTORS INVOICE**

WORK PERFORMED AT:

| TO: | | 225 S...... Ave. |
| Visions Designers Builders Inc | | West Hampton, N.Y. |

| DATE 12/2s/11 | YOUR WORK ORDER NO. 3173 | OUR BID NO. |

**DESCRIPTION OF WORK PERFORMED**

............... construction ....

$ ........

I Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications ovided for the above work, and was completed in a substantial workmanlike manner for the agreed sum of _____

Dollars ($ ........ ).

# CONTRACTORS INVOICE

WORK PERFORMED AT:

23 Kingston St.
N.H.P., N.Y.

TO:

Great Additions Const. Comp

| DATE | YOUR WORK ORDER NO. | OUR BID NO. |
|------|---------------------|-------------|
| 12/2/11 | 3174 | |

### DESCRIPTION OF WORK PERFORMED

2nd floor interior gut

$1,500.00

All Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications provided for the above work, and was completed in a substantial workmanlike manner for the agreed sum of _____

_____ Dollars ($ 1,500.00 ).

This is a ☐ Partial ☐ Full invoice due and payable by: _____

Month          Day          Year

CONTRACTORS INVOICE

WORK PERFORMED AT:

Broadway
N.Y.P, NY

TO:
Georges Siding Corp

| DATE | YOUR WORK ORDER NO. | OUR BID NO. |
|------|---------------------|-------------|
| 12/29/11 | 3175 | |

DESCRIPTION OF WORK PERFORMED

CV___ 7,___ ___ ___

$ 4___

Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications provided for the above work, and was completed in a substantial workmanlike manner for the agreed sum of _____ Dollars ($ 4/___ ).

s is a ☐ Partial ☐ Full invoice due and payable by:

CONTRACTORS INVOICE

WORK PERFORMED AT:

TO:

Great Additions Const. Comp

23 Kingston St.
N.H.P, N.Y.

| DATE | YOUR WORK ORDER NO. | OUR BID NO. |
|------|---------------------|-------------|
| 1 2 12 | 3176 | |

DESCRIPTION OF WORK PERFORMED

Cleanup from dormer rip - 40 yds.

$ 1600.00

All Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications provided for the above work, and was completed in a substantial workmanlike manner for the agreed sum of _____

_____ Dollars ($ 1,600.00 ).

This is a ☐ Partial ☐ Full invoice due and payable by: _____

Month            Day            Year

============ CONTRACTORS INVOICE

WORK PERFORMED AT:

TO:

Built Right Renovations In

237 E. Ave.
W. Islip, NY

| DATE | YOUR WORK ORDER NO. | OUR BID NO. |
|------|---------------------|-------------|
| 1/3/12 | 3177 | |

DESCRIPTION OF WORK PERFORMED

Complete bathroom reno - 2nd flr

$4500.00

ll Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications
rovided for the above work, and was completed in a substantial workmanlike manner for the agreed sum of _____

Dollars ($ 4500.00 ).

# CONTRACTORS INVOICE

WORK PERFORMED AT:

23 Kingston St.
W H P, N.Y.

TO:
Great Additions Const. Comp

| DATE | YOUR WORK ORDER NO. | OUR BID NO. |
|------|---------------------|-------------|
| 1/3/12 | 3178 | |

**DESCRIPTION OF WORK PERFORMED**

Complete plaster gut - 2 rooms, 1st floor
Remove blown-in insulation
Cleanup 5 yds debris

$ 1,200.00

All Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications provided for the above work, and was completed in a substantial workmanlike manner for the agreed sum of _____

Dollars ($ 1,200.00 ).

This is a ☐ Partial ☐ Full invoice due and payable by: _____
Month        Day        Year

————— CONTRACTORS INVOICE

WORK PERFORMED AT:

TO:

Great Additions Const Comp.

23 Kingston St
W.H.P., N.Y.

| DATE | YOUR WORK ORDER NO. | OUR BID NO. |
|---|---|---|
| 11/9/12 | 3182 | |

**DESCRIPTION OF WORK PERFORMED**

Demo basement bathroom
Cleanup - 6 yds debris

$690.00

All Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications provided for the above work, and was completed in a substantial workmanlike manner for the agreed sum of _____

Dollars ($ 6.70.00 ).

