EXHIBIT "C"



**ALLIED BUILDING PRODUCTS CORP.**
15 E. Union Avenue
E. Rutherford, NJ 07073

# ORIGINAL INVOICE

| TYPE | INVOICE DATE | INVOICE NUMBER |
|---|---|---|
| SO | 01/30/12 | 444590-00 |
| SALESMAN | PO NUMBER | PAGE #: |
| 2022 |  | 1 of 1 |

REMIT PAYMENTS TO:

ALLIED BUILDING PRODUCTS CORP
POST OFFICE
PO BOX 5670
NEW YORK NY 10087-5670

CUST #: 153797-

BILL TO:

FINEST MAINT
6 WOODCOCK LN
LEVITTOWN NY 11756-2023

SHIP TO:

FINEST MAINT
HICKSVILLE, NY 11801

WAREHOUSE LOCATION: 1 ENTERPRISE PL HICKSVILLE, NY 11801 (516)733-2900 FAX-(516)932-0334

| INSTRUCTIONS | SHIP POINT | TERMS | SHIP VIA | SHIP DATE |
|---|---|---|---|---|
|  | HICK ALLIED BUILDI | 1% 10th 30 | Customer P/U | 01/30/12 |

| LINE NO. | PRODUCT AND DESCRIPTION | QUANTITY ORDERED | QUANTITY B.O. | QTY SHIPPED | QTY U/M | UNIT PRICE | AMOUNT (NET) |
|---|---|---|---|---|---|---|---|
| 1 | 73801130 GAF TIMBERLINE HD 3BDL MET SLATE | 16 | 0 | 16 | SQ | 104.00 | 1,664.00 |
| 2 | 88740140 TRI-BUILT SAND S/A SELF ADH UNDERLAYMENT 2SQ | 2 | 0 | 2 | RL | 61.35 | 122.70 |
| 3 | 89320410 COIL NAILS 1-3/4IN | 1 | 0 | 1 | CTN | 47.10 | 47.10 * |
| 4 | 88843326 OATEY 12956 MULT ALUM FLASH 3-4IN | 2 | 0 | 2 | PC | 12.25 | 24.50 |
| 5 | 73911400 GAF TIMBERTEX F/G H/R SLATE | 2 | 0 | 2 | BDL | 59.55 | 119.10 |
| 6 | 89540095 SPOT NAIL 85506 ARROW T50/ A11 STAPLE 3/8" 5M | 1 | 0 | 1 | CTN | 9.65 | 9.65 |
| 6 | Lines Total |  | Qty Shipped Total | 24 |  | Total Taxes Amount Due | 1,987.05 171.37 2,158.42 |

Cash Discount 19.41 If Paid By 02/10/12



**FEBRUARY SPECIAL**

Take 5% off all IN STOCK
DeWalt hand and power tools
*See branch for complete details*

FOR TERMS & CONDITIONS, Visit http://www.alliedbuilding.com/help/legal/Terms_and_Conditions.pdf
If you are unable to access our URL, please call (201) 507-3890 for a printed copy.
Item '*' Net - No Discount

CoC CERTIFICATE # SW CoC 003086