EXHIBIT "E"

CONTRACTORS INVOICE

WORK PERFORMED AT:
75-36 West Shore Rd
Port Washington, N.Y.

TO:
A. Ressa Contracting, Inc.

| DATE | YOUR WORK ORDER NO. | OUR BID NO. |
|---|---|---|
| 2/21/12 | 3222 | |

DESCRIPTION OF WORK PERFORMED

Remove sheetrock/paneling from walls to studs
Remove sheetrock from ceiling
Remove tile floor
Complete gut of bathroom + two 10x10 bedrooms

$2,200.00

Pd 2,000 cash

All Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications provided for the above work, and was completed in a substantial workmanlike manner for the agreed sum of

Dollars ($ 2,200.00 )