EXHIBIT "D2"



CONTRACTORS INVOICE

WORK PERFORMED AT:

TO:
#67

DATE: YOUR WORK ORDER NO. OUR BID NO.

DESCRIPTION OF WORK PERFORMED

2/1/12   3/23/12
327 - 3256

All Material is guaranteed to be as specified, and the above work was performed in accordance
provided for the above work, and was completed in a substantial workmanlike manner for the

This is a ☐ Partial ☐ Full invoice due and payable by: _____ Month _____ Day _____ Year

In accordance with our ☐ Agreement ☐ Proposal No. _____ Dated _____ Month _____ Year

PART

CONTRACTORS INVOICE

a adams®

WORK PERFORMED AT:

25 Froehlich
Hicksville, N.Y

TO:

Hoffmann Home Imp.

| DATE | YOUR WORK ORDER NO. | OUR BID NO. |
|------|---------------------|-------------|
| 2/1/12 | 3207 | |

**DESCRIPTION OF WORK PERFORMED**

Roof Rep & Installation

$ 2160.00
-1900.00  Paid
$ 260.00  Balance

All Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications provided for the above work, and was completed in a substantial workmanlike manner for the agreed sum of

Dollars ($ 260.00 )

WORK PERFORMED AT:

Piping Rock

TO:

Visions·Designers·Builders Inc

| DATE | YOUR WORK ORDER NO. | OUR BID NO. |
|------|--------------------|-----|
| 2/3/12 | 3208 | |

**DESCRIPTION OF WORK PERFORMED**

Demo drywall wall
Remove duct

$300.00

All Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications provided for the above work and was completed in a substantial workmanlike manner for the agreed sum of _____

Dollars ($ 300.00 )

CONTRACTORS INVOICE

WORK PERFORMED AT:

Old Westbury Country Club

TO:

Visions Designers · Builders Inc.

| DATE | YOUR WORK ORDER NO. | OUR BID NO. |
|------|---------------------|-------------|
| 2/7/12 | 3209 | |

DESCRIPTION OF WORK PERFORMED

Remove drop ceiling + grid
Cleanup debris

$850.00

All Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications provided for the above work, and was completed in a substantial workmanlike manner for the agreed sum of _____

Dollars ($ 850.00 ).

WORK PERFORMED AT:

North Manor Estates

TO:

Total Community Management Corp

| DATE | YOUR WORK ORDER NO. | OUR BID NO. |
|---|---|---|
| 2/10/12 | 3212 | |

## DESCRIPTION OF WORK PERFORMED

Repair divider fences Units 123, 124, 125, 134, 135
Repair fence + replace pole - Unit 121
Install no parking sign - Unit 106
Repair Roof - Unit 114

$950.00

All Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications provided for the above work, and was completed in a substantial workmanlike manner for the agreed sum of _____

Dollars ($ 950.00 ).

# CONTRACTORS INVOICE

WORK PERFORMED AT:

23 Kingston St.
NHP, N.Y.

TO:

Great Additions Const. Comp.

| DATE | YOUR WORK ORDER NO. | OUR BID NO. |
|------|--------------------|--------------|
| 2/10/12 | 3210 | |

### DESCRIPTION OF WORK PERFORMED

Cleanup construction debris

$160.00

All Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications provided for the above work, and was completed in a substantial workmanlike manner for the agreed sum of _____

_____ Dollars ($ 160.00 ).

This is a ☐ Partial ☐ Full invoice due and payable by: _____
Month _____ Day _____ Year _____

# CONTRACTORS INVOICE

WORK PERFORMED AT:

12 Duane St.
Farmingdale, N.Y.

TO:

Double-D Contractors Inc.

| DATE | YOUR WORK ORDER NO. | OUR BID NO. |
|------|---------------------|-------------|
| 2/10/12 | 3211 | |

### DESCRIPTION OF WORK PERFORMED

Cleanup - 5 yds construction debris

$200.00

All Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications provided for the above work, and was completed in a substantial workmanlike manner for the agreed sum of _____

_____ Dollars ($ 200.00 ).

This is a ☐ Partial ☐ Full invoice due and payable by: _____   _____   _____
                                                              Month              Day               Year

WORK PERFORMED AT:

Piping Rock

TO:

Visions Designers Builders Inc

| DATE | YOUR WORK ORDER NO. | OUR BID NO. |
|------|---------------------|-------------|
| 2/16/12 | 3214 | |

**DESCRIPTION OF WORK PERFORMED**

Cleanup attic + crawl space
Remove base moldings

$450.00

All Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications provided for the above work, and was completed in a substantial workmanlike manner for the agreed sum of _____

Dollars ($  450.00

# CONTRACTORS INVOICE

WORK PERFORMED AT:

Brittle Ln.
Hicksville, N.Y.

