# CONTRACTORS INVOICE

WORK PERFORMED AT:

Beech St.
E Meadow, N.Y.

TO:

Georgios Siding Corp

| DATE | YOUR WORK ORDER NO. | OUR BID NO. |
|------|---------------------|-------------|
| 3/2/12 | 3231 | |

**DESCRIPTION OF WORK PERFORMED**

Cleanup - 5 yds. construction debris

$200.00

All Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications provided for the above work, and was completed in a substantial workmanlike manner for the agreed sum of _____ Dollars ($ 200.00 ).

This is a ☐ Partial ☐ Full invoice due and payable by: _____

Month          Day          Year

# CONTRACTORS INVOICE

WORK PERFORMED AT:

157 Hemlock
Manhasset, N.Y.

TO:

Great Additions Const. Comp.

| DATE | YOUR WORK ORDER NO. | OUR BID NO. |
|------|---------------------|-------------|
| 3/2/12 | 3232 | |

### DESCRIPTION OF WORK PERFORMED

Complete plaster gut of bathroom, master bedroom, walk-in closet, + small bedroom.
Remove hardwood floor

$1,700.00

All Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications provided for the above work, and was completed in a substantial workmanlike manner for the agreed sum of _____

_____ Dollars ($ 1,700.00 ).

This is a ☐ Partial ☐ Full invoice due and payable by: _____ Month _____ Day _____ Year

WORK PERFORMED AT:

Piping Rock

TO:

Visions · Designers · Builders Inc

| DATE | YOUR WORK ORDER NO. | OUR BID NO. |
|------|---------------------|-------------|
| 3/5/12 | 3234 | |

**DESCRIPTION OF WORK PERFORMED**

Jack hammer in crawl space

$160.00

All Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications provided for the above work, and was completed in a substantial workmanlike manner for the agreed sum of

Dollars ($ 160.00 )

**WORK PERFORMED AT:**

2384 86th St.
Brooklyn, N.Y

**TO:**

Casella Construction Corp.

| DATE | YOUR WORK ORDER NO. | OUR BID NO. |
|---|---|---|
| 3/5, 3/7 + 3/8/12 | 3233 | |

**DESCRIPTION OF WORK PERFORMED**

Clean out basement + main floor
Remove 6 yds. debris
Remove awning from front of bldg.
Remove siding from bldg.
Break through block walls for window + doorway

$6,085.00

All Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications provided for the above work, and was completed in a substantial workmanlike manner for the agreed sum of _____

Dollars ($ 6,085.00 ).

WORK PERFORMED AT:

TO:

Finnerty Home Imp. LLC

McKinley St.
Massapequa PK, N.Y

| DATE | YOUR WORK ORDER NO. | OUR BID NO. |
|---|---|---|
| 3/7/12 | 3235 | |

**DESCRIPTION OF WORK PERFORMED**

Demo Bedroom

$ 450.00

All Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications provided for the above work, and was completed in a substantial workmanlike manner for the agreed sum of _____

Dollars ($ 450.00 ).

WORK PERFORMED AT:

TO:

Built Right Renovations Inc

Brittle Ln.
Hicksville, N.Y.

| DATE | YOUR WORK ORDER NO. | OUR BID NO. |
|------|---------------------|-------------|
| 3/9/12 | 3238 | |

**DESCRIPTION OF WORK PERFORMED**

Cleanup construction debris

$166.00

All material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications provided for the above work, and was completed in a substantial workmanlike manner for the agreed sum of _____

Dollars ($ 166.00 ).

