# CONTRACTORS INVOICE

WORK PERFORMED AT:

1875 Kirkwood Ave
Merrick, NY

TO:

Georgios Siding Corp

| DATE | YOUR WORK ORDER NO. | OUR BID NO. |
|------|---------------------|-------------|
| 4/12/12 | 3278 | |

DESCRIPTION OF WORK PERFORMED

Roof Rip - 19 sq

$$= \$1140.00$$
$$- (600.00) \text{ credit}$$
$$\$540.00$$

All Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications provided for the above work, and was completed in a substantial workmanlike manner for the agreed sum of _____

540

# CONTRACTORS INVOICE

WORK PERFORMED AT:

24905 88th St
Bellrose, N.Y

TO:

Georgios Siding Corp

| DATE | YOUR WORK ORDER NO. | OUR BID NO. |
|------|---------------------|-------------|
| 4/14/12 | 3279 | |

**DESCRIPTION OF WORK PERFORMED**

Roof Rip - 10 sq - 3 Layers

$650.00

All Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications provided for the above work, and was completed in a substantial workmanlike manner for the agreed sum of _____

# CONTRACTORS INVOICE

WORK PERFORMED AT:

4 Williams Dr.
Syosset, N.Y.

TO:

Hoffmann Home Imp

| DATE | YOUR WORK ORDER NO. | OUR BID NO. |
|------|---------------------|-------------|
| 4/16/12 | 3280 | |

**DESCRIPTION OF WORK PERFORMED**

2nd floor bathroom gut

$ 450.00

All Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications provided for the above work, and was completed in a substantial workmanlike manner for the agreed sum of _____

Dollars (\$ 450.00 )

# CONTRACTORS INVOICE

WORK PERFORMED AT:

740 E Broadway
Long Beach N.Y

TO:

Casella Construction Corp

| DATE | YOUR WORK ORDER NO. | OUR BID NO. |
|------|---------------------|-------------|
| 4/17 4/18 + 4/19/12 | 3290 329/ | |

### DESCRIPTION OF WORK PERFORMED

Remove all floor tile in entrance + hallway

$1,100.00

All Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications provided for the above work, and was completed in a substantial workmanlike manner for the agreed sum of _____

Dollars ($ 1100.00 ).

This is a ☐ Partial ☐ Full invoice

# CONTRACTORS INVOICE

**WORK PERFORMED AT:**

129 E 10th St
Manhattan, N.Y.

TO:

Casella Construction Corp

DATE
4/18/12

YOUR WORK ORDER NO.
3281

OUR BID NO.

**DESCRIPTION OF WORK PERFORMED**

Cleanup - 8 yds construction debris

#60000

Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications
ovided for the above work, and was completed in a substantial workmanlike manner for the agreed sum of _____

# CONTRACTORS INVOICE

WORK PERFORMED AT:

125 5th Ave.
Manhattan, N.Y.

TO:

Casella Construction Corp

DATE: 4/18/12

YOUR WORK ORDER NO. 3282

OUR BID NO.

DESCRIPTION OF WORK PERFORMED

Clean-up 9 yds. construction debris

$675.00

Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications
provided for the above work, and was completed in a substantial workmanlike manner for the agreed sum of _____

Dollars $ 675.00

# CONTRACTORS INVOICE

WORK PERFORMED AT:

1494 Bright Shore Blvd
Bayshore, N.Y

TO:

Babylon Bay Construction

| DATE | YOUR WORK ORDER NO. | OUR BID NO. |
|------|---------------------|-------------|
| 4/20/12 | 3283 | |

### DESCRIPTION OF WORK PERFORMED

Roof Installation - 17 sq

$1,020.00

Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications ovided for the above work, and was completed in a substantial workmanlike manner for the agreed sum of _____

# CONTRACTORS INVOICE

WORK PERFORMED AT:

42 + 44 Sintsink Dr.
Pt. Washington, N.Y.

TO:

A. Ressa Contracting Inc

| DATE | YOUR WORK ORDER NO. | OUR BID NO. |
|------|---------------------|-------------|
| 4/20/12 | 3284 | |

### DESCRIPTION OF WORK PERFORMED

Cleanup - 5 yds. construction debris

$ 200.00

If Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications provided for the above work, and was completed in a substantial workmanlike manner for the agreed sum of _____

_____ Dollars ($ 200.00

# CONTRACTORS INVOICE

WORK PERFORMED AT:

42 Linden St.
Hicksville, NY.

TO:

Hoffmann Home Imp

| DATE | YOUR WORK ORDER NO. | OUR BID NO. |
|------|---------------------|-------------|
| 4/20/12 | 3285 | |

DESCRIPTION OF WORK PERFORMED

Cleanup - 5 yds construction debris

$200.00

ll Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications
rovided for the above work, and was completed in a substantial workmanlike manner for the agreed sum of

