# CONTRACTORS INVOICE

**TO:** Great Additions Const. Comp.

**WORK PERFORMED AT:** 157 Hemlock, Manhasset, N.Y.

**DATE:** 5/3/12

**YOUR WORK ORDER NO.:** 3305

**OUR BID NO.:**

## DESCRIPTION OF WORK PERFORMED

Cleanup - 5 yds construction debris

$200.00

I Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications ovided for the above work, and was completed in a substantial workmanlike manner for the agreed sum of _____

Dollars ($ 200.00)

is is a ☐ Partial ☐ Full invoice due and payable by: