# CONTRACTORS INVOICE

WORK PERFORMED AT:

157 Hemlock
Manhasset, N.Y.

TO:

Great Additions Const Comp.

| DATE | YOUR WORK ORDER NO. | OUR BID NO. |
|------|---------------------|-------------|
| 5/27/12 | 3328 | |

### DESCRIPTION OF WORK PERFORMED

Cleanup - 5 yds construction debris

$200.00

All Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications provided for the above work, and was completed in a substantial workmanlike manner for the agreed sum of _____

Dollars ($ 200.00 )

# CONTRACTORS INVOICE

WORK PERFORMED AT:

3 Hill Dr.
Glen Head, N.Y.

TO:

Great Additions Const Comp

| DATE | YOUR WORK ORDER NO. | OUR BID NO. |
|------|---------------------|-------------|
| 5/24/12 | 3329 | |

## DESCRIPTION OF WORK PERFORMED

Cleanup construction debris

$160.00

All Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications provided for the above work, and was completed in a substantial workmanlike manner for the agreed sum of

# CONTRACTORS INVOICE

WORK PERFORMED AT:

129 E 10th St
Manhattan, N.Y

TO:

Casella Construction Corp

| DATE | YOUR WORK ORDER NO. | OUR BID NO. |
|------|---------------------|-------------|
| 5/25/12 | 3330 | |

DESCRIPTION OF WORK PERFORMED

Remove hardwood flooring - 3 layers
Cleanup 5 yds debris

$1,250.00

All Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications provided for the above work, and was completed in a substantial workmanlike manner for the agreed sum of _____

Dollars ($ 1,250.00

# CONTRACTORS INVOICE

WORK PERFORMED AT:

164 Hoover PL
Centerport, N.Y

TO:

DC Contracting

| DATE | YOUR WORK ORDER NO. | OUR BID NO. |
|------|---------------------|-------------|
| 5/30/12 | 3331 | |

**DESCRIPTION OF WORK PERFORMED**

Demo interior
Remove Cedar Siding + Stone

$ 1400.00

All Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications provided for the above work, and was completed in a substantial workmanlike manner for the agreed sum of _____

# CONTRACTORS INVOICE

**WORK PERFORMED AT:**

125 5th Ave
Manhattan, N.Y

**TO:**

Casella Construction Corp.

| DATE | YOUR WORK ORDER NO | OUR BID NO. |
|------|--------------------|-------------|
| 5/3/12 | 3333 | |

**DESCRIPTION OF WORK PERFORMED**

Cleanup + sweep at all floors - 15 yds

$1,325.00

All Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications provided for the above work, and was completed in a substantial workmanlike manner for the agreed sum of _____ Dollars ($ 1325.00 ).

═══════ CONTRACTORS INVOICE

WORK PERFORMED AT:

400 Warwick Rd
East Meadow, N.Y.

TO:

Georgios Siding Corp.

| DATE | YOUR WORK ORDER NO. | OUR BID NO. |
|------|---------------------|-------------|
| 5/31/12 | 3334 | |

DESCRIPTION OF WORK PERFORMED

Roof Rp - 25 sq

$1500.00

All Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications provided for the above work, and was completed in a substantial workmanlike manner for the agreed sum of _____

Dollars ($ 1500.00 )

WORK PERFORMED AT:

492 Central Ave.
Cedarhurst, N.Y.

TO:

Casella Construction Corp.

| DATE | YOUR WORK ORDER NO. | OUR BID NO. |
|------|---------------------|-------------|
| 5/31/12 | 3335 | |

DESCRIPTION OF WORK PERFORMED

Clean out basement + rear of building

$720.00

All Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications provided for the above work, and was completed in a substantial workmanlike manner for the agreed sum of _____

Dollars ($ 720.00 ).

**CONTRACTORS INVOICE**

WORK PERFORMED AT:

2 Cypress Ln.
Hampton Bays, N.Y.

TO:

Stepman Construction Inc

| DATE | YOUR WORK ORDER NO. | OUR BID NO. |
|------|---------------------|-------------|
| 6/1/12 | 3336 | |

**DESCRIPTION OF WORK PERFORMED**

Roof Installation - 12 sq plus material

$1,300.00

All Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications provided for the above work, and was completed in a substantial workmanlike manner for the agreed sum of _____

Dollars ($ 1300.00 ).

