# CONTRACTORS INVOICE

**WORK PERFORMED AT:** 116-16 84th Ave, Richmond Hill, N.Y.

**TO:** Cold Spring Contractors Inc

**DATE:** 6/15/12

**YOUR WORK ORDER NO.** 3351

**OUR BID NO.**

## DESCRIPTION OF WORK PERFORMED

Rip + Remove 17 sq cedar siding from house
Cleanup all debris

$ 1,130.00

All Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications provided for the above work, and was completed in a substantial workmanlike manner for the agreed sum of _____

Dollars ($ 1,130.00 ).