# CONTRACTORS INVOICE

WORK PERFORMED AT:

324 W 80ᵗʰ St
Manhattan, N.Y.

TO:

Casella Construction Corp

| DATE | YOUR WORK ORDER NO. | OUR BID NO. |
|------|---------------------|-------------|
| 6/27/12 | 3378 | |

DESCRIPTION OF WORK PERFORMED

Cleanup Construction debris

$375.00

Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications provided for the above work, and was completed in a substantial workmanlike manner for the agreed sum of _____ Dollars ($ 375.00 ).

is is a ☐ Partial ☐ Full invoice due and payable by:

# CONTRACTORS INVOICE

WORK PERFORMED AT:

TO:

Built Right Renovations Inc

11 Sandy Hollow Rd
Pt. Washington, N.Y.

| DATE | YOUR WORK ORDER NO. | OUR BID NO. |
|------|---------------------|-------------|
| 6/27/12 | 3379 | |

### DESCRIPTION OF WORK PERFORMED

Cleanup construction debris

$160 00

All Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications provided for the above work, and was completed in a substantial workmanlike manner for the agreed sum of _____ Dollars ($ 160.00 ).

# CONTRACTORS INVOICE

WORK PERFORMED AT:

Fairview Rd
Farmingdale, N.Y.

TO:

Georgros Siding Corp.

| DATE | YOUR WORK ORDER NO. | OUR BID NO. |
|------|---------------------|-------------|
| 6/28/12 | 3380 | |

**DESCRIPTION OF WORK PERFORMED**

Clean-up 8 yds roofing debris

$480.00

All Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications provided for the above work, and was completed in a substantial workmanlike manner for the agreed sum of _____

_____ Dollars ($ 480.00 ).

his is a ☐ Partial ☐ Full invoice due and payable by:

=========== CONTRACTORS INVOICE

WORK PERFORMED AT:

Worth Manor Estates
Unit # 117

TO:

Total Community Management Corp.

| DATE | YOUR WORK ORDER NO. | OUR BID NO. |
|------|---------------------|-------------|
| 6/29/12 | 3381 | |

### DESCRIPTION OF WORK PERFORMED

Repair valley in roof

$250.00

All Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications provided for the above work, and was completed in a substantial workmanlike manner for the agreed sum of _____

_____ Dollars ($ 250.00 ).

This is a ☐ Partial ☐ Full invoice due and payable by:

WORK PERFORMED AT:

TO:

Great Additions Const. Comp

58 Sheep Ln
Levittown. N.Y.

| DATE | YOUR WORK ORDER NO. | OUR BID NO. |
|---|---|---|
| 7/2/12 | 3382 | |

**DESCRIPTION OF WORK PERFORMED**

1/2 attic gut

$700.00

All Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications provided for the above work, and was completed in a substantial workmanlike manner for the agreed sum of _____

_____ Dollars ($ 700.00 ).

# CONTRACTORS INVOICE

WORK PERFORMED AT:

Pine St.
Garden City, N.Y.

TO:

First Choice Renovations

| DATE | YOUR WORK ORDER NO. | OUR BID NO. |
|---|---|---|
| 7/2 + 7/3/12 | 3383 | |

**DESCRIPTION OF WORK PERFORMED**

Demo front room - Remove ceiling + walls
Demo interior of garage

$800.00

Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications provided for the above work, and was completed in a substantial workmanlike manner for the agreed sum of _____

_____ Dollars ($ _800.00_ ).

WORK PERFORMED AT:

274 Main St
Pt. Washington, NY

TO:

Unique Exteriors

| DATE | YOUR WORK ORDER NO. | OUR BID NO. |
|------|---------------------|-------------|
| 7/3/12 | 3384 | |

**DESCRIPTION OF WORK PERFORMED**

Cleanup 8 yds debris
Remove cement divider
Demo fireplace wall

$750.00

All Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications provided for the above work, and was completed in a substantial workmanlike manner for the agreed sum of _____

_____ Dollars ($ 750.00 ).

WORK PERFORMED AT:

1031 Knickerbocker Rd.
Island Park, N.Y.

TO:

Built Right Renovations Inc.

| DATE | YOUR WORK ORDER NO. | OUR BID NO. |
|------|---------------------|-------------|
| 7/3/12 | 3385 | |

DESCRIPTION OF WORK PERFORMED

Cleanup construction debris

$160.00

All Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications provided for the above work, and was completed in a substantial workmanlike manner for the agreed sum of _____

_____ Dollars ($ 160.00 ).

CONTRACTORS INVOICE

WORK PERFORMED AT:

9 Trescott Path
Ft. Salonga, N.Y

TO:

