# CONTRACTORS INVOICE

**WORK PERFORMED AT:**

57 Walnut E Ave.
Farmingdale, NY

**TO:**

Edward J. Construction Comp

| DATE | YOUR WORK ORDER NO. | OUR BID NO. |
|------|---------------------|-------------|
| 8/1/12 | 3422 | |

**DESCRIPTION OF WORK PERFORMED**

Cleanup construction debris

$160.00

All Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications provided for the above work, and was completed in a substantial workmanlike manner for the agreed sum of _____ Dollars ($ 160.00 ).

Year

# CONTRACTORS INVOICE

WORK PERFORMED AT:

82 Glen Cove Rd
Greenvale, N.Y

TO:

Omland Building Corp

| DATE | YOUR WORK ORDER NO. | OUR BID NO. |
|------|---------------------|-------------|
| 8/2/12 | 3423 | |

DESCRIPTION OF WORK PERFORMED

Demo interior of store
Remove ceiling tile + grid, ductwork + wiring
Demo bathroom
Remove flooring

$950.00

All Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications provided for the above work, and was completed in a substantial workmanlike manner for the agreed sum of _____

Dollars ($ 950.00 ).

**WORK PERFORMED AT:**

68 Wilfred Blvd.
Hicksville, N.Y.

**TO:**

Hoffmann Home Imp

| DATE | YOUR WORK ORDER NO. | OUR BID NO. |
|------|---------------------|-------------|
| 8/3/12 | 3424 | |

**DESCRIPTION OF WORK PERFORMED**

Roof Installation - 15 sq

$1080.00

All Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications provided for the above work, and was completed in a substantial workmanlike manner for the agreed sum of _____ Dollars ($ 1080.00 ).

# CONTRACTORS INVOICE

WORK PERFORMED AT:

824 Mirabelle Ave.
Westbury, N.Y.

TO:

Georgios Siding Corp

| DATE | YOUR WORK ORDER NO. | OUR BID NO. |
|------|---------------------|-------------|
| 8/3/12 | 3425 | |

### DESCRIPTION OF WORK PERFORMED

Cleanup roofing debris - 5 yds

$300.00

All Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications provided for the above work, and was completed in a substantial workmanlike manner for the agreed sum of _____ Dollars ($ 300.00 ).

WORK PERFORMED AT:

125 5th Ave.
Manhattan, NY.

TO:

Casella Construction Corp

| DATE | YOUR WORK ORDER NO. | OUR BID NO. |
|------|---------------------|-------------|
| 8/6/12 | 3426 | |

**DESCRIPTION OF WORK PERFORMED**

Sweep out all floor

$375.00

All Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications provided for the above work, and was completed in a substantial workmanlike manner for the agreed sum of _____ Dollars ($ 375.00 ).

WORK PERFORMED AT:

129 E 10th St
Manhattan, N.Y.

TO:

Casella Construction Corp.

| DATE | YOUR WORK ORDER NO. | OUR BID NO. |
|---|---|---|
| 8/6/12 | 3427 | |

**DESCRIPTION OF WORK PERFORMED**

Sweep out all floors

$ 375.00

All Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications provided for the above work, and was completed in a substantial workmanlike manner for the agreed sum of _____ Dollars ($ 375.00 ).

## CONTRACTORS INVOICE

**WORK PERFORMED AT:**

324 W 80th St
Manhattan, NY

**TO:**

Casella Construction Corp.

| DATE | YOUR WORK ORDER NO. | OUR BID NO. |
|------|---------------------|-------------|
| 8/6/12 | 3428 | |

**DESCRIPTION OF WORK PERFORMED**

Cleanup - 4 yds construction debris

$300.00

All Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications provided for the above work, and was completed in a substantial workmanlike manner for the agreed sum of _____

Dollars ($ 300.00 ).

WORK PERFORMED AT:

Delta Rd.
Massapequa, N.Y.

TO:

Great Additions Const Comp

| DATE | YOUR WORK ORDER NO. | OUR BID NO. |
|------|---------------------|-------------|
| 8/10/12 | 3429 | |

DESCRIPTION OF WORK PERFORMED

Roof Installation - 23 sq

$1350.00

All Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications provided for the above work, and was completed in a substantial workmanlike manner for the agreed sum of _____

Dollars ($ 1380.00 ).

# CONTRACTORS INVOICE

WORK PERFORMED AT:

127 E. 10th St.
Manhattan, N.Y.

TO:

Casella Construction Corp.

| DATE | YOUR WORK ORDER NO. | OUR BID NO. |
|------|---------------------|-------------|
| 8/10/12 | 3430 | |

### DESCRIPTION OF WORK PERFORMED

Cleanup construction debris - 5 yds.
Sweep out all floors

# 375.00

All Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications provided for the above work, and was completed in a substantial workmanlike manner for the agreed sum of _____

Dollars ($ 375.00 ).

WORK PERFORMED AT:

296 Easton Ave.
Ronkonkoma, N.Y.

TO:

Edward J Construction Comp.

| DATE | YOUR WORK ORDER NO. | OUR BID NO. |
|------|---------------------|-------------|
| 8/3/12 | 3431 | |

**DESCRIPTION OF WORK PERFORMED**

Cleanup - 5 yds construction debris

$200.00

All Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications provided for the above work, and was completed in a substantial workmanlike manner for the agreed sum of _____ Dollars ($ 200.00 ).

WORK PERFORMED AT:

45 Kingfisher
Levittown, N.Y

TO:

Edward J. Construction Corp

| DATE | YOUR WORK ORDER NO. | OUR BID NO. |
|------|---------------------|-------------|
| 8/10/12 | 3432 | |

DESCRIPTION OF WORK PERFORMED

Bathroom gut

# 450.00

All Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications provided for the above work, and was completed in a substantial workmanlike manner for the agreed sum of _____

Dollars ($ 450.00 ).

Year

CONTRACTORS INVOICE

WORK PERFORMED AT:

Delta Rd
Massapequa, N.Y.

TO:

Great Additions Const Comp.

| DATE | YOUR WORK ORDER NO. | OUR BID NO. |
|------|--------------------|-------------|
| 8/14/12 | 3433 | |

DESCRIPTION OF WORK PERFORMED

Cleanup - 20 yds. construction debris

$800.00

All Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications provided for the above work, and was completed in a substantial workmanlike manner for the agreed sum of _____
_____ Dollars ($ 800.00 ).

This is a ☐ Partial ☐ Full invoice due and payable by:

WORK PERFORMED AT:

153-25 88th St, Apt 4
Howard Beach, N.Y.

TO:

Casella Construction Corp

| DATE | YOUR WORK ORDER NO. | OUR BID NO. |
|------|---------------------|-------------|
| 8/9/12 | 3434 | |

DESCRIPTION OF WORK PERFORMED

Cleanup = 5 yds. construction debris

$300.00

All Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications provided for the above work, and was completed in a substantial workmanlike manner for the agreed sum of _____

Dollars ($ 300.00 ).

WORK PERFORMED AT:

68 Wilfred Blvd.
Hicksville, N.Y

TO:

Hoffmann Home Imp

| DATE | YOUR WORK ORDER NO. | OUR BID NO. |
|------|---------------------|-------------|
| 5/9/12 | 3435 | |

**DESCRIPTION OF WORK PERFORMED**

Demo chimney
Close-up roof

$350.00

All Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications provided for the above work, and was completed in a substantial workmanlike manner for the agreed sum of _____ Dollars ($ 350.00 ).

WORK PERFORMED AT:

327 Cherry Pl
East Meadow, N.Y

TO:

Great Additions Const. Comp.

| DATE | YOUR WORK ORDER NO. | OUR BID NO. |
|------|---------------------|-------------|
| 8/9/12 | 3436 | |

DESCRIPTION OF WORK PERFORMED

Cleanup construction debris

$ 160.00

All Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications provided for the above work, and was completed in a substantial workmanlike manner for the agreed sum of _____ Dollars ($ 160.00 ).

**WORK PERFORMED AT:**

58 Sheep Ln
Levittown, NY

**TO:**

Great Additions Const Comp.

| DATE | YOUR WORK ORDER NO. | OUR BID NO. |
|---|---|---|
| 5/9/12 | 3437 | |

**DESCRIPTION OF WORK PERFORMED**

Cleanup - 6 yds construction debris

$240.00

All Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications provided for the above work, and was completed in a substantial workmanlike manner for the agreed sum of _____ Dollars ($ 240.00 ).

Year

WORK PERFORMED AT:

83 The Helm
E Islip, N.Y

TO: Unique Exteriors

Attn: Chris

| DATE | YOUR WORK ORDER NO. | OUR BID NO. |
|---|---|---|
| 8/13 + 8/14/12 | 3438 | |

DESCRIPTION OF WORK PERFORMED

Clean-up - 12 yds construction debris

$480.00

All Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications provided for the above work, and was completed in a substantial workmanlike manner for the agreed sum of _____ Dollars ($ 480.00 ).

**WORK PERFORMED AT:**

129 E 10th St.
Manhattan, N.Y.

**TO:**

Casella Construction Corp.

| DATE | YOUR WORK ORDER NO. | OUR BID NO. |
|------|---------------------|-------------|
| 5/15/12 | 3439 | |

**DESCRIPTION OF WORK PERFORMED**

Cleanup- 5 yds construction debris

$375.00

All Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications provided for the above work, and was completed in a substantial workmanlike manner for the agreed sum of _____
_____ Dollars ($ 375.00 ).

CONTRACTORS INVOICE

WORK PERFORMED AT:

119 Wellington Rd
W. Hempstead, N.Y.

TO:

Great Additions Const. Comp

| DATE | YOUR WORK ORDER NO. | OUR BID NO. |
|------|---------------------|-------------|
| 5/17/12 | 3440 | |

DESCRIPTION OF WORK PERFORMED

2nd floor attic got

#1,700.00

All Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications provided for the above work, and was completed in a substantial workmanlike manner for the agreed sum of _____

_____ Dollars ($ 1700.00 ).

This is a ☐ Partial ☐ Full invoice due and payable by: _____

WORK PERFORMED AT:

119 Wellington Rd.
W. Hempstead, N.Y.

TO:

Great Additions Const. Comp

| DATE | YOUR WORK ORDER NO. | OUR BID NO. |
|------|---------------------|-------------|
| 5/20/12 | 3441 | |

### DESCRIPTION OF WORK PERFORMED

Cleanup from dormer rip - 32 yds

$1280.00

All Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications provided for the above work, and was completed in a substantial workmanlike manner for the agreed sum of _____

_____ Dollars ($ 1280 00 ).

This is a ☐ Partial ☐ Full invoice due and payable by: _____
Month          Day

# CONTRACTORS INVOICE

**TO:**

Casella Construction Corp

**WORK PERFORMED AT:**

812 Riverside Dr.
Manhattan, NY.

| DATE | YOUR WORK ORDER NO. | OUR BID NO. |
|---|---|---|
| 8/20 + 3/2/12 | 3442 | |

**DESCRIPTION OF WORK PERFORMED**

Protect floors + contents of apts with Rambard + plastic
Demo + cleanup 1st, 2nd, 3rd, + 4th floor apts.

$2600.00

All Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications provided for the above work, and was completed in a substantial workmanlike manner for the agreed sum of _____

_____ Dollars ($ 2600.00 ).

This is a ☐ Partial ☐ Full invoice due and payable by _____
Month

WORK PERFORMED AT:

104 Olive Ln
Manhasset Hills, N.Y.

TO:

Georgios Siding Corp

| DATE | YOUR WORK ORDER NO. | OUR BID NO. |
|------|---------------------|-------------|
| 8/22/12 | 3443 | |

**DESCRIPTION OF WORK PERFORMED**

Roof Rip - 21 sq

$126.00

All Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications provided for the above work, and was completed in a substantial workmanlike manner for the agreed sum of _____

_____ Dollars ($ 1,260.00 ).

This is a ☐ Partial ☐ Full invoice due and payable by: _____
Month

WORK PERFORMED AT:

129 E 10th St.
Manhattan, N.Y

TO:

Casella Construction Corp.

| DATE | YOUR WORK ORDER NO. | OUR BID NO. |
|------|---------------------|-------------|
| 8/22/12 | 3444 | |

**DESCRIPTION OF WORK PERFORMED**

Cleanup 5 yds construction debris

$ 375.00

All Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications provided for the above work, and was completed in a substantial workmanlike manner for the agreed sum of _____

_____ Dollars ($ 375.00 ).

This is a ☐ Partial ☐ Full invoice due and payable by _____
Month

CONTRACTORS INVOICE

WORK PERFORMED AT:

TO: Unique Exteriors

Attn: Chris

83 The Helm
East Islip, N.Y.

| DATE | YOUR WORK ORDER NO. | OUR BID NO. |
|------|---------------------|-------------|
| 8/23/12 | 3445 | |

DESCRIPTION OF WORK PERFORMED

Demo bathroom
Remove ceiling beams
Cleanup - 15 yds construction debris

$1300.00

All Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications provided for the above work, and was completed in a substantial workmanlike manner for the agreed sum of _____

_____ Dollars ($ 1300.00 ).

This is a ☐ Partial ☐ Full invoice due and payable by: _____

CONTRACTORS INVOICE

WORK PERFORMED AT:

TO:
Great Additions Const. Comp.

119 Wellington Rd
W Hempstead, N.Y.

DATE
8/24/12

YOUR WORK ORDER NO.
3446

OUR BID NO.

DESCRIPTION OF WORK PERFORMED

Cleanup 5 yds construction debris

$200.00

Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications provided for the above work, and was completed in a substantial workmanlike manner for the agreed sum of _____

_____ Dollars ($ 200.00 ).

s is a ☐ Partial ☐ Full invoice due and payable by: