# CONTRACTORS INVOICE

**TO:** Great Additions Const. Comp.

**WORK PERFORMED AT:** 58 Sheep Ln. Levittown, NY

**DATE:** 8/24/12

**YOUR WORK ORDER NO.:** 3447

**OUR BID NO.:**

## DESCRIPTION OF WORK PERFORMED

Cleanup construction debris

$160.00

All Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications provided for the above work, and was completed in a substantial workmanlike manner for the agreed sum of _____ Dollars ($ 160.00 ).

This is a ☐ Partial ☐ Full invoice due and payable by: _____

# CONTRACTOR'S INVOICE

**TO:** Great Additions Const Comp.

**WORK PERFORMED AT:** 119 Wellington Rd. W. Hempstead

**DATE:** 8/25/12

**YOUR WORK ORDER NO.** 3448

**OUR BID NO.**

## DESCRIPTION OF WORK PERFORMED

Roof Rip - 3 sq
Roof Install - 20 sq

$1380.00

All Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications provided for the above work, and was completed in a substantial workmanlike manner for the agreed sum of _____ Dollars ($ 1380.00).

This is a ☐ Partial ☐ Full invoice due and payable by: _____

# CONTRACTORS INVOICE

**TO:** Casella Construction Corp

**WORK PERFORMED AT:** 129 E 10th St. Manhattan, N.Y

**DATE:** 8/30/12

**YOUR WORK ORDER NO.** 3449

**OUR BID NO.**

## DESCRIPTION OF WORK PERFORMED

Cleanup construction debris

$375.00

All Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications provided for the above work, and was completed in a substantial workmanlike manner for the agreed sum of _____ Dollars ($ 375.00).

This is a ☐ Partial ☐ Full invoice due and payable by: _____

# CONTRACTORS INVOICE

**TO:** Georgios Siding Corp

**WORK PERFORMED AT:** 969 N 7th St, New Hyde Pk, N.Y.

**DATE:** 8/30/12

**YOUR WORK ORDER NO.:** 3450

**OUR BID NO.:**

## DESCRIPTION OF WORK PERFORMED

Cleanup - 8 yds roofing debris

$480.00

All Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications provided for the above work, and was completed in a substantial workmanlike manner for the agreed sum of _____ Dollars ($ 480.00 ).

# CONTRACTORS INVOICE

**TO:** Georgios Siding Corp.

**WORK PERFORMED AT:** 50 Andover Rd. Roslyn Hts, N.Y.

**DATE:** 8/30/12

**YOUR WORK ORDER NO.:** 3451

**OUR BID NO.:**

## DESCRIPTION OF WORK PERFORMED

Cleanup - 7 yds construction debris

$280.00

All Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications provided for the above work, and was completed in a substantial workmanlike manner for the agreed sum of _____ Dollars ($ 280.00 ).

This is a ☐ Partial ☐ Full invoice due and payable by: _____

**CONTRACTORS INVOICE**

TO: Great Additions Const. Comp.

WORK PERFORMED AT: 58 Sheep Ln, Levittown, N.Y.

DATE: 8/30/12

YOUR WORK ORDER NO.: 3452

OUR BID NO.:

**DESCRIPTION OF WORK PERFORMED**

Cleanup construction debris

$160.00

Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications vided for the above work, and was completed in a substantial workmanlike manner for the agreed sum of _____

is a ☐ Partial ☐ Full invoice due and payable by: _____ Dollars ($ 160.00 ).