**WORK PERFORMED AT:**

TO:

Georgios Siding Corp.

23 Saucer Ln.
Levittown, N.Y.

| DATE | YOUR WORK ORDER NO. | OUR BID NO. |
|------|---------------------|-------------|
| 9/24/12 | 3476 | |

**DESCRIPTION OF WORK PERFORMED**

Cleanup- 4 yds roofing debris

$240.00

All Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications provided for the above work, and was completed in a substantial workmanlike manner for the agreed sum of _____

_____ Dollars ($ 240.00 ).

This is a ☐ Partial ☐ Full invoice due and payable by: _____

| Month | Day | Year |

in accordance with our ☐ Agreement ☐ Proposal No. _____ Dated _____

| Month | Day | Year |

TC8122

**WORK PERFORMED AT:**

TO:

Built Right Renovations Inc

227 Cherokee St.
Ronkonkoma, N.Y.

DATE: 9/25/12

YOUR WORK ORDER NO. 3477

OUR BID NO.

**DESCRIPTION OF WORK PERFORMED**

Kitchen demo

$650.00

All Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications provided for the above work, and was completed in a substantial workmanlike manner for the agreed sum of _____ Dollars ($ 650.00 ).

This is a ☐ Partial ☐ Full invoice due and payable by: _____

Month _____ Day _____ Year _____

accordance with our ☐ Agreement ☐ Proposal No. _____ Dated _____

Month _____ Day _____ Year _____

TC8122

## CONTRACTORS INVOICE

**WORK PERFORMED AT:**

TO:

First Choice Renovations

556 Cold Spring Rd
Laurel Hollow, N.Y.

| DATE | YOUR WORK ORDER NO. | OUR BID NO. |
|------|---------------------|-------------|
| 9/26/12 | 3478 | |

**DESCRIPTION OF WORK PERFORMED**

Demo room

$550.00

All Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications provided for the above work, and was completed in a substantial workmanlike manner for the agreed sum of _____

_____ Dollars ($ 550.00 ).

This is a ☐ Partial ☐ Full invoice due and payable by: _____

                               Month          Day          Year

in accordance with our  ☐ Agreement  ☐ Proposal  No. _____ Dated _____

                                      Month          Day          Year

adama TC8122

## CONTRACTORS INVOICE

**WORK PERFORMED AT:**

29 Irving Rd
Copiague, N.Y.

TO:

Edward J. Construction Comp

| DATE | YOUR WORK ORDER NO. | OUR BID NO. |
|------|---------------------|-------------|
| 9/27/12 | 3479 | |

**DESCRIPTION OF WORK PERFORMED**

Cleanup - 8 yds construction debris

$320.00

All Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications provided for the above work, and was completed in a substantial workmanlike manner for the agreed sum of _____ Dollars ($ 320.00 ).

This is a ☐ Partial ☐ Full invoice due and payable by: _____ _____ _____
Month       Day        Year

in accordance with our ☐ Agreement ☐ Proposal No. _____ Dated _____ _____ _____
Month       Day        Year

TC8122

# CONTRACTORS INVOICE

**WORK PERFORMED AT:**

Delta Rd.
Massapequa, N.Y

**TO:**

Great Additions Const. Comp.

| DATE | YOUR WORK ORDER NO. | OUR BID NO. |
|------|---------------------|-------------|
| 9/26/12 | 3480 | |

**DESCRIPTION OF WORK PERFORMED**

Cleanup - 5 yds construction debris

$200.00

All Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications provided for the above work, and was completed in a substantial workmanlike manner for the agreed sum of _____

_____ Dollars ($ 200.00 ).

This is a ☐ Partial ☐ Full invoice due and payable by: _____ _____ _____
                                                      Month          Day          Year

in accordance with our ☐ Agreement ☐ Proposal No. _____ Dated _____ _____ _____
                                                              Month       Day       Year

TC8122

CONTRACTORS INVOICE

**WORK PERFORMED AT:**

TO:

Edward J. Construction Comp.

10 Grace St.
Oyster Bay, N.Y.

| DATE | YOUR WORK ORDER NO. | OUR BID NO. |
|---|---|---|
| 9/27/12 | 3481 | |

**DESCRIPTION OF WORK PERFORMED**

Kitchen demo

#600.00

All Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications provided for the above work, and was completed in a substantial workmanlike manner for the agreed sum of _____

_____ Dollars ($ 600.00 ).

This is a ☐ Partial ☐ Full invoice due and payable by: _____

Month _____ Day _____ Year _____

In accordance with our ☐ Agreement ☐ Proposal No. _____ Dated _____

Month _____ Day _____ Year _____

TC8122

CONTRACTORS INVOICE

WORK PERFORMED AT:

2527 Bellmore Ave.
Bellmore, N.Y.

TO:

Great Additions Const Comp.

| DATE | YOUR WORK ORDER NO. | OUR BID NO. |
|---|---|---|
| 9/27/12 | 3482 | |

**DESCRIPTION OF WORK PERFORMED**

Cleanup - 7 yds construction debris

$280.00

All Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications provided for the above work, and was completed in a substantial workmanlike manner for the agreed sum of _____

_____ Dollars ($ 280.00 ).

This is a ☐ Partial ☐ Full invoice due and payable by: _____ _____ _____
Month    Day    Year

in accordance with our    ☐ Agreement    ☐ Proposal    No. _____ Dated _____ _____ _____
Month    Day    Year

TC8122    adams

WORK PERFORMED AT:

2527 Bellmore Ave.
Bellmore, N.Y.

TO:

Great Additions Const. Comp.

| DATE | YOUR WORK ORDER NO. | OUR BID NO. |
|------|---------------------|-------------|
| 9/29/12 | 3483 | |

**DESCRIPTION OF WORK PERFORMED**

Roof Rip – 5 sq
Roof Install – 25 sq.

$1,800.00

All Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications provided for the above work, and was completed in a substantial workmanlike manner for the agreed sum of _____

_____ Dollars ($ 1800 00 ).

This is a ☐ Partial ☐ Full invoice due and payable by: _____

Month _____ Day _____ Year _____

in accordance with our ☐ Agreement ☐ Proposal No. _____ Dated _____

Month _____ Day _____ Year _____

TC8122

CONTRACTORS INVOICE

# CONTRACTORS INVOICE

**WORK PERFORMED AT:**

129 E 10th St.
Manhattan, N.Y.

**TO:**

Casella Construction Corp.

| DATE | YOUR WORK ORDER NO. | OUR BID NO. |
|------|---------------------|-------------|
| 9/28/12 | 3484 | |

## DESCRIPTION OF WORK PERFORMED

Cleanup construction debris
Sweep out bldg.

$ 375.00

All Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications provided for the above work, and was completed in a substantial workmanlike manner for the agreed sum of _____

_____ Dollars ($ 375.00 ).

This is a ☐ Partial ☐ Full invoice due and payable by: _____

Month          Day          Year

in accordance with our ☐ Agreement ☐ Proposal No. _____ Dated _____

Month          Day          Year

# CONTRACTORS INVOICE

WORK PERFORMED AT:

173 Boston Ave
Massapequa, N.Y.

TO:

Pride Home Imp.

| DATE | YOUR WORK ORDER NO. | OUR BID NO. |
|------|---------------------|-------------|
| 9/25/12 | 3485 | |

### DESCRIPTION OF WORK PERFORMED

Siding removal

$ 1050.00

All Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications provided for the above work, and was completed in a substantial workmanlike manner for the agreed sum of _____

_____ Dollars ($ 1050.00 ).

This is a ☐ Partial ☐ Full invoice due and payable by: _____

| Month | Day | Year |

in accordance with our ☐ Agreement ☐ Proposal No. _____ Dated _____

**WORK PERFORMED AT:**

83 The Helm
E. Islip, N.Y.

**TO:**
Unique Exteriors
Attn: Chris

| DATE | YOUR WORK ORDER NO. | OUR BID NO. |
|------|---------------------|-------------|
| 9/28/12 | 3486 | |

**DESCRIPTION OF WORK PERFORMED**

Cleanup- 9 yds construction debris

$360.00

All Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications provided for the above work, and was completed in a substantial workmanlike manner for the agreed sum of _____

_____ Dollars ($ 360.00 ).

This is a ☐ Partial ☐ Full invoice due and payable by: _____ _____ _____
Month   Day   Year

in accordance with our ☐ Agreement ☐ Proposal No. _____ Dated _____ _____ _____
Month   Day   Year

TC8122

**WORK PERFORMED AT:**

TO:

Great Additions Const. Comp.

733 Brixe Dr.
E Meadow, N.Y

| DATE | YOUR WORK ORDER NO. | OUR BID NO. |
|------|---------------------|-------------|
| 10/2/12 | 3487 | |

**DESCRIPTION OF WORK PERFORMED**

Cleanup- 5 yds from partial dormer rep

$200.00

All Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications provided for the above work, and was completed in a substantial workmanlike manner for the agreed sum of _____

_____ Dollars ($ 200.00 ).

This is a ☐ Partial ☐ Full invoice due and payable by: _____

Month      Day      Year

in accordance with our   ☐ Agreement   ☐ Proposal   No. _____ Dated _____

Month      Day      Year

TC8122

CONTRACTORS INVOICE

**WORK PERFORMED AT:**

812 Riverside Dr.
Manhattan, N.Y.

TO:

Casella Construction Corp.

| DATE | YOUR WORK ORDER NO. | OUR BID NO. |
|---|---|---|
| 10/2/12 | 3488 | |

**DESCRIPTION OF WORK PERFORMED**

Sweep-out + cleanup construction debris

$650.00

All Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications provided for the above work, and was completed in a substantial workmanlike manner for the agreed sum of _____

_____ Dollars ($ 650.00 ).

This is a ☐ Partial ☐ Full invoice due and payable by: _____ _____ _____
                                                          Month      Day      Year

in accordance with our ☐ Agreement ☐ Proposal No. _____ Dated _____ _____ _____
                                                                    Month    Day    Year

TC8122

CONTRACTORS INVOICE

# CONTRACTORS INVOICE

**WORK PERFORMED AT:**

129 E 10th St.
Manhattan, N.Y.

**TO:**

Casella Construction Corp.

| DATE | YOUR WORK ORDER NO. | OUR BID NO. |
|------|---------------------|-------------|
| 10/3/12 | 3489 | |

### DESCRIPTION OF WORK PERFORMED

Cleanup construction debris

$375.00

All Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications provided for the above work, and was completed in a substantial workmanlike manner for the agreed sum of _____ Dollars ($ 375.00 ).

This is a ☐ Partial ☐ Full invoice due and payable by: _____ _____ _____
                                                          Month      Day      Year

in accordance with our ☐ Agreement ☐ Proposal No. _____ Dated _____ _____ _____
                                                                       Month     Day    Year

TC8122

CONTRACTORS INVOICE

**WORK PERFORMED AT:**

2852 Nicole G.
Oceanside, NY

TO:
Old World Const. Services, LLC

| DATE | YOUR WORK ORDER NO. | OUR BID NO. |
|------|---------------------|-------------|
| 10/3/12 | 3490 | |

**DESCRIPTION OF WORK PERFORMED**

Cleanup - 9 yds floor tile

$450.00

All Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications provided for the above work, and was completed in a substantial workmanlike manner for the agreed sum of _____ Dollars ($ 450.00 ).

This is a ☐ Partial ☐ Full invoice due and payable by: _____ Month _____ Day _____ Year

in accordance with our ☐ Agreement ☐ Proposal No. _____ Dated _____ Month _____ Day _____ Year

TC8122

CONTRACTORS INVOICE

# CONTRACTORS INVOICE

**WORK PERFORMED AT:**

125 5th Ave.
Manhattan, N.Y.

**TO:**

Casella Construction Corp.

| DATE | YOUR WORK ORDER NO. | OUR BID NO. |
|------|---------------------|-------------|
| 10/4/12 | 3491 | |

## DESCRIPTION OF WORK PERFORMED

Cleanup - 5 yds. construction debris
Sweep out building
Move building material

$600.00

All Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications provided for the above work, and was completed in a substantial workmanlike manner for the agreed sum of

_____ Dollars ($ 600.00 ).

This is a ☐ Partial ☐ Full invoice due and payable by: _____

| | Month | Day | Year |

in accordance with our ☐ Agreement ☐ Proposal No. _____ Dated _____

| | Month | Day | Year |

TC8122

CONTRACTORS INVOICE

# CONTRACTORS INVOICE

**WORK PERFORMED AT:**

2527 Bellmore Ave.
Bellmore, N.Y.

**TO:**

Great Additions Const. Comp.

| DATE | YOUR WORK ORDER NO. | OUR BID NO. |
|------|---------------------|-------------|
| 10/4/12 | 3492 | |

### DESCRIPTION OR WORK PERFORMED

Cleanup- 6 yds. construction debris

$240.00

All Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications provided for the above work, and was completed in a substantial workmanlike manner for the agreed sum of _____

_____ Dollars ($ 240.00 ).

This is a ☐ Partial ☐ Full invoice due and payable by: _____

                                         Month              Day           Year

in accordance with our   ☐ Agreement  ☐ Proposal  No. _____ Dated _____

                                           Month        Day         Year

TC8122

# CONTRACTORS INVOICE

**WORK PERFORMED AT:**

733 Bruce Dr
E Meadow, N.Y.

**TO:**

Great Additions Const. Comp.

| DATE | YOUR WORK ORDER NO. | OUR BID NO. |
|---|---|---|
| 10/6/12 | 3493 | |

**DESCRIPTION OF WORK PERFORMED**

Roof Installation - 7 sq.
Cleanup - 5 yds construction debris

$620.00

All Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications provided for the above work, and was completed in a substantial workmanlike manner for the agreed sum of _____ Dollars ($ 620.00 ).

This is a ☐ Partial ☐ Full invoice due and payable by: _____
Month _____ Day _____ Year _____

in accordance with our ☐ Agreement ☐ Proposal No. _____ Dated _____
Month _____ Day _____ Year _____

TC8122

CONTRACTORS INVOICE

**WORK PERFORMED AT:**

TO:

Double-D Contractors Inc.

Casper St.
E. Meadow, N.Y.

| DATE | YOUR WORK ORDER NO. | OUR BID NO. |
|------|---------------------|-------------|
| 10/6/12 | 3494 | |

**DESCRIPTION OF WORK PERFORMED**

Second floor interior gut

$1,500.00

All Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications provided for the above work, and was completed in a substantial workmanlike manner for the agreed sum of _____

_____ Dollars ($ 1500.00 ).

This is a ☐ Partial ☐ Full invoice due and payable by: _____ _____ _____
                                                          Month      Day       Year

in accordance with our   ☐ Agreement  ☐ Proposal   No. _____ Dated _____ _____ _____
                                                                       Month     Day      Year

TC8122

## CONTRACTORS INVOICE

# CONTRACTORS INVOICE

**WORK PERFORMED AT:**

83 The Helm
East Islip, N.Y.

TO:

Unique Exteriors
Attn: Chris

| DATE | YOUR WORK ORDER NO. | OUR BID NO. |
|------|---------------------|-------------|
| 10/6/12 | 3495 | |

## DESCRIPTION OF WORK PERFORMED

Cleanup- 9 yds construction debris

$360.00

All Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications provided for the above work, and was completed in a substantial workmanlike manner for the agreed sum of _____

_____ Dollars ($ 360.00 ).

This is a ☐ Partial ☐ Full invoice due and payable by: _____ _____ _____
                                                        Month      Day       Year

In accordance with our ☐ Agreement ☐ Proposal No._____ Dated _____ _____ _____
                                                                  Month      Day       Year

TC8122

# CONTRACTORS INVOICE

WORK PERFORMED AT:

556 Cold Spring Rd.
Laurel Hollow, N.Y.

TO:

First Choice Renovations

| DATE | YOUR WORK ORDER NO. | OUR BID NO. |
|------|---------------------|-------------|
| 10/8/12 | 3496 | |

## DESCRIPTION OF WORK PERFORMED

Dormer rip
Remove floor boards

$1,200.00

All Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications provided for the above work, and was completed in a substantial workmanlike manner for the agreed sum of _____

_____ Dollars ($ 1200.00 ).

This is a ☐ Partial ☐ Full invoice due and payable by: _____

Month _____ Day _____ Year _____

in accordance with our ☐ Agreement ☐ Proposal No. _____ Dated _____

Month _____ Day _____ Year _____

adama TC8122

CONTRACTORS INVOICE

# CONTRACTORS INVOICE

**WORK PERFORMED AT:**

119 Wellington Rd
W. Hempstead, N.Y.

**TO:**

Great Additions Const. Comp.

| DATE | YOUR WORK ORDER NO. | OUR BID NO. |
|---|---|---|
| 10/8/12 | 3497 | |

### DESCRIPTION OF WORK PERFORMED

Cleanup - 6 yds construction debris

$240.00

All Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications provided for the above work, and was completed in a substantial workmanlike manner for the agreed sum of _____

_____ Dollars ($ 240.00 ).

This is a ☐ Partial ☐ Full invoice due and payable by: _____
Month    Day    Year

In accordance with our   ☐ Agreement   ☐ Proposal   No. _____ Dated _____
Month    Day    Year

TC8122

CONTRACTORS INVOICE

WORK PERFORMED AT:

129 E. 10th St.
Manhattan, N.Y.

TO:

Casella Construction Corp.

DATE 10/9/12

YOUR WORK ORDER NO. 3498

OUR BID NO.

DESCRIPTION OF WORK PERFORMED

Cleanup construction debris

$ 375.00

All Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications provided for the above work, and was completed in a substantial workmanlike manner for the agreed sum of _____

_____ Dollars ($ 375.00 ).

This is a ☐ Partial ☐ Full invoice due and payable by: _____ _____ _____
                                                              Month          Day           Year

in accordance with our   ☐ Agreement   ☐ Proposal   No._____ Dated _____ _____ _____
                                                                      Month        Day          Year

TC8122

CONTRACTORS INVOICE

# CONTRACTORS INVOICE

**WORK PERFORMED AT:**

274 Broadway
Sayville, NY.

**TO:**

Sotera + Company, LLC

| DATE | YOUR WORK ORDER NO. | OUR BID NO. |
|---|---|---|
| 10/9/12 | 3499 | |

**DESCRIPTION OF WORK PERFORMED**

Kitchen demo

$600.00

All Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications provided for the above work, and was completed in a substantial workmanlike manner for the agreed sum of _____

_____ Dollars ($ 600.00 ).

This is a ☐ Partial ☐ Full invoice due and payable by: _____

Month            Day            Year

in accordance with our  ☐ Agreement  ☐ Proposal  No._____ Dated _____

Month            Day            Year

TC8122

CONTRACTORS INVOICE

WORK PERFORMED AT

TO:

Great Additions Const. Comp.

2527 Bellmore Ave
Bellmore, N.Y.

| DATE | YOUR WORK ORDER NO. | OUR BID NO. |
|------|---------------------|-------------|
| 10/10/12 | 3500 | |

**DESCRIPTION OF WORK PERFORMED**

Cleanup construction debris

$160.00

All Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications provided for the above work, and was completed in a substantial workmanlike manner for the agreed sum of _____

_____ Dollars ($ 160.00 ).

This is a ☐ Partial ☐ Full invoice due and payable by: _____ _____ _____
  Month        Day        Year

in accordance with our  ☐ Agreement  ☐ Proposal  No. _____ Dated _____ _____ _____
  Month        Day        Year

TC8122
adams

CONTRACTORS INVOICE