# CONTRACTORS INVOICE

**TO:** Built Right Renovations

**WORK PERFORMED AT:** 227 Cherokee St. Ronkonkoma, N.Y.

**DATE:** 10/10/12

**YOUR WORK ORDER NO.:** 3501

**OUR BID NO.:**

### DESCRIPTION OF WORK PERFORMED

Cleanup construction debris

$200.00

All Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications provided for the above work, and was completed in a substantial workmanlike manner for the agreed sum of _____ Dollars ($ 200.00 ).

This is a ☐ Partial ☐ Full invoice due and payable by: _____
Month / Day / Year

In accordance with our ☐ Agreement ☐ Proposal No. _____ Dated _____
Month / Day / Year

TC8122

CONTRACTORS INVOICE