**WORK PERFORMED AT:**

TO:

Stepman Construction Inc.

229 Grand Ave.
West Hempstead, N.Y

| DATE | YOUR WORK ORDER NO. | OUR BID NO. |
|---|---|---|
| 10/26/12 | 3525 | |

**DESCRIPTION OF WORK PERFORMED**

Remove Chimney pipe from roof
Close off opening

$ 450.00

All Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications provided for the above work, and was completed in a substantial workmanlike manner for the agreed sum of _____

_____ Dollars ($ 450.00 ).

This is a ☐ Partial ☐ Full invoice due and payable by: _____ _____ _____
                                                              Month        Day          Year

in accordance with our ☐ Agreement ☐ Proposal No. _____ Dated _____ _____ _____
                                                                          Month        Day          Year

TC8122

## CONTRACTORS INVOICE

CONTRACTORS INVOICE

**WORK PERFORMED AT:**

296 Easton Ave.
Ronkonkoma, N.Y.

TO:

Edward J. Construction Comp

| DATE | YOUR WORK ORDER NO. | OUR BID NO. |
|---|---|---|
| 10/27/12 | 3526 | |

### DESCRIPTION OF WORK PERFORMED

Cleanup construction debris

$160.00

All Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications provided for the above work, and was completed in a substantial workmanlike manner for the agreed sum of _____

_____ Dollars ($ 160.00 ).

This is a ☐ Partial ☐ Full invoice due and payable by: _____ _____ _____
Month    Day    Year

in accordance with our ☐ Agreement ☐ Proposal No. _____ Dated _____ _____ _____
Month    Day    Year

TC8122

CONTRACTORS INVOICE

WORK PERFORMED AT:

TO:

Georgios Siding Corp

34 Lyon St.
Westbury, N.Y.

| DATE | YOUR WORK ORDER NO. | OUR BID NO. |
|------|---------------------|-------------|
| 11/3/12 | 3527 | |

**DESCRIPTION OF WORK PERFORMED**

Cleanup - 7 yds roofing debris

$420.00

All Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications provided for the above work, and was completed in a substantial workmanlike manner for the agreed sum of _____ Dollars ($ 420.00 ).

This is a ☐ Partial ☐ Full invoice due and payable by: _____

Month       Day       Year

in accordance with our ☐ Agreement ☐ Proposal No. _____ Dated _____

Month       Day       Year

TC8122

CONTRACTORS INVOICE

WORK PERFORMED AT:

TO:
Great Additions Const. Comp.

105 Adams Rd
Massapequa, N.Y.

| DATE | YOUR WORK ORDER NO. | OUR BID NO. |
|------|---------------------|-------------|
| 11/5/12 | 3528 | |

### DESCRIPTION OF WORK PERFORMED

Cut sheet rock 4 ft. first floor
Remove doors + door jambs
Remove insulation + all oak floors + subfloor
Bathroom gut
Kitchen gut - remove granite tops

$2,500.00

All Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications provided for the above work, and was completed in a substantial workmanlike manner for the agreed sum of _____

_____ Dollars ($ 2500.00 ).

This is a ☐ Partial ☐ Full invoice due and payable by: _____
                                                          Month        Day           Year

in accordance with our   ☐ Agreement  ☐ Proposal   No. _____ Dated _____
                                                                    Month      Day      Year

TC8122
adams

CONTRACTORS INVOICE

WORK PERFORMED AT:

162-07 89th St.
Howard Beach, N.Y

TO:

Casella Construction Corp.

| DATE | YOUR WORK ORDER NO. | OUR BID NO. |
|---|---|---|
| 11/3 + 11/7/12 | 3529 | |

DESCRIPTION OF WORK PERFORMED

Interior Demo-
Cut sheetrock 4 ft main floor of house
Remove wet insulation
Remove oak floor + subfloor - entire first floor
Remove lower kitchen cabinets, doors + door jambs
Cleanup all debris

$3,400.00

All Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications provided for the above work, and was completed in a substantial workmanlike manner for the agreed sum of _____

_____ Dollars ($ 3,400.00 ).

This is a ☐ Partial ☐ Full invoice due and payable by: _____
Month        Day        Year

in accordance with our ☐ Agreement ☐ Proposal No. _____ Dated _____
Month        Day        Year

adams TC8122

CONTRACTORS INVOICE

CONTRACTORS INVOICE

WORK PERFORMED AT:

Delta Rd
Massapequa, N.Y.

TO:

Great Additions Const. Comp.

| DATE | YOUR WORK ORDER NO. | OUR BID NO. |
|------|---------------------|-------------|
| 11/8/12 | 3530 | |

DESCRIPTION OF WORK PERFORMED

Cleanup- 5 yds construction debris

$200.00

All Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications provided for the above work, and was completed in a substantial workmanlike manner for the agreed sum of _____

_____ Dollars ($ __200.00__ ).

This is a ☐ Partial ☐ Full invoice due and payable by: _____ _____ _____

                                                    Month           Day          Year

In accordance with our   ☐ Agreement  ☐ Proposal  No. _____ Dated _____ _____ _____

                                                                      Month        Day       Year

TC8122

CONTRACTORS INVOICE

**WORK PERFORMED AT:**

TO:

First Choice Renovations

130 Beech Rd.
Massapequa, N.Y.

| DATE | YOUR WORK ORDER NO. | OUR BID NO. |
|------|---------------------|-------------|
| 11/8/12 | 3531 | |

### DESCRIPTION OF WORK PERFORMED

Interior Demo
Gut living room + bathroom - sheetrock + plaster
Cleanup 5 yds debris

$1200.00

All Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications provided for the above work, and was completed in a substantial workmanlike manner for the agreed sum of _____

_____ Dollars ($ 1200.00 ).

This is a ☐ Partial ☐ Full invoice due and payable by: _____ _____ _____
                                                           Month        Day        Year

in accordance with our ☐ Agreement ☐ Proposal No. _____ Dated _____ _____ _____
                                                                      Month        Day        Year

TC8122

## CONTRACTORS INVOICE

# CONTRACTORS INVOICE

**WORK PERFORMED AT:**

174 Beech B3 St
Rockaway, N.Y.

**TO:**

Casella Construction Corp.

| DATE | YOUR WORK ORDER NO. | OUR BID NO. |
|------|---------------------|-------------|
| 11/10/12 | 3532 | |

**DESCRIPTION OF WORK PERFORMED**

Interior Demo –
Remove all existing sheetrock + paneling from basement
Remove oak floor + framing
Demo bar + bathroom
Remove drop ceiling + grid
Remove all insulation

$2000.00

All Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications provided for the above work, and was completed in a substantial workmanlike manner for the agreed sum of _____

_____ Dollars ($ 2000.00 ).

This is a ☐ Partial ☐ Full invoice due and payable by: _____ _____ _____

                                      Month            Day            Year

in accordance with our   ☐ Agreement  ☐ Proposal  No. _____ Dated _____

                                                          Month      Day      Year

TC8122

CONTRACTORS INVOICE

WORK PERFORMED AT:

TO:

Edward J. Construction Comp.

Neptune Ave.
Seaford, N.Y.

| DATE | YOUR WORK ORDER NO. | OUR BID NO. |
|---|---|---|
| 11/10/12 | 3533 | |

DESCRIPTION OF WORK PERFORMED

Cleanup - 7 yds construction debris

$280.00

All Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications provided for the above work, and was completed in a substantial workmanlike manner for the agreed sum of _____

_____ Dollars ($ 280.00 ).

This is a ☐ Partial ☐ Full invoice due and payable by: _____
                                                            Month          Day          Year

in accordance with our   ☐ Agreement  ☐ Proposal   No. _____ Dated _____
                                                            Month     Day     Year

TC8122

## CONTRACTORS INVOICE

WORK PERFORMED AT:

TO:

Joe C

79 E 19th St
Huntington Sta., N.Y.

| DATE | YOUR WORK ORDER NO. | OUR BID NO. |
|---|---|---|
| 9/20/12 | 3534 | |

DESCRIPTION OR WORK PERFORMED

Demo Shed

$450.00

All Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications provided for the above work, and was completed in a substantial workmanlike manner for the agreed sum of _____

_____ Dollars ($ 450.00 ).

This is a ☐ Partial ☐ Full invoice due and payable by: _____ _____ _____
                                                              Month            Day              Year

In accordance with our ☐ Agreement ☐ Proposal No. _____ Dated _____ _____ _____
                                                                        Month        Day        Year

TC8122

CONTRACTORS INVOICE

# CONTRACTORS INVOICE

WORK PERFORMED AT:

10 Peacock Ln
Commack, N.Y.

TO:

Joe C

| DATE | YOUR WORK ORDER NO. | OUR BID NO. |
|---|---|---|
| 10|10, 10|18, 10|22 +10|26|12 | 3535 | |

## DESCRIPTION OF WORK PERFORMED

Demo pool + deck
Backfill hole

$1,700.00

All Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications provided for the above work, and was completed in a substantial workmanlike manner for the agreed sum of _____

_____ Dollars ($ 1700.00 ).

This is a ☐ Partial ☐ Full invoice due and payable by: _____

                                               Month              Day           Year

In accordance with our   ☐ Agreement  ☐ Proposal  No. _____ Dated _____

                                                        Month        Day       Year

TC8122                    CONTRACTORS INVOICE

**WORK PERFORMED AT:**

TO:

Marlboro Development Corp

230-14 58 rd
Bayside, N.Y.

| DATE | YOUR WORK ORDER NO. | OUR BID NO. |
|------|---------------------|-------------|
| 10/26/12 | 3536 | |

**DESCRIPTION OF WORK PERFORMED**

Cut flashing in chimney - copper

$600.00

All Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications provided for the above work, and was completed in a substantial workmanlike manner for the agreed sum of _____

_____ Dollars ($ 600.00 ).

This is a ☐ Partial ☐ Full invoice due and payable by: _____

|  | Month | Day | Year |

in accordance with our ☐ Agreement ☐ Proposal No. _____ Dated _____

|  | Month | Day | Year |

TC8122

# CONTRACTORS INVOICE

**WORK PERFORMED AT:**

TO:

Marlboro Development Corp.

230-14 58 rd
Bayside, N.Y.

| DATE | YOUR WORK ORDER NO. | OUR BID NO. |
|------|---------------------|-------------|
| 11/1/12 | 3537 | |

DESCRIPTION OF WORK PERFORMED

Install roofing shingle – garage

$400.00

All Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications provided for the above work, and was completed in a substantial workmanlike manner for the agreed sum of _____

_____ Dollars ($ 400.00 ).

This is a ☐ Partial ☐ Full invoice due and payable by: _____ _____ _____
                                                         Month          Day          Year

in accordance with our ☐ Agreement ☐ Proposal No. _____ Dated _____ _____ _____
                                                                        Month      Day      Year

TC8122

CONTRACTORS INVOICE

# CONTRACTORS INVOICE

**WORK PERFORMED AT:**

TO:

Edward J. Construction Comp.

2614 Neptune Ave.
Seaford, N.Y.

| DATE | YOUR WORK ORDER NO. | OUR BID NO. |
|------|---------------------|-------------|
| 11/12/12 | 3538 | |

## DESCRIPTION OF WORK PERFORMED

Cleanup- 4 yds construction debris

$160.00

All Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications provided for the above work, and was completed in a substantial workmanlike manner for the agreed sum of _____

_____ Dollars ($ 160.00 ).

This is a ☐ Partial ☐ Full invoice due and payable by: _____

Month _____ Day _____ Year _____

In accordance with our ☐ Agreement ☐ Proposal No. _____ Dated _____

Month _____ Day _____ Year _____

TC8122

CONTRACTORS INVOICE

**WORK PERFORMED AT:**

2601 Neptune Ave.
Seaford, N.Y.

TO:

Edward J Construction Comp.

| DATE | YOUR WORK ORDER NO. | OUR BID NO. |
|---|---|---|
| 11/12/12 | 3539 | |

**DESCRIPTION OF WORK PERFORMED**

Cleanup - 4 yds construction debris

$160.00

All Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications provided for the above work, and was completed in a substantial workmanlike manner for the agreed sum of _____

_____ Dollars ($ 160.00 ).

This is a ☐ Partial ☐ Full invoice due and payable by: _____

Month            Day            Year

in accordance with our   ☐ Agreement   ☐ Proposal   No. _____ Dated _____

Month            Day            Year

TC8122

CONTRACTORS INVOICE

WORK PERFORMED AT:

TO:

Whaleneck Marina

3000 Whaleneck Dr.
Merrick, N.Y

| DATE | YOUR WORK ORDER NO. | OUR BID NO. |
|------|---------------------|-------------|
| 11/13/12 | 3540 | |

### DESCRIPTION OF WORK PERFORMED

Gut 1st floor of house
Remove sheetrock over plaster 4 ft. around entire house
Remove all hardwood floors to subfloor
Demo Kitchen
Remove appliances and household contents

$7,500.00

All Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications provided for the above work, and was completed in a substantial workmanlike manner for the agreed sum of

_____ Dollars ($ 7,500.00 ).

This is a ☐ Partial ☐ Full invoice due and payable by: _____

Month          Day          Year

in accordance with our    ☐ Agreement  ☐ Proposal    No. _____ Dated _____

Month          Day          Year

TC8122

## CONTRACTORS INVOICE

# CONTRACTORS INVOICE

**WORK PERFORMED AT:**

94 Cabot
Massapequa, N.Y.

**TO:**
Great Additions Const. Comp.

| DATE | YOUR WORK ORDER NO. | OUR BID NO. |
|------|---------------------|-------------|
| 1/14/12 | 3541 | |

**DESCRIPTION OF WORK PERFORMED**

Demo 1st floor of house -
Remove sheetrock + plaster - 1st floor
Remove doors + door jambs
Remove all hardwood flooring
Remove plywood floor to subfloor
Remove all insulation in crawl space
Gut two bathrooms

$3,500.00

All Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications provided for the above work, and was completed in a substantial workmanlike manner for the agreed sum of _____ Dollars ($ 3500.00 ).

This is a ☐ Partial ☐ Full invoice due and payable by: _____ Month _____ Day _____ Year

in accordance with our ☐ Agreement ☐ Proposal No. _____ Dated _____ Month _____ Day _____ Year

TC8122

CONTRACTORS INVOICE

# CONTRACTORS INVOICE

WORK PERFORMED AT:

TO:

Casella Construction Corp.

125 5th Ave.
Manhattan, N.Y.

| DATE | YOUR WORK ORDER NO. | OUR BID NO. |
|------|---------------------|-------------|
| 11/14/12 | 3542 | |

**DESCRIPTION OF WORK PERFORMED**

Remove plywood to subfloor

$950.00

All Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications provided for the above work, and was completed in a substantial workmanlike manner for the agreed sum of _____

_____ Dollars ($ 950.00 ).

This is a ☐ Partial ☐ Full invoice due and payable by: _____ _____ _____
                                                              Month            Day            Year

in accordance with our   ☐ Agreement   ☐ Proposal   No. _____ Dated _____ _____ _____
                                                                              Month        Day      Year

TC8122

CONTRACTORS INVOICE

WORK PERFORMED AT:

TO:

Casella Construction Corp.

129 E 10th St
Manhattan, N.Y.

| DATE | YOUR WORK ORDER NO. | OUR BID NO. |
|------|---------------------|-------------|
| 11/14/12 | 3543 | |

DESCRIPTION OF WORK PERFORMED

Cleanup construction debris
Move building materials

$ 650.00

All Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications provided for the above work, and was completed in a substantial workmanlike manner for the agreed sum of _____

_____ Dollars ($ 650.00 ).

This is a ☐ Partial ☐ Full invoice due and payable by: _____
                                                          Month          Day              Year

in accordance with our   ☐ Agreement   ☐ Proposal   No. _____ Dated _____
                                                                    Month      Day        Year

adams TC8122

CONTRACTORS INVOICE

# CONTRACTORS INVOICE

**WORK PERFORMED AT:**

135 Beech 136th St
Rockaway, N.Y.

TO:

Casella Construction Corp

| DATE | YOUR WORK ORDER NO. | OUR BID NO. |
|---|---|---|
| 11/5/11, 6, 11/9/11, 10, 11/11, 11/12/13 | 3544 | |

### DESCRIPTION OF WORK PERFORMED

Clear yard of debris
Remove cement
Remove garage

$ 7,500.00

All Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications provided for the above work, and was completed in a substantial workmanlike manner for the agreed sum of _____

_____ Dollars ($ 7500.00 ).

This is a ☐ Partial ☐ Full invoice due and payable by: _____ _____ _____
                                                        Month      Day       Year

In accordance with our  ☐ Agreement  ☐ Proposal  No. _____ Dated _____ _____ _____
                                                                     Month    Day    Year

TC8122

## CONTRACTORS INVOICE

# CONTRACTORS INVOICE

**WORK PERFORMED AT:**

O'Neill Residence
West Shore Rd
Massapequa, N.Y.

**TO:**

Arrowwood Contracting

| DATE | YOUR WORK ORDER NO. | OUR BID NO. |
|------|--------------------|-----------|
| 11/16 + 11/17/12 | 3545 | |

**DESCRIPTION OF WORK PERFORMED**

Cut + remove 4 ft. sheetrock + insulation - entire 1st floor
Remove all hardwood flooring + plywood under flooring
Demo bathroom - except ceiling
Demo Kitchen - remove appliances + counter tops
Clean-up all debris

$5,500.00

All Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications provided for the above work, and was completed in a substantial workmanlike manner for the agreed sum of _____

_____ Dollars ($ 5500.00 ).

This is a ☐ Partial ☐ Full invoice due and payable by: _____ _____ _____
Month                                    Day                              Year

in accordance with our ☐ Agreement ☐ Proposal No. _____ Dated _____ _____ _____
Month                  Day              Year

TC8122

## CONTRACTORS INVOICE

**WORK PERFORMED AT:**

2325 Oakdale A
Seaford, N.Y.

TO:

New Image Building

| DATE | YOUR WORK ORDER NO. | OUR BID NO. |
|---|---|---|
| 11/9 + 11/19/12 | 3546 | |

**DESCRIPTION OF WORK PERFORMED**

Cleanout crawl space of wet insulation
Cleanup 9 yds debris

$1050.00

All Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications provided for the above work, and was completed in a substantial workmanlike manner for the agreed sum of _____

_____ Dollars ($ 1050.00 ).

This is a ☐ Partial ☐ Full invoice due and payable by: _____ Month _____ Day _____ Year

in accordance with our ☐ Agreement ☐ Proposal No. _____ Dated _____ Month _____ Day _____ Year

TC8122

**CONTRACTORS INVOICE**

**WORK PERFORMED AT:**

43 Landing Ln.
E. Quogue, N.Y

TO:

Stepman Construction Inc

| DATE | YOUR WORK ORDER NO. | OUR BID NO. |
|---|---|---|
| 11/15/12 | 3547 | |

**DESCRIPTION OF WORK PERFORMED**

Remove 4 ft. sheetrock - 1st floor of house
Remove all doors + door jambs
Remove all lower + upper kitchen cabinets
Remove all hardwood flooring
Remove contents of house
Cleanup all debris

$3300.00

All Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications provided for the above work, and was completed in a substantial workmanlike manner for the agreed sum of _____ Dollars ($ 3,800.00 ).

This is a ☐ Partial ☐ Full invoice due and payable by: _____ _____ _____
                                                              Month         Day          Year

in accordance with our ☐ Agreement ☐ Proposal No._____ Dated _____ _____ _____
                                                                    Month         Day          Year

TC8122

# CONTRACTORS INVOICE

WORK PERFORMED AT:

34 Shinnecock Rd
E Quogue, N.Y.

TO:

Stepman Construction Inc.

| DATE | YOUR WORK ORDER NO. | OUR BID NO. |
|------|--------------------|-----------| 
| 11/15 + 11/18/12 | 3548 | |

## DESCRIPTION OF WORK PERFORMED

Remove 4 ft. sheetrock - 1st floor of house
Remove doors
Remove lower Kitchen cabinets
Remove all hardwood flooring
Cut tile in bathroom
Remove insulation from crawl space
Cleanup all debris

$4,300.00

All Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications provided for the above work, and was completed in a substantial workmanlike manner for the agreed sum of _____

_____ Dollars ($ 4,300.00 ).

This is a ☐ Partial ☐ Full invoice due and payable by: _____ _____ _____
                                                              Month        Day      Year

in accordance with our  ☐ Agreement  ☐ Proposal  No. _____ Dated _____ _____ _____
                                                                        Month      Day      Year

a adams  TC8122

## CONTRACTORS INVOICE

**WORK PERFORMED AT:**

TO:

Casella Construction Corp

129 E 10th St
Manhattan. N.Y

| DATE | YOUR WORK ORDER NO. | OUR BID NO. |
|---|---|---|
| 11/19/12 | 3549 | |

**DESCRIPTION OF WORK PERFORMED**

clean up construction debris
Move building material

$650.00

All Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications provided for the above work, and was completed in a substantial workmanlike manner for the agreed sum of _____ Dollars ($ 650.00 ).

This is a ☐ Partial ☐ Full invoice due and payable by: _____ _____ _____
                                                     Month                Day                Year

in accordance with our ☐ Agreement ☐ Proposal No._____ Dated _____ _____ _____
                                                                        Month        Day        Year

TC8122

**CONTRACTORS INVOICE**