| TO: | WORK PERFORMED AT: |
|---|---|
| Casella Construction Corp. | Beech 116th St. Rockaway, N.Y. |

| DATE | YOUR WORK ORDER NO. | OUR BID NO. |
|---|---|---|
| 11/21/12 | 3550 | |

### DESCRIPTION OF WORK PERFORMED

Remove display walls + tin
Remove soffit
Remove carpet
Remove sheetrock + paneling
Remove flooring to subfloor
Cleanup debris

$2800.00

All Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications provided for the above work, and was completed in a substantial workmanlike manner for the agreed sum of _____

Dollars ($ 2800.00 ).

This is a ☐ Partial ☐ Full invoice due and payable by: _____ / _____ / _____
                                                         Month    Day     Year

in accordance with our  ☐ Agreement  ☐ Proposal  No. _____ Dated _____ / _____ / _____
                                                                  Month    Day    Year

TC8122                    CONTRACTORS INVOICE