This is a ☐ Partial ☐ Full invoice due and payable by: _____

Month        Day        Year

CONTRACTORS INVOICE

WORK PERFORMED AT:

"Piping Rock"

TO:

Visions Designers Builders Tw

| DATE | YOUR WORK ORDER NO. | OUR BID NO. |
|------|---------------------|-------------|
| 12 + 15/2 | 3180 | |

DESCRIPTION OF WORK PERFORMED

Prime plaster ceiling
Cleaned entire space in two locations
Demo closet
Remove carpeting

$2000.00

I Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications
provided for the above work, and was completed in a substantial workmanlike manner for the agreed sum of _____

_____ Dollars ($ 2000.00 ).

WORK PERFORMED AT:

North Manor Estates

TO:

Total Community Management

| DATE | YOUR WORK ORDER NO. | OUR BID NO. |
|------|---------------------|-------------|
| 11/6/12 | 3181 | |

**DESCRIPTION OF WORK PERFORMED**

Re___ 3 _____ ____ Units 127, 113, 126

Repair D___ ___ Cut __ - 162, 163, 103, 107, 106, 167, 115, 112, 113, 11, 118, 119

Hi ___ stor__ gate for ___

Unit 131 - R___ ___ shade

Unit 137 - P___ ___ s___ le

Unit 160 - J___ ___ re K___ ___

Unit 141 - Install S___ carpet __

Unit 133 - Install Glass ___ ___

$1,2__.__

All Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications provided for the above work, and was completed in a substantial workmanlike manner for the agreed sum of _____ Dollars ($ 1,2__.__ ).

# CONTRACTORS INVOICE

WORK PERFORMED AT:

| TO: | 704 Franklin Blvd |
| Built Rent Renovations Inc. | Long Beach, NY |

| DATE | YOUR WORK ORDER NO. | OUR BID NO. |
| 11/9/12 | 3183 | |

## DESCRIPTION OF WORK PERFORMED

Plaster bathroom got

$650.00

All Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications provided for the above work, and was completed in a substantial workmanlike manner for the agreed sum of _____

_____ Dollars ($ 650.00 ).

This is a ☐ Partial ☐ Full Invoice due and payable by: _____

Month        Day        Year

WORK PERFORMED AT:

23 Kingston St
New Hyde Park NY

TO:

Great Additions Const. Corp.

| DATE | YOUR WORK ORDER NO. | OUR BID NO. |
|------|---------------------|-------------|
| 11/1/2 | 3184 | |

DESCRIPTION OF WORK PERFORMED

Test Installation
Cable System in Chimney

# 1400.00

All Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications provided for the above work, and was completed in a substantial workmanlike manner for the agreed sum of _____

_____ Dollars ($ 1400.00 ).

CONTRACTORS INVOICE

WORK PERFORMED AT:

204 Belmont Ave
W. Babylon, N.Y.

TO:
Built Right Renovations Inc

DATE: 1/10/12

YOUR WORK ORDER NO. 3156

OUR BID NO.

DESCRIPTION OF WORK PERFORMED

Cleanup + construction debris
- 1 yd sand + cement

$220.00

All Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications provided for the above work, and was completed in a substantial workmanlike manner for the agreed sum of _____

Dollars ($ 220.00 ).

———— CONTRACTORS INVOICE

WORK PERFORMED AT:

199 Maverhaven Blvd
Maverhaven, N.Y.

TO:

Unique Exteriors

| DATE | YOUR WORK ORDER NO. | OUR BID NO. |
|------|---------------------|-------------|
| 1/10/12 | 3135 | |

**DESCRIPTION OF WORK PERFORMED**

Remove siding from house

$ 1,500.00

All Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications provided for the above work, and was completed in a substantial workmanlike manner for the agreed sum of _____

Dollars ($ 1,500.00 ).

This is a ☐ Partial ☐ Full invoice due and payable by: _____

Month      Day      Year

WORK PERFORMED AT:

TO:

Built Right Renovations Inc

89 Linden Blvd
Hicksville NY

| DATE | YOUR WORK ORDER NO. | OUR BID NO. |
|------|---------------------|-------------|
| 11/1/12 | 3137 | |

**DESCRIPTION OF WORK PERFORMED**

Cleanup construction debris

$1,000

All Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications provided for the above work, and was completed in a substantial workmanlike manner for the agreed sum of _____

_____ Dollars ($ 1,000 ).

===== CONTRACTORS INVOICE

WORK PERFORMED AT:

23 Kingston St
New Hyde Pk, NY

TO:
Great Additions Const Corp.

| DATE | YOUR WORK ORDER NO. | OUR BID NO. |
|------|---------------------|-------------|
| 11/3/12 | 3188 | |

**DESCRIPTION OF WORK PERFORMED**

Cleanup - 14 yds construction debris

$ 560.00

All Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications provided for the above work, and was completed in a substantial workmanlike manner for the agreed sum of _____

_____ Dollars ($ 560.00 ).

This is a ☐ Partial ☐ Full Invoice due and payable by: _____

Month        Day        Year

# CONTRACTORS INVOICE

WORK PERFORMED AT:

7 Harbor Ln
Levittown, N.Y.

TO:

Great Additions Const Corp

| DATE | YOUR WORK ORDER NO. | OUR BID NO. |
|------|---------------------|-------------|
| 1/3/12 | 3159 | |

## DESCRIPTION OF WORK PERFORMED

Cleanup construction debris

$160 00

All Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications provided for the above work, and was completed in a substantial workmanlike manner for the agreed sum of _____

_____ Dollars ($ 160.00 ).

This is a ☐ Partial ☐ Full invoice due and payable by: _____

Month          Day          Year

WORK PERFORMED AT:

Division Ave
Levittown NY

TO:
Great Atlantans Const Corp

| DATE | YOUR WORK ORDER NO. | OUR BID NO. |
|------|---------------------|-------------|
| 11/18/12 | 3190 | |

**DESCRIPTION OF WORK PERFORMED**

Rent Toilet unit — 3 mo
Clean - 4 yds construction debris

$ 3500.00

Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications provided for the above work, and was completed in a substantial workmanlike manner for the agreed sum of _____

_____ Dollars ($ 3500.00 ).

CONTRACTORS INVOICE

WORK PERFORMED AT:

225 Sunset Ave.
West Hampton, NY

TO:

Visions · Designers · Builders Inc

| DATE | YOUR WORK ORDER NO. | OUR BID NO. |
|---|---|---|
| 1/9/12 | 3191 | |

**DESCRIPTION OF WORK PERFORMED**

Cleanup - 9 yds construction debris

$360.00

All Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications provided for the above work, and was completed in a substantial workmanlike manner for the agreed sum of _____

Dollars ($ 360.00 ).

CONTRACTORS INVOICE

WORK PERFORMED AT:

2039 Central Dr. No
East Meadow, N.Y.

TO:

Built Right Renovations Inc.

| DATE | YOUR WORK ORDER NO. | OUR BID NO. |
|---|---|---|
| 1/23/12 | 3192 | |

**DESCRIPTION OF WORK PERFORMED**

Cleanup - 7 yds construction debris

$280.00

Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications provided for the above work, and was completed in a substantial workmanlike manner for the agreed sum of _____

Dollars ($ 250.00 ).

CONTRACTORS INVOICE

WORK PERFORMED AT:

Division Ave
Levittown, N.Y.

TO:

Great Additions Const. Comp.

| DATE | YOUR WORK ORDER NO. | OUR BID NO. |
|---|---|---|
| 1/23/12 | 3193 | |

DESCRIPTION OF WORK PERFORMED

Cleanup - 5 yds construction debris

$200.00

Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications provided for the above work, and was completed in a substantial workmanlike manner for the agreed sum of _____

_____ Dollars ($ 200.00 )

CONTRACTORS INVOICE

WORK PERFORMED AT:

5 Spring Brier Ln.
Kings Park, N.Y.

TO:

Built Right Renovations Inc

| DATE | YOUR WORK ORDER NO. | OUR BID NO. |
|------|---------------------|-------------|
| 1/23/12 | 3194 | |

DESCRIPTION OF WORK PERFORMED

Second floor large bathroom gut - including
cathedral ceiling + jacuzzi tub

$600.00

l Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications
ovided for the above work, and was completed in a substantial workmanlike manner for the agreed sum of _____

Dollars ($ 600.00 ).

# CONTRACTORS INVOICE

WORK PERFORMED AT:

23 Kingston St
N.H.P., N.Y.

TO:
Great Additions Const. Comp.

| DATE | YOUR WORK ORDER NO. | OUR BID NO. |
|------|---------------------|-------------|
| 1 24 12 | 3195 | |

**DESCRIPTION OF WORK PERFORMED**

Cleanup construction debris

$160.00

All Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications provided for the above work, and was completed in a substantial workmanlike manner for the agreed sum of _____

_____ Dollars ($ 160.00 ).

This is a ☐ Partial ☐ Full invoice due and payable by: _____

Month        Day        Year

CONTRACTORS INVOICE

WORK PERFORMED AT:

Division Ave
Levittown NY

TO:
Great Additions Const Comp

| DATE | YOUR WORK ORDER NO. | OUR BID NO. |
|------|---------------------|-------------|
| 1/25/12 | 3198 | |

**DESCRIPTION OF WORK PERFORMED**

Cleanup construction debris

$16000

All Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications provided for the above work, and was completed in a substantial workmanlike manner for the agreed sum of _____

Dollars ($ 160.00 ).

============ CONTRACTORS INVOICE

WORK PERFORMED AT:

TO:

Georgios Siding Corp.

236 Pontiac St.
East Meadow, N.Y

| DATE | YOUR WORK ORDER NO. | OUR BID NO. |
|---|---|---|
| 1/25/12 | 3196 | |

**DESCRIPTION OF WORK PERFORMED**

Cleanup - 5 yds construction debris

$ 200.00

All Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications provided for the above work, and was completed in a substantial workmanlike manner for the agreed sum of _____

Dollars ($ 200.00 ).

This is a ☐ Partial ☐ Full invoice due and payable by: _____
Month _____ Day _____ Year _____

# CONTRACTORS INVOICE

WORK PERFORMED AT:

2929 Stevens St.
Oceanside, N.Y.

TO:

Edward J. Construction Company

| DATE | YOUR WORK ORDER NO. | OUR BID NO. |
|---|---|---|
| 1/25/12 | 3197 | |

### DESCRIPTION OF WORK PERFORMED

Cleanup - 5 yds. construction debris

$200.00

All Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications provided for the above work, and was completed in a substantial workmanlike manner for the agreed sum of _____

_____ Dollars ($ 200.00 ).

This is a ☐ Partial ☐ Full invoice due and payable by: _____

Month          Day          Year

CONTRACTORS INVOICE

WORK PERFORMED AT:

49 Grandeur Circle
Manhasset, NY

TO:

Built Right Renovations Inc

| DATE | YOUR WORK ORDER NO. | OUR BID NO. |
|---|---|---|
| 1/26/12 | 3199 | |

**DESCRIPTION OF WORK PERFORMED**

Cleanup construction debris

$ 160.00

Il Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications provided for the above work, and was completed in a substantial workmanlike manner for the agreed sum of _____ Dollars ($ 160.00 ).

WORK PERFORMED AT:

TO:

Double-D Contractors Inc

12 Duane St.
Farmingdale, N.Y

| DATE | YOUR WORK ORDER NO. | OUR BID NO. |
|---|---|---|
| 1 30 12 | 3200 | |

**DESCRIPTION OF WORK PERFORMED**

Cleanup construction debris

$160.00

aterial is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications ded for the above work, and was completed in a substantial workmanlike manner for the agreed sum of _____

WORK PERFORMED AT:

237 Eaton Ln
W. Islip, N.Y.

TO:

Built Right Renovations Inc

| DATE | YOUR WORK ORDER NO. | OUR BID NO. |
|------|---------------------|-------------|
| 2/1/12 | 3201 | |

**DESCRIPTION OF WORK PERFORMED**

Cleanup construction debris

$160.00

All Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications provided for the above work, and was completed in a substantial workmanlike manner for the agreed sum of _____

_____ Dollars ($ 160.00 ).

This is a ☐ Partial ☐ Full invoice due and payable by: _____

CONTRACTORS INVOICE

WORK PERFORMED AT:

TO:

Built Right Renovations Inc

10 Robbins Ln
Amityville, N.Y.

| DATE | YOUR WORK ORDER NO. | OUR BID NO. |
|------|---------------------|-------------|
| 2/1/12 | 3202 | |

DESCRIPTION OF WORK PERFORMED

Cleanup construction debris

$160.00

material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications
ded for the above work, and was completed in a substantial workmanlike manner for the agreed sum of _____

CONTRACTORS INVOICE

WORK PERFORMED AT:

704 Franklin Blvd
Long Beach, N.Y.

TO:

Built Right Renovations Inc

| DATE | YOUR WORK ORDER NO. | OUR BID NO. |
|------|---------------------|-------------|
| 2/2/12 | 3204 | |

**DESCRIPTION OF WORK PERFORMED**

Cleanup - 5 yds construction debris

$200.00

Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications ided for the above work, and was completed in a substantial workmanlike manner for the agreed sum of _____

Dollars ($ 200.00

———— CONTRACTORS INVOICE

WORK PERFORMED AT:

TO:

Edward J. Construction Company

2929 Steven's St.
Oceanside, N.Y.

| DATE | YOUR WORK ORDER NO. | OUR BID NO. |
|---|---|---|
| 2/2/12 | 3203 | |

### DESCRIPTION OF WORK PERFORMED

Cleanup construction debris + sand

$200.00

All Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications provided for the above work, and was completed in a substantial workmanlike manner for the agreed sum of _____

_____ Dollars ($ _200.00_ ).

This is a ☐ Partial ☐ Full invoice due and payable by: _____ _____ _____
                                                          Month      Day      Year

WORK PERFORMED

TO:

Built Right Renovations Inc.

150
Vall____

| DATE | YOUR WORK ORDER NO. |
|------|---------------------|
| 2/2/12 | 3205 |

**DESCRIPTION OF WORK**

Complete bathroom gut
Remove tile floor, rock floor +

All Material is guaranteed to be as specified, and the above work w ___

provided for the above work, and was completed in a substantial w ___

This is a ☐ Partial ☐ Full invoice due and payable by: _____

Month

WORK PERFORMED

TO:

Built Right Renovations Inc.

150
Vall

DATE
2/2/12

YOUR WORK ORDER NO.
3205

DESCRIPTION OF WORK

Complete bathroom gut
Remove tile floor, oak floor +

All Material is guaranteed to be as specified, and the above work
provided for the above work, and was completed in a substantia

This is a ☐ Partial ☐ Full invoice due and payable by: _____

WORK PERFORMED AT:

TO:

Built Right Renovations Inc.

150 Ann St.
Valley Stream, NY

| DATE | YOUR WORK ORDER NO. | OUR BID NO. |
|---|---|---|
| 2/2/12 | 3205 | |

**DESCRIPTION OF WORK PERFORMED**

Complete bathroom gut
Remove tile floor, oak floor + blown-in insulation

$500.00

All Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications provided for the above work, and was completed in a substantial workmanlike manner for the agreed sum of _____

_____ Dollars ($ 500.00 ).

This is a ☐ Partial ☐ Full invoice due and payable by: _____ _____ _____
                                                          Month      Day      Year

in accordance with our ☐ Agreement ☐ Proposal No._____ Dated _____ _____ _____
                                                              Month      Day      Year

TC8122                    CONTRACTORS INVOICE

WORK PERFORMED AT:

TO:

Built Right Renovations Inc

150 Ann St.
Valley Stream, NY

| DATE | YOUR WORK ORDER NO. | OUR BID NO. |
|------|---------------------|-------------|
| 2/2/12 | 3205 | |

**DESCRIPTION OF WORK PERFORMED**

Complete bathroom gut
Remove tile floor, oak floor + blown-in insulation

$ 500.00

All Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications provided for the above work, and was completed in a substantial workmanlike manner for the agreed sum of _____

_____ . __ Dollars ($ 500.00 ).

This is a ☐ Partial ☐ Full invoice due and payable by: _____
                                                         Month        Day              Year

in accordance with our  ☐ Agreement  ☐ Proposal  No. _____  Dated _____
                                                                   Month      Day          Year

TC8122

CONTRACTORS INVOICE

# ━━━━ CONTRACTORS INVOICE

WORK PERFORMED AT:

| TO: | 23 Kingston St. |
| Great Additions Const. Comp | N.H.P., N.Y. |

| DATE | YOUR WORK ORDER NO. | OUR BID NO. |
|---|---|---|
| 2/3/12 | 3206 | |

### DESCRIPTION OF WORK PERFORMED

Cleanup - 7 yds. construction debris

$ 280.00

All Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications provided for the above work, and was completed in a substantial workmanlike manner for the agreed sum of _____

_____ Dollars ($ 280.00 ).

This is a ☐ Partial ☐ Full invoice due and payable by: _____

| Month | Day | Year |