TO:

Built Right Renovations Inc.

| DATE | YOUR WORK ORDER NO. | OUR BID NO. |
|------|---------------------|-------------|
| 2/16/12 | 3213 | |

### DESCRIPTION OF WORK PERFORMED

Second floor bathroom gut

$450.00

All Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications provided for the above work, and was completed in a substantial workmanlike manner for the agreed sum of _____ Dollars ($ 450.00 ).

This is a ☐ Partial ☐ Full invoice due and payable by: _____

Month      Day      Year

WORK PERFORMED AT:

TO:

Georgios Siding Corp

New Hyde Park

| DATE | YOUR WORK ORDER NO. | OUR BID NO. |
|------|---------------------|-------------|
| 2/17/12 | 3216 | |

**DESCRIPTION OF WORK PERFORMED**

Cleanup roofing debris - 9 yds

#540.00

All Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications provided for the above work, and was completed in a substantial workmanlike manner for the agreed sum of _____

Dollars ($ 540.00 )

WORK PERFORMED AT:

125 5th Ave
Manhattan, N.Y.

TO:

Casella Construction Corp.

| DATE | YOUR WORK ORDER NO. | OUR BID NO. |
|------|---------------------|-------------|
| 2/17/12 | 3215 | |

DESCRIPTION OF WORK PERFORMED

Cleanup - 9 yds construction debris

$675.00

All Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications provided for the above work, and was completed in a substantial workmanlike manner for the agreed sum of _____

Dollars ($ 675.00 ).

WORK PERFORMED AT:

TO:

Georgios Siding Corp

Valley Stream

| DATE | YOUR WORK ORDER NO. | OUR BID NO. |
|------|---------------------|-------------|
| 2/20/12 | 3217 | |

**DESCRIPTION OF WORK PERFORMED**

Cleanup 7 yds roofing debris

$ 420.00

All Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications provided for the above work, and was completed in a substantial workmanlike manner for the agreed sum of _____

Dollars ($ 420.00 ).

WORK PERFORMED AT:

Piping Rock

TO:

Visions· Designers· Builders Inc

| DATE | YOUR WORK ORDER NO. | OUR BID NO. |
|------|---------------------|-------------|
| 2/2/12 | 3219 | |

DESCRIPTION OF WORK PERFORMED

Remove hardwood flooring

$1,000.00

All Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications provided for the above work, and was completed in a substantial workmanlike manner for the agreed sum of _____

Dollars ($ 1,000.00 ).

# CONTRACTORS INVOICE

WORK PERFORMED AT:

157 Hemlock
Manhasset, N.Y.

TO:
Great Additions Const. Comp.

| DATE | YOUR WORK ORDER NO. | OUR BID NO. |
|---|---|---|
| 2/21/12 | 3218 | |

## DESCRIPTION OF WORK PERFORMED

Remove rear addition from house

$1,400.00

All Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications provided for the above work, and was completed in a substantial workmanlike manner for the agreed sum of _____

Dollars ($ 1400.00 ).

This is a ☐ Partial ☐ Full invoice due and payable by: _____
Month          Day          Year

# CONTRACTORS INVOICE

WORK PERFORMED AT:

Kingston St.
N.H.P., N.Y.

TO:

Great Additions Const. Comp.

| DATE | YOUR WORK ORDER NO. | OUR BID NO. |
|------|---------------------|-------------|
| 2/23/12 | 3220 | |

## DESCRIPTION OF WORK PERFORMED

Cleanup - 6 yds construction debris

$240.00

All Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications provided for the above work, and was completed in a substantial workmanlike manner for the agreed sum of _____ Dollars ($ 240.00 ).

This is a ☐ Partial ☐ Full invoice due and payable by: _____ Month _____ Day _____ Year

# ————— CONTRACTORS INVOICE

WORK PERFORMED AT:

81 Gleeland St.
Deer Park, N.Y.

TO:

Built Right Renovations Inc

| DATE | YOUR WORK ORDER NO. | OUR BID NO. |
|------|---------------------|-------------|
| 2/23/12 | 3221 | |

**DESCRIPTION OF WORK PERFORMED**

Cleanup - 7 yds. construction debris

$280.00

All Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications provided for the above work, and was completed in a substantial workmanlike manner for the agreed sum of _____ Dollars ($ 280.00 ).

This is a ☐ Partial ☐ Full invoice due and payable by: _____

Month          Day          Year

_____ CONTRACTORS INVOICE

WORK PERFORMED AT:

| TO: | Delta Rd. |
| Great Additions Const. Comp. | Massapequa, N.Y. |

| DATE | YOUR WORK ORDER NO. | OUR BID NO. |
| 12/14  2/20, 2/22 + 2/23/12 | 3223 | |

**DESCRIPTION OF WORK PERFORMED**

Clean out contents of house
Demo + remove entire house to foundation
Cleanup all debris

$13,000.00

All Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications provided for the above work, and was completed in a substantial workmanlike manner for the agreed sum of _____

_____ Dollars ($ 13,000.00 ).

This is a ☐ Partial ☐ Full invoice due and payable by: _____ _____ _____
                                                          Month        Day         Year

# CONTRACTORS INVOICE

WORK PERFORMED AT:

122 Brucknell Rd.
Sayville, N.Y.

TO:

Visions · Designers · Builders Inc

| DATE | YOUR WORK ORDER NO. | OUR BID NO. |
|------|--------------------|-----------| 
| 2/24/12 | 3224 | |

### DESCRIPTION OF WORK PERFORMED

Demo 3 decks and a shed
Cleanup debris - side of yard

$ 1750.00

All Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications provided for the above work, and was completed in a substantial workmanlike manner for the agreed sum of _____

Dollars ($ 1750.00 ).

This is a ☐ Partial ☐ Full invoice due and payable by: _____

| Month | Day | Year |

WORK PERFORMED AT:

75-36 West Shore Rd
Port Washington, N.Y.

TO:

A. Ressa Contracting Inc

| DATE | YOUR WORK ORDER NO. | OUR BID NO. |
|------|---------------------|-------------|
| 2/27/12 | 3222 | |

**DESCRIPTION OF WORK PERFORMED**

Remove sheetrock/paneling from walls to studs
Remove sheetrock from ceiling
Remove tile floor
Complete gut of bathroom + two 10×10 bedrooms

#2,200.00

Pd 2000 cash

All Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications provided for the above work, and was completed in a substantial workmanlike manner for the agreed sum of _____

Dollars ($ 2,200.00 )

WORK PERFORMED AT:

2384 86th St
Brooklyn, N.Y.

TO:

Casella Construction Corp

| DATE | YOUR WORK ORDER NO. | OUR BID NO. |
|---|---|---|
| 2/28/12 | 3227 | |

**DESCRIPTION OF WORK PERFORMED**

Cleanup - 11 yds inside + rear of building
Demo entrance way - doors

$915.00

All Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications provided for the above work, and was completed in a substantial workmanlike manner for the agreed sum of _____

Dollars ($ 915.00 ).

WORK PERFORMED AT:

150 Ann St
Valley Stream, N.Y.

TO:

Built Right Renovations Inc

| DATE | YOUR WORK ORDER NO. | OUR BID NO. |
|---|---|---|
| 2/28/12 | 3225 | |

**DESCRIPTION OF WORK PERFORMED**

Cleanup construction debris

$160.00

All Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications provided for the above work, and was completed in a substantial workmanlike manner for the agreed sum of _____

Dollars ($ 160.00 ).

# CONTRACTORS INVOICE

WORK PERFORMED AT:

157 Hemlock
Manhasset, N.Y.

TO:

Great Additions Const Comp.

| DATE | YOUR WORK ORDER NO. | OUR BID NO. |
|------|---------------------|-------------|
| 2/28/12 | 3226 | |

## DESCRIPTION OF WORK PERFORMED

Kitchen got - plaster
Garage got - plaster

$ 1250.00

All Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications provided for the above work, and was completed in a substantial workmanlike manner for the agreed sum of _____ Dollars ($ 1250.00 ).

This is a ☐ Partial ☐ Full invoice due and payable by: _____
Month          Day          Year

WORK PERFORMED AT:

225 Bennett Ave.
Manhattan, N.Y.

TO:

Casella Construction Corp

| DATE | YOUR WORK ORDER NO. | OUR BID NO. |
|---|---|---|
| 3/1/12 | 3229 | |

**DESCRIPTION OF WORK PERFORMED**

Cleanup- Remove bags of garbage

$300.00

All Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications provided for the above work, and was completed in a substantial workmanlike manner for the agreed sum of _____

Dollars ($ 300.00 )

WORK PERFORMED AT:

TO:

Casella Construction Corp

103-00 Shore Front Pky
Rockaway N.Y.

| DATE | YOUR WORK ORDER NO. | OUR BID NO. |
|------|---------------------|-------------|
| 3/1/12 | 3228 | |

**DESCRIPTION OF WORK PERFORMED**

Cleanup in buildings - 8000, 7500, 7600, 103 + 104

$ 730.00

All Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications
provided for the above work, and was completed in a substantial workmanlike manner for the agreed sum of _____
_____ Dollars ($ 780.00 )

WORK PERFORMED AT:

TO:

Built Right Renovations Inc

52 Boyd St.
Long Beach, N.Y.

| DATE | YOUR WORK ORDER NO. | OUR BID NO. |
|------|---------------------|-------------|
| 3/2/12 | 3230 | |

**DESCRIPTION OF WORK PERFORMED**

Cleanup - 5 yds construction debris

$200.00

All Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications provided for the above work, and was completed in a substantial workmanlike manner for the agreed sum of _____