WORK PERFORMED AT:

35 Basket Ln.
Hicksville, N.Y

TO:

Georgios Siding Corp

| DATE | YOUR WORK ORDER NO. | OUR BID NO. |
|------|---------------------|-------------|
| 3/9/12 | 3236 | |

**DESCRIPTION OF WORK PERFORMED**

Roof Rip - 16 sq, 3 Layers

$1040.00

All Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications provided for the above work, and was completed in a substantial workmanlike manner for the agreed sum of _____

Dollars ($ 1040.00 )

—————— CONTRACTORS INVOICE

WORK PERFORMED AT:

157 Hemlock
Manhasset N.Y

TO:
Great Additions Const. Comp.

| DATE | YOUR WORK ORDER NO. | OUR BID NO. |
|------|---------------------|-------------|
| 3/9/12 | 3237 | |

### DESCRIPTION OF WORK PERFORMED

Demo 1st floor plaster bathroom

$550.00

All Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications provided for the above work, and was completed in a substantial workmanlike manner for the agreed sum of _____

_____ Dollars ($ 550.00 ).

This is a ☐ Partial ☐ Full invoice due and payable by: _____

Month      Day      Year

**WORK PERFORMED AT:**

52 Boyd St
Long Beach, N.Y.

TO:

Built Right Renovations Inc.

| DATE | YOUR WORK ORDER NO. | OUR BID NO. |
|---|---|---|
| 3/12/12 | 3239 | |

**DESCRIPTION OF WORK PERFORMED**

Cleanup construction debris

$160.00

All Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications provided for the above work, and was completed in a substantial workmanlike manner for the agreed sum of _____

Dollars ($ _160.00_ )

WORK PERFORMED AT:

TO:

Casella Construction Corp

125 5th Ave.
Manhattan, N.Y.

| DATE | YOUR WORK ORDER NO. | OUR BID NO. |
|---|---|---|
| 3/13/12 | 3240 | |

**DESCRIPTION OF WORK PERFORMED**

Cleanup 5 floors — 7 yds.

$525.00

All Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications provided for the above work, and was completed in a substantial workmanlike manner for the agreed sum of _____

Dollars ($ 525.00 ).

WORK PERFORMED AT:

129 E 10ᵗʰ St.
Manhattan, N.Y.

TO:

Casella Construction Corp

| DATE | YOUR WORK ORDER NO. | OUR BID NO. |
|---|---|---|
| 3/13/12 | 3241 | |

DESCRIPTION OF WORK PERFORMED

Demo interior 1ˢᵗ + 2ⁿᵈ floor
Remove plaster walls + hardwood flooring
Cleanup debris in basement

$3,050.00

All Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications provided for the above work, and was completed in a substantial workmanlike manner for the agreed sum of

Dollars ($ 3050.00 )

# CONTRACTORS INVOICE

WORK PERFORMED AT:

157 Hemlock
Manhasset, N.Y.

TO:

Great Additions Const. Comp.

| DATE | YOUR WORK ORDER NO. | OUR BID NO. |
|------|---------------------|-------------|
| 3/14/12 | 3242 | |

### DESCRIPTION OF WORK PERFORMED

Cleanup from dormer rip - 20 yds

$ 800.00

All Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications provided for the above work, and was completed in a substantial workmanlike manner for the agreed sum of _____ Dollars ($ 800.00 ).

This is a ☐ Partial ☐ Full invoice due and payable by: _____

                                Month                          Day                        Year

in accordance with our ☐ Agreement ☐ Proposal No. _____ Dated

# CONTRACTORS INVOICE

WORK PERFORMED AT:

225 Sunset Ave.
West Hampton, N.Y.

TO:

Visions Designers · Builders Inc.

| DATE | YOUR WORK ORDER NO. | OUR BID NO. |
|------|---------------------|-------------|
| 3/15/12 | 3243 | |

## DESCRIPTION OF WORK PERFORMED

Cleanup – 15 yds. construction debris

$675.00

All Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications provided for the above work, and was completed in a substantial workmanlike manner for the agreed sum of _____ Dollars ($ 675.00 ).

This is a ☐ Partial ☐ Full invoice due and payable by: _____

Month          Day          Year

WORK PERFORMED AT:

TO:

Built Right Renovations Inc

95 Folsom Ave
Huntington Sta., N.Y.

| DATE | YOUR WORK ORDER NO. | OUR BID NO. |
|------|---------------------|-------------|
| 3/17/12 | 3245 | |

### DESCRIPTION OF WORK PERFORMED

Demo basement + cleanup debris

$900.00

All Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications provided for the above work, and was completed in a substantial workmanlike manner for the agreed sum of

Dollars ($ 900.00 ).

# CONTRACTORS INVOICE

WORK PERFORMED AT:

157 Hemlock
Manhasset, N.Y.

TO:

Great Additions Const Comp.

| DATE | YOUR WORK ORDER NO. | OUR BID NO. |
|------|---------------------|-------------|
| 3/7/12 | 3244 | |

**DESCRIPTION OF WORK PERFORMED**

Cleanup - 14 yds construction debris

$560.00

All Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications provided for the above work, and was completed in a substantial workmanlike manner for the agreed sum of _____ Dollars ($ 560.00 ).

This is a ☐ Partial ☐ Full invoice due and payable by: _____
Month          Day          Year

WORK PERFORMED AT:

TO:

Casella Construction Corp

23-84 86th St.
Manhattan, N.Y
(eye glass store)

| DATE | YOUR WORK ORDER NO. | OUR BID NO. |
|---|---|---|
| 3/14 + 3/15/12 | 3247 | |

**DESCRIPTION OF WORK PERFORMED**

Eye glass Store

Cleanout store - 10 yds. debris
Demo interior of store

$ 1,450.00

All Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications
provided for the above work, and was completed in a substantial workmanlike manner for the agreed sum of ...............................

Dollars ($ 1450.00 ).

WORK PERFORMED AT:

23-84 86th St
Manhattan, N.Y.

TO:

Casella Construction Corp.

| DATE | YOUR WORK ORDER NO. | OUR BID NO. |
|---|---|---|
| 3/14 + 3/15/12 | 3246 | |

**DESCRIPTION OF WORK PERFORMED**

Demo storefront — removing plywood, framing +
glass windows
Cleanup 7 yds debris

#1,555.00

All Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications
provided for the above work, and was completed in a substantial workmanlike manner for the agreed sum of _____

Dollars ($  1,555.00 )

# CONTRACTORS INVOICE

WORK PERFORMED AT:

75-36 West Shore Rd
Pt. Washington, N.Y

TO:

A. Ressa Contracting Inc

| DATE | YOUR WORK ORDER NO. | OUR BID NO. |
|---|---|---|
| 3/14 3/16 + 3/19/12 | 3249 | |

**DESCRIPTION OF WORK PERFORMED**

Complete 2nd floor gut —
Removed walls, ceilings + flooring

$ 3,850.00

All Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications provided for the above work, and was completed in a substantial workmanlike manner for the agreed sum of _____
_____ Dollars ($ 3,850.00 ).

This is a ☐ Partial ☐ Full invoice due and payable by: _____  _____  _____
　　　　　　　　　　　　　　　　　　　　　　　Month　　　　　　　Day　　　　　　　　Year

**WORK PERFORMED AT:**

144 Barrett Ave.
Bayport N.Y.

TO:

Georgios Siding Corp.

| DATE | YOUR WORK ORDER NO. | OUR BID NO. |
|------|---------------------|-------------|
| 3/17/12 | 3248 | |

**DESCRIPTION OF WORK PERFORMED**

Cleanup - 14 yds. roofing debris

$840.00

All Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications provided for the above work, and was completed in a substantial workmanlike manner for the agreed sum of

Dollars ($ 840.00 ).

**FINEST MAINTENANCE INC.**
6 Woodcock Lane
Levittown, N.Y. 11756
516-503-6015

WORK PERFORMED AT:

129 E. 10th St.
Manhattan, N.Y.

TO:

Casella Construction Corp.

| DATE | YOUR WORK ORDER NO. | OUR BID NO. |
|---|---|---|
| 3/19/12 | 3250 | |

### DESCRIPTION OF WORK PERFORMED

Cleanup - 5 yds. construction debris

$375.00

All Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications provided for the above work, and was completed in a substantial workmanlike manner for the agreed sum of ......

Dollars ($ 375.00 ).

WORK PERFORMED AT:

TO:

Georgros Siding Corp

Smith St
Babylon, N.Y.

| DATE | YOUR WORK ORDER NO. | OUR BID NO. |
|---|---|---|
| 3/19/12 | 3252 | |

**DESCRIPTION OF WORK PERFORMED**

15 sq roof rip — 16 sq cedar

$2040.00

All Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications provided for the above work, and was completed in a substantial workmanlike manner for the agreed sum of _____

Dollars ($ 2040.00 ).

# CONTRACTORS INVOICE

WORK PERFORMED AT:

75-36 West Shore Rd.
Pt Washington, N.Y.

TO:

A. Ressa Contracting Inc

| DATE | YOUR WORK ORDER NO. | OUR BID NO. |
|------|---------------------|-------------|
| 3/21/12 | 3251 | |

## DESCRIPTION OF WORK PERFORMED

Rip + remove all existing siding + insulation boards,
Cleanup all debris

$ 1,600.00

All Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications provided for the above work, and was completed in a substantial workmanlike manner for the agreed sum of _____ Dollars ($ 1600.00 ).

This is a ☐ Partial ☐ Full invoice due and payable by: _____
Month          Day          Year

# CONTRACTORS INVOICE

WORK PERFORMED AT:

72 Feeks Ln.
Lattingtown, N.Y.

TO:

Omland Building Corp.

| DATE | YOUR WORK ORDER NO. | OUR BID NO. |
|---|---|---|
| 3/21 3/22 + 3/23/12 | 3253 | |

**DESCRIPTION OF WORK PERFORMED**

Demo attached garage/apt.
Complete interior gut of 1st + 2nd floor
Remove all debris

$4,500.00

All Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications provided for the above work, and was completed in a substantial workmanlike manner for the agreed sum of _____

Dollars ($ 4,500.00 ).

This is a ☐ Partial ☐ Full invoice due and payable by: _____

Month          Day          Year

in accordance with our    ☐ Agreement    ☐ Proposal    No.    Dated

WORK PERFORMED AT:

23-84 86th St.
Brooklyn, N.Y.

TO:

Casella Construction Corp.

| DATE | YOUR WORK ORDER NO. | OUR BID NO. |
|---|---|---|
| 3/22/12 | 3254 | |

**DESCRIPTION OF WORK PERFORMED**

Remove sheetrock from basement ceiling
Cleanout basement + construction debris on Main floor
Cleanup - 15 yds

$1,175.00

All Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications provided for the above work, and was completed in a substantial workmanlike manner for the agreed sum of _____

Dollars ($ 1175.00 ).

**FINEST MAINTENANCE INC.**
6 Woodcock Lane
Levittown, N.Y. 11756
516-503-6015

WORK PERFORMED AT:

TO:
Sotera & Company LLC

51 Sycamore Rd
New York NY

| DATE | | | |
|------|--|--|--|
| 3/29/11 | 3,255 | | |

2,700

All Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications provided for the above work, and was completed in a substantial workmanlike manner for the agreed sum of _____

Dollars ($ _____ ).

**WORK PERFORMED AT:**

157 Hemlock
Manhasset, N.Y.

TO:

Great Additions Const. Comp.

| DATE | YOUR WORK ORDER NO. | OUR BID NO. |
|------|---------------------|-------------|
| 3/23/12 | 3256 | |

**DESCRIPTION OF WORK PERFORMED**

Roof Installation - 17 sq.
Cleanup - 15 yds.

$1620.00

All Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications provided for the above work, and was completed in a substantial workmanlike manner for the agreed sum of _____