Dollars ($ 200.00 )

# CONTRACTORS INVOICE

WORK PERFORMED AT:

274 Main St.
Pt. Washington, N.Y

TO:

Unique Exteriors

| DATE | YOUR WORK ORDER NO. | OUR BID NO. |
|------|---------------------|-------------|
| 4/20/12 | 3286 | |

### SCHEDULE OF WORK PERFORMED

Clean-up - 4 yds construction debris

$160.00

ll Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications rovided for the above work, and was completed in a substantial workmanlike manner for the agreed sum of _____

Dollars ($ _166.00_ )

is is a ☐ Partial ☐ Full invoice

# CONTRACTORS INVOICE

WORK PERFORMED AT:

3259 Perry Ave.
Oceanside, N.Y.

TO:

Built Right Renovations Inc

| DATE | YOUR WORK ORDER NO. | OUR BID NO. |
|------|---------------------|-------------|
| 4/23/12 | 3287 | |

**DESCRIPTION OF WORK PERFORMED**

2nd floor bathroom gut

$450.00

All Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications provided for the above work, and was completed in a substantial workmanlike manner for the agreed sum of _____

Dollars ($ 450.00 ).

This is a ☐ Partial ☐ Full invoice due and payable by:

# CONTRACTORS INVOICE

WORK PERFORMED AT:

129 E 10th St.
Manhattan, N.Y.

TO:

Casella Construction Corp

| DATE | YOUR WORK ORDER NO. | OUR BID NO. |
|------|---------------------|-------------|
| 4/23/12 | 3288 | |

## DESCRIPTION OF WORK PERFORMED

Cleanup - 7 yds. construction debris

$525.00

All Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications provided for the above work, and was completed in a substantial workmanlike manner for the agreed sum of _____

_____ Dollars ($ 525.00 ).

# CONTRACTORS INVOICE

WORK PERFORMED AT:

603 Colonial Pl
Baldwin, N.Y.

TO:

Built Right Renovations Inc

| DATE | YOUR WORK ORDER NO. | OUR BID NO. |
|------|---------------------|-------------|
| 4/23/12 | 3289 | |

**DESCRIPTION OF WORK PERFORMED**

Cleanup - 8 yds. construction debris

# 320.00

All Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications provided for the above work, and was completed in a substantial workmanlike manner for the agreed sum of _____
_____ Dollars ($ 320.00 ).

This is a ☐ Partial ☐ Full invoice due and payable by:

**CONTRACTORS INVOICE**

WORK PERFORMED AT:

5 Tracy Ct
Northport, N.Y.

TO:

Visions Designers Builders Inc

| DATE | YOUR WORK ORDER NO. | OUR BID NO. |
|------|---------------------|-------------|
| 4/24/12 | 3292 | |

DESCRIPTION OF WORK PERFORMED

Demo attic - Remove all sheetrock + insulation
Remove carpet

$950.00

All Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications provided for the above work, and was completed in a substantial workmanlike manner for the agreed sum of _____

_____ Dollars ($ 950.00 ).

This is a ☐ Partial ☐ Full invoice due and payable by

# CONTRACTORS INVOICE

WORK PERFORMED AT:

2250 Brigham St. Apt 3E
Brooklyn, N.Y.

TO:

Casella Construction Corp

| DATE | YOUR WORK ORDER NO. | OUR BID NO. |
|------|---------------------|-------------|
| 4/24/12 | 3293 | |

**DESCRIPTION OF WORK PERFORMED**

Cleanup construction debris

$325.00

All Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications provided for the above work, and was completed in a substantial workmanlike manner for the agreed sum of _____

_____ Dollars ($ 325.00 ).

This is a ☐ Partial ☐ Full invoice due and payable

# CONTRACTORS INVOICE

**WORK PERFORMED AT:**

23-84 86th St.
Brooklyn, N.Y.

**TO:**

Casella Construction Corp

| DATE | YOUR WORK ORDER NO. | OUR BID NO. |
|------|---------------------|-------------|
| 4/24/12 | 3294 | |

**DESCRIPTION OF WORK PERFORMED**

Cleanout + sweep up building — 17 yds

$ 1105.00

All Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications provided for the above work, and was completed in a substantial workmanlike manner for the agreed sum of _____ Dollars ($ 1105.00 ).

# CONTRACTORS INVOICE

**WORK PERFORMED AT:**

144 N Fulton Ave
Lindenhurst, N.Y.

**TO:**

Babylon Bay Construction

| DATE | YOUR WORK ORDER NO. | OUR BID NO. |
|------|---------------------|-------------|
| 4/27/12 | 3301 | |

**DESCRIPTION OF WORK PERFORMED**

Roof rip + installation - 18 sq.
Install 11 boards of plywood

$ 2435.00

All Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications provided for the above work, and was completed in a substantial workmanlike manner for the agreed sum of _____

Dollars ($ 2435.00

# CONTRACTORS INVOICE

WORK PERFORMED AT:

165 Sackville Rd.
Garden City, N.Y. 11530

TO:

Finnerty Home Imp. LLC

| DATE | YOUR WORK ORDER NO. | OUR BID NO. |
|------|---------------------|-------------|
| 4/27/12 | 3295 | |

DESCRIPTION OF WORK PERFORMED

Demo plaster room

$500.00

All Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications provided for the above work, and was completed in a substantial workmanlike manner for the agreed sum of _____

Dollars ($ 500.00 ).

————————— CONTRACTORS INVOICE

WORK PERFORMED AT:

TO:

Unique Exteriors

31 Elizabeth St
Floral Park NY.

| DATE | YOUR WORK ORDER NO. | OUR BID NO. |
|------|---------------------|-------------|
| 4/28/12 | 3296 | |

DESCRIPTION OF WORK PERFORMED

Cleanup - 5 yds construction debris

$200.00

ll Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications
rovided for the above work, and was completed in a substantial workmanlike manner for the agreed sum of _____

_____ Dollars ($ 200.00 ).

## CONTRACTORS INVOICE

WORK PERFORMED AT:

157 Hemlock
Manhasset, N.Y.

TO:
Great Additions Const. Comp.

| DATE | YOUR WORK ORDER NO. | OUR BID NO. |
|------|---------------------|-------------|
| 4/28/12 | 3297 | |

**DESCRIPTION OF WORK PERFORMED**

Cleanup- 5 yds. construction debris

$200.00

All Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications provided for the above work, and was completed in a substantial workmanlike manner for the agreed sum of _____

Dollars ($ 200.00 ).

# CONTRACTORS INVOICE

**WORK PERFORMED AT:**

3 Hill Dr.
Glen Head, N.Y

**TO:**

Great Additions Const Comp

| DATE | YOUR WORK ORDER NO. | OUR BID NO. |
|------|---------------------|-------------|
| 4/28/12 | 3298 | |

**DESCRIPTION OF WORK PERFORMED**

Cleanup - 4 yds construction debris

$160.00

All Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications provided for the above work, and was completed in a substantial workmanlike manner for the agreed sum of _____

_____ Dollars ($ 160.00 ).

# CONTRACTORS INVOICE

**WORK PERFORMED AT:**

34 Shinnecock
East Quague, N.Y.

**TO:**

Stepman Construction Inc

| DATE | YOUR WORK ORDER NO. | OUR BID NO. |
|------|---------------------|-------------|
| 4/28/12 | 3299 | |

**DESCRIPTION OF WORK PERFORMED**

Cleanup - 5 yds construction debris

$325.00

All Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications provided for the above work, and was completed in a substantial workmanlike manner for the agreed sum of _____

Dollars ($ 325.00 ).

# CONTRACTORS INVOICE

WORK PERFORMED AT:

23-84 86th St.
Brooklyn, N.Y.

TO:

Casella Construction Corp

| DATE | YOUR WORK ORDER NO. | OUR BID NO. |
|---|---|---|
| 5/1/12 | 3300 | |

**DESCRIPTION OF WORK PERFORMED**

Demo closet + remove tile floor
Cleanup - 13 yds construction debris

$ 1295.00

All Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications provided for the above work, and was completed in a substantial workmanlike manner for the agreed sum of _____
_____ Dollars ($ 1295.00 ).

is is a ☐ Partial ☐ Full invoice due and payable by:

# CONTRACTORS INVOICE

**WORK PERFORMED AT:**

125 5th Ave
Manhattan, N.Y

**TO:**

Casella Construction Corp.

| DATE | YOUR WORK ORDER NO. | OUR BID NO. |
|------|---------------------|-------------|
| 5/2/12 | 3303 | |

**DESCRIPTION OF WORK PERFORMED**

Cleanup - 10 yds. construction debris

$750.00

All Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications provided for the above work, and was completed in a substantial workmanlike manner for the agreed sum of _____

Dollars ($ 750.00 ).

## CONTRACTORS INVOICE

WORK PERFORMED AT:

129 E 10th St.
Manhattan, N.Y.

TO:

Casella Construction Corp

| DATE | YOUR WORK ORDER NO. | OUR BID NO. |
|------|---------------------|-------------|
| 5/2/12 | 3304 | |

### DESCRIPTION OF WORK PERFORMED

Cleanup - 8 yds. construction debris

#600.00

Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications provided for the above work, and was completed in a substantial workmanlike manner for the agreed sum of _____ Dollars ($ 600.00 ).

is is a ☐ Partial ☐ Full invoice due and payable