# CONTRACTORS INVOICE

WORK PERFORMED AT:

15 Pine Ave
Bethpage, N.Y.

TO:

First Choice Renovations

| DATE | YOUR WORK ORDER NO. | OUR BID NO. |
|------|---------------------|-------------|
| 6/4/12 | 3337 | |

**DESCRIPTION OF WORK PERFORMED**

Complete plaster Kitchen gut - ceiling, walls +
floor to subfloor

$800.00

All Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications provided for the above work, and was completed in a substantial workmanlike manner for the agreed sum of _____

_____ Dollars ($ 800.00 ).

WORK PERFORMED AT:

11 Sandy Hollow Rd
Pt. Washington, N.Y.

TO:

Built Right Renovations Inc

| DATE | YOUR WORK ORDER NO. | OUR BID NO. |
|------|---------------------|-------------|
| 6/4/12 | 3338 | |

DESCRIPTION OF WORK PERFORMED

Bathroom demo

$450.00

All Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications provided for the above work, and was completed in a substantial workmanlike manner for the agreed sum of _____

Dollars ($ 450.00 ).

# CONTRACTORS INVOICE

WORK PERFORMED AT:

157 Hemlock
Manhasset, N.Y.

TO:
Great Additions Const. Comp

| DATE | YOUR WORK ORDER NO. | OUR BID NO. |
|------|---------------------|-------------|
| 6/5/12 | 3339 | |

**DESCRIPTION OF WORK PERFORMED:**

Cleanup - 6 yds construction debris

$240.00

All Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications provided for the above work, and was completed in a substantial workmanlike manner for the agreed sum of _____ Dollars ($ 270.00 ).

# CONTRACTORS INVOICE

**WORK PERFORMED AT:**

30 Gristmill Ln
Huntington, N.Y.

TO:

DC Contracting

| DATE | YOUR WORK ORDER NO. | OUR BID NO. |
|------|---------------------|-------------|
| 6/5/12 | 3340 | |

**DESCRIPTION OF WORK PERFORMED**

Cleanup construction debris

$160.00

All Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications provided for the above work, and was completed in a substantial workmanlike manner for the agreed sum of _____

Dollars ($ 160.00 ).

CONTRACTORS INVOICE

WORK PERFORMED AT:

4 Cutter Ln.
Levittown, NY.

TO:
Hoffmann Home Imp.

| DATE | YOUR WORK ORDER NO. | OUR BID NO. |
|------|---------------------|-------------|
| 6/5/12 | 3341 | |

DESCRIPTION OF WORK PERFORMED

Cleanup - 7 yds. Construction debris

$280.00

All Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications provided for the above work, and was completed in a substantial workmanlike manner for the agreed sum of _____

_____ Dollars ($ 280.00 ).

WORK PERFORMED AT:

125 5TH Ave
Manhattan, NY

TO:

Casella Construction Corp.

| DATE | YOUR WORK ORDER NO. | OUR BID NO. |
|------|---------------------|-------------|
| 6/6/12 | 3342 | |

DESCRIPTION OF WORK PERFORMED

Clean-up - 12 yds. construction debris

$900.00

All Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications provided for the above work, and was completed in a substantial workmanlike manner for the agreed sum of _____ Dollars ($ 900.00 ).

WORK PERFORMED AT:

TO:

Casella Construction Corp

129 E. 10th St
Manhattan, N.Y.

| DATE | YOUR WORK ORDER NO. | OUR BID NO. |
|------|---------------------|-------------|
| 6/6/12 | 3343 | |

DESCRIPTION OF WORK PERFORMED

Cleanup - 4 yds construction debris

$300.00

All Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications provided for the above work, and was completed in a substantial workmanlike manner for the agreed sum of _____

Dollars ($ _300.00_ ).

WORK PERFORMED AT:

TO:

Built Right Renovations Inc

31 Bent Ln.
Levittown N.Y.

| DATE | YOUR WORK ORDER NO. | OUR BID NO. |
|------|---------------------|-------------|
| 6/6/12 | 3344 | |

DESCRIPTION OF WORK PERFORMED

Cleanup construction debris

$160.00

All Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications provided for the above work, and was completed in a substantial workmanlike manner for the agreed sum of _____

Dollars ($ 160.00 ).

WORK PERFORMED AT:

324 E. 66th St
Apt. 33
Manhattan N.Y

TO:

Casella Construction Corp

| DATE | YOUR WORK ORDER NO. | OUR BID NO. |
|------|---------------------|-------------|
| 6/7/12 | 3345 | |

DESCRIPTION OF WORK PERFORMED

6th floor walk-up Kitchen + Bathroom demo
Remove hardwood floors

$1700.00

All Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications provided for the above work, and was completed in a substantial workmanlike manner for the agreed sum of _____ Dollars ($ 1700.00 ).

# CONTRACTORS INVOICE

WORK PERFORMED AT:

51 Elm St
Lynbrook, N.Y.

TO:

Built Right Renovations Inc.

| DATE | YOUR WORK ORDER NO. | OUR BID NO. |
|------|---------------------|-------------|
| 6/7/12 | 3346 | |

DESCRIPTION OF WORK PERFORMED

Cleanup construction debris

$160.00

All Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications provided for the above work, and was completed in a substantial workmanlike manner for the agreed sum of _____

Dollars ($ 160.00 ).

CONTRACTORS INVOICE

WORK PERFORMED AT:

227 Peters Ave
East Meadow, N.Y.

TO:
Edward J Construction Comp.

| DATE | YOUR WORK ORDER NO. | OUR BID NO. |
|------|---------------------|-------------|
| 6/8/12 | 3347 | |

DESCRIPTION OF WORK PERFORMED

Demo rear stoop

$450.00

All Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications provided for the above work, and was completed in a substantial workmanlike manner for the agreed sum of _____ Dollars ($ 450.00 ).

WORK PERFORMED AT:

327 Cherry Pl
East Meadow, N.Y.

TO:

Great Additions Const. Comp

| DATE | YOUR WORK ORDER NO. | OUR BID NO. |
|------|---------------------|-------------|
| 6/11/12 | 3352 | |

DESCRIPTION OF WORK PERFORMED

Dormer rip- 12 sq

$ 1,920.00

All Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications provided for the above work, and was completed in a substantial workmanlike manner for the agreed sum of _____ Dollars ($ 1,920.00 ).

**CONTRACTORS INVOICE**

WORK PERFORMED AT:

337 W. Nicholai St
Hicksville, NY.

TO:

Built Right Renovations Inc.

| DATE | YOUR WORK ORDER NO. | OUR BID NO. |
|------|---------------------|-------------|
| 6/11/12 | 3348 | |

**DESCRIPTION OF WORK PERFORMED**

Partial bathroom gut

$250.00

All Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications provided for the above work, and was completed in a substantial workmanlike manner for the agreed sum of _____

Dollars ($ 250.00 )

# CONTRACTORS INVOICE

**WORK PERFORMED AT:**
125 5th Ave
Manhattan, N.Y.

**TO:**
Casella Construction Corp

| DATE | YOUR WORK ORDER NO. | OUR BID NO. |
|------|---------------------|-------------|
| 6/12/12 | 3350 | |

**DESCRIPTION OF WORK PERFORMED**

Cleanup 6 yds construction debris

$450.00

All Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications provided for the above work, and was completed in a substantial workmanlike manner for the agreed sum of _____ Dollars ($ 450.00 ).

WORK PERFORMED AT:

TO: .

Casella Construction Corp

129 E 10th St
Manhattan, N.Y.

| DATE | YOUR WORK ORDER NO. | OUR BID NO. |
|------|---------------------|-------------|
| 6/12/12 | 3349 | |

DESCRIPTION OF WORK PERFORMED

Cleanup - 8 yds. construction debris

$600.00

All Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications provided for the above work, and was completed in a substantial workmanlike manner for the agreed sum of _____

_____ Dollars ($ 600.00 ).

WORK PERFORMED AT:

158 Pine St.
Garden City, N.Y.

TO:

First Choice Renovations

| DATE | YOUR WORK ORDER NO. | OUR BID NO. |
|------|---------------------|-------------|
| 6/13 + 6/14/12 | 3353 | |

**DESCRIPTION OF WORK PERFORMED**

1st Floor - Gut bedroom, Kitchen + bathroom. Remove
  hardwood flooring + blown-in insulation
2nd Floor - Complete gut

$ 3200.00

All Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications provided for the above work, and was completed in a substantial workmanlike manner for the agreed sum of _____

Dollars ($ 3200.00 )

WORK PERFORMED AT:

98 Nassau Rd.
Albertson, N.Y.

TO:

Great Additions Const. Comp.

| DATE | YOUR WORK ORDER NO. | OUR BID NO. |
|------|---------------------|-------------|
| 6/14/12 | 3354 | |

DESCRIPTION OF WORK PERFORMED

Basement cleanout

$160.00

All Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications provided for the above work, and was completed in a substantial workmanlike manner for the agreed sum of _____

_____ Dollars ($ 160.00 ).