Visions · Designers · Builders Inc.

| DATE | YOUR WORK ORDER NO. | OUR BID NO. |
|------|---------------------|-------------|
| 7/3/12 | 3386 | |

DESCRIPTION OF WORK PERFORMED

Cleanup - 15 yds construction debris

$600.00

ll Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications
rovided for the above work, and was completed in a substantial workmanlike manner for the agreed sum of _____

_____ Dollars ($ 600.00 ).

CONTRACTORS INVOICE

WORK PERFORMED AT:

129 E. 10th St.
Manhattan, NY.

TO:

Casella Construction Corp.

| DATE | YOUR WORK ORDER NO. | OUR BID NO. |
|------|---------------------|-------------|
| 7/5/12 | 3387 | |

**DESCRIPTION OF WORK PERFORMED**

Cleanup - 6 yds construction debris
Sweep out all floors

$550.00

All Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications provided for the above work, and was completed in a substantial workmanlike manner for the agreed sum of _____

_____ Dollars ($ 550.00 ).

This is a ☐ Partial ☐ Full invoice due and payable by:

WORK PERFORMED AT:

274 Main St
Pt Washington, N.Y.

TO:

Unique Exteriors

| DATE | YOUR WORK ORDER NO. | OUR BID NO. |
|------|---------------------|-------------|
| 7/6/12 | 3388 | |

**DESCRIPTION OF WORK PERFORMED**

Cleanup - 5 yds construction debris

$200.00

All Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications provided for the above work, and was completed in a substantial workmanlike manner for the agreed sum of _____

_____ Dollars ($ 200.00 ).

This is a ☐ Partial ☐ Full invoice due and payable

CONTRACTORS INVOICE

WORK PERFORMED AT:

121 B West Ave
Hicksville, NY

TO:

Hoffmann Home Imp

| DATE | YOUR WORK ORDER NO. | OUR BID NO. |
|------|---------------------|-------------|
| 7/7/12 | 3389 | |

DESCRIPTION OF WORK PERFORMED

Roof Repair

$ 650.00

All Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications provided for the above work, and was completed in a substantial workmanlike manner for the agreed sum of _____

Dollars ($ 650.00 ).

WORK PERFORMED AT:

240 Bayberry Ave
Hewlett, N.Y

TO:

Double-D Contractors

| DATE | YOUR WORK ORDER NO. | OUR BID NO. |
|------|---------------------|-------------|
| 7/9/12 | 3390 | |

**DESCRIPTION OF WORK PERFORMED**

| | |
|---|---|
| Remove cedar siding — + | $1,600.00 |
| Outstanding — 1/30/12 #3200 | 160.00 |
| 2/10/12 #3211 | 200.00 |
| Total Due | $1,960.00 |

All Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications provided for the above work, and was completed in a substantial workmanlike manner for the agreed sum of _____

Dollars ($ 1960.00 ).

CONTRACTORS INVOICE

WORK PERFORMED AT:

324 W 80th St.
Manhattan, N.Y.

TO:
Casella Construction Corp.

| DATE | YOUR WORK ORDER NO. | OUR BID NO. |
|------|---------------------|-------------|
| 7/10/12 | 3391 | |

**DESCRIPTION OF WORK PERFORMED**

Cleanup - 5 yds construction debris

$375.00

All Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications provided for the above work, and was completed in a substantial workmanlike manner for the agreed sum of _____

_____ Dollars ($ 375.00 ).

WORK PERFORMED AT:

129 E. 10th St
Manhattan, N.Y.

TO:

Casella Construction Corp.

| DATE | YOUR WORK ORDER NO. | OUR BID NO. |
|------|---------------------|-------------|
| 7/10/12 | 3392 | |

DESCRIPTION OF WORK PERFORMED

Cleanup- 5 yds construction debris

$375.00

All Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications provided for the above work, and was completed in a substantial workmanlike manner for the agreed sum of _____

_____ Dollars ($ 375.00 ).

WORK PERFORMED AT:

TO:

Casella Construction Corp.

153-25 88th St.
Howard Beach, N.Y.

| DATE | YOUR WORK ORDER NO. | OUR BID NO. |
|------|---------------------|-------------|
| 7/10/12 | 3393 | |

**DESCRIPTION OF WORK PERFORMED**

Remove Kitchen cabinets, carpet + hardwood floor
Cleanup debris

$750.00

All Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications provided for the above work, and was completed in a substantial workmanlike manner for the agreed sum of _____

_____ Dollars ($ 750.00 ).

WORK PERFORMED AT:

6 Pleasant View Ct.
Huntington, N.Y.

TO:

Sotera + Company, LLC

| DATE | YOUR WORK ORDER NO. | OUR BID NO. |
|------|---------------------|-------------|
| 7/10/10 | 3394 | |

**DESCRIPTION OF WORK PERFORMED**

Bathroom demo

$550.00

All Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications provided for the above work, and was completed in a substantial workmanlike manner for the agreed sum of _____

Dollars ($ 550.00 ).

WORK PERFORMED AT:

58 Sheep Ln.
Levittown, N.Y.

TO:

Great Additions Const. Comp

| DATE | YOUR WORK ORDER NO. | OUR BID NO. |
|---|---|---|
| 7/10/12 | 3395 | |

**DESCRIPTION OF WORK PERFORMED**

Dormer rip

$ 1120.00

All Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications provided for the above work, and was completed in a substantial workmanlike manner for the agreed sum of _____

_____ Dollars ($ 1120.00 ).

**WORK PERFORMED AT:**

34 Bucket Ln.
Hicksville, NY

**TO:**

Georgios Siding Corp

| DATE | YOUR WORK ORDER NO. | OUR BID NO. |
|---|---|---|
| 7/13/12 | 3396 | |

**DESCRIPTION OF WORK PERFORMED**

Cleanup - 5 yds. construction debris

$240.00

All Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications provided for the above work, and was completed in a substantial workmanlike manner for the agreed sum of _____

_____ Dollars ($ 240.00 ).

This is a ☐ Partial ☐ Full invoice due and payable by:

WORK PERFORMED AT:

7 Leroy PL
Deer Park, N.Y.

TO:

Edward J Construction Comp

| DATE | YOUR WORK ORDER NO. | OUR BID NO. |
|------|---------------------|-------------|
| 7/13/12 | 3397 | |

**DESCRIPTION OF WORK PERFORMED**

Cleanup construction debris

$160.00

All Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications provided for the above work, and was completed in a substantial workmanlike manner for the agreed sum of _____

_____ Dollars ($ 160.00 ).

WORK PERFORMED AT:

58 Sheep Ln
Levittown N.Y

TO:

Great Additions Const. Comp.

| DATE | YOUR WORK ORDER NO. | OUR BID NO. |
|------|---------------------|-------------|
| 7/14/12 | 3398 | |

DESCRIPTION OF WORK PERFORMED

7 sq. roof installation
Cut in Chimney flashing
Cleanup debris

$ 750.00

Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications provided for the above work, and was completed in a substantial workmanlike manner for the agreed sum of _____

_____ Dollars ($ 750.00 ).

CONTRACTORS INVOICE

WORK PERFORMED AT:

14 Alley Pond Ct.
Dix Hills, N.Y.

TO:

Casella Construction Corp.

| DATE | YOUR WORK ORDER NO. | OUR BID NO. |
|------|---------------------|-------------|
| 7/14/12 | 3399 | |

DESCRIPTION OF WORK PERFORMED

Roof Repair — Repair flashing
Install pipe boot

$250.00

All Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications provided for the above work, and was completed in a substantial workmanlike manner for the agreed sum of _____

_____ Dollars ($ 250.00 ).

# CONTRACTORS' INVOICE

**WORK PERFORMED AT:**
31 Tanners Ln.
Great Neck, N.Y.

**TO:**
Built Right Renovations Inc.

| DATE | YOUR WORK ORDER NO. | OUR BID NO. |
|------|---------------------|-------------|
| 7/14/12 | 3400 | |

## DESCRIPTION OF WORK PERFORMED

Cleanup - 5 yds. construction debris

$200.00

All Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications provided for the above work, and was completed in a substantial workmanlike manner for the agreed sum of _____

_____ Dollars ($ 200.00 ).

WORK PERFORMED AT:

TO:

Unique Exteriors

274 Main St.
Pt. Washington, N.Y.

| DATE | YOUR WORK ORDER NO. | OUR BID NO. |
|------|---------------------|-------------|
| 7/4/12 | 3401 | |

**DESCRIPTION OF WORK PERFORMED**

Cleanup construction debris

$160.00

All Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications provided for the above work, and was completed in a substantial workmanlike manner for the agreed sum of _____ Dollars ($ _160.00_ ).

CONTRACTORS INVOICE

WORK PERFORMED AT:

TO:

Unique Exteriors

36 Norwood
Manor Haven, NY

| DATE | YOUR WORK ORDER NO. | OUR BID NO. |
|------|---------------------|-------------|
| 7/14/12 | 3402 | |

DESCRIPTION OF WORK PERFORMED

Cleanup construction debris

$160.00

All Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications provided for the above work, and was completed in a substantial workmanlike manner for the agreed sum of _____

Dollars ($ 160.00 ).