**FINEST MAINTENANCE INC.**
6 Woodcock Lane
Levittown, N.Y. 11756
516-503-6015

TO:

Pride Home Imp.

WORK PERFORMED AT:

45 Sycamore St.
Massapequa, N.Y.

| DATE | YOUR WORK ORDER NO. | OUR BID NO. |
|------|---------------------|-------------|
| 12/5/12 | 3573 | |

**DESCRIPTION OF WORK PERFORMED**

Cleanup - 5 yds construction debris

$200.00

All Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications provided for the above work, and was completed in a substantial workmanlike manner for the agreed sum of _____ Dollars ($ 200.00 ).

This is a ☐ Partial ☐ Full invoice due and payable by: _____
Month        Day        Year

WORK PERFORMED AT:

TO:

Mr. Sam Ash

14 Alley Pond Ct.
Dix Hills, N.Y. 11746

| DATE | YOUR WORK ORDER NO. | OUR BID NO. |
|---|---|---|
| 12/5/12 | 3574 | |

**DESCRIPTION OF WORK PERFORMED**

Roof Repair —
Install ridge vent + capping
Replace missing shingle

$ 750.00

All Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications provided for the above work, and was completed in a substantial workmanlike manner for the agreed sum of _____

_____ Dollars ($ 750.00 ).

This is a ☐ Partial ☐ Full invoice due and payable by: _____ _____ _____
                                        Month             Day             Year

in accordance with our   ☐ Agreement ☐ Proposal   No. _____ Dated _____
                                                     Month       Day       Year

TC8122

WORK PERFORMED AT:

TO:

Shore Hill Construction

4 Lee Pl.
Amityville Harbor, N.Y.

| DATE | YOUR WORK ORDER NO. | OUR BID NO. |
|------|--------------------|-----------| 
| 12/7/12 | 3575 | |

**DESCRIPTION OF WORK PERFORMED**

Demo upper + lower decks· rear yard
Cleanup construction debris

$1,200.00

All Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications provided for the above work, and was completed in a substantial workmanlike manner for the agreed sum of _____

_____ Dollars ($ 1,200.00 ).

This is a ☐ Partial ☐ Full invoice due and payable by: _____ _____ _____
                                                          Month           Day           Year

in accordance with our ☐ Agreement ☐ Proposal No. _____ Dated _____ _____ _____
                                                                    Month           Day           Year

TC8122
adams

# CONTRACTORS INVOICE

WORK PERFORMED AT:

45 Sycamore St.
Massapequa, N.Y.

TO:

Pride Home Imp

| DATE | YOUR WORK ORDER NO. | OUR BID NO. |
|------|---------------------|-------------|
| 12/9/2 | 3576 | |

**DESCRIPTION OF WORK PERFORMED**

Roof Rip + Installation - 4 sq.
Install Skylight

$850.00

All Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications provided for the above work, and was completed in a substantial workmanlike manner for the agreed sum of _____

_____ Dollars ($ 850.00 ).

This is a ☐ Partial ☐ Full invoice due and payable by: _____
Month          Day          Year

in accordance with our  ☐ Agreement  ☐ Proposal   No.          Dated

WORK PERFORMED AT:

3542 Tuscala St.
Seaford, N.Y.

TO:

Great Additions Const. Comp.

| DATE | YOUR WORK ORDER NO. | OUR BID NO. |
|------|---------------------|-------------|
| 12/10/12 | 3577 | |

### DESCRIPTION OF WORK PERFORMED

Cleanup from dormer rip - 18 yds.

$ 720.00

All Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications provided for the above work, and was completed in a substantial workmanlike manner for the agreed sum of _____

_____ Dollars ($ 720.00 ).

This is a ☐ Partial ☐ Full invoice due and payable by: _____

Month _____ Day _____ Year _____

in accordance with our ☐ Agreement ☐ Proposal No. _____ Dated _____

Month _____ Day _____ Year _____

TC8122

WORK PERFORMED AT:

812 Riverside Dr.
Manhattan, N.Y.

TO:

Casella Construction Corp

| DATE | YOUR WORK ORDER NO. | OUR BID NO. |
|---|---|---|
| 12/10/12 | 3578 | |

**DESCRIPTION OF WORK PERFORMED**

Cleanup - 12 yds construction debris

$900.00

All Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications provided for the above work, and was completed in a substantial workmanlike manner for the agreed sum of _____

_____ Dollars ($ 900.00 ).

This is a ☐ Partial ☐ Full invoice due and payable by: _____ _____ _____
                                                              Month      Day       Year

In accordance with **our** ☐ Agreement ☐ Proposal No. _____ Dated _____ _____ _____
                                                                        Month      Day       Year

TC8122                              CONTRACTORS INVOICE

**WORK PERFORMED AT:**

TO:

Georgios Siding Corp.

Squirrel Ln.
Levittown, N.Y.

| DATE | YOUR WORK ORDER NO. | OUR BID NO. |
|------|---------------------|-------------|
| 12/11/12 | 3580 | |

**DESCRIPTION OF WORK PERFORMED**

Cleanup- 6 yds. roofing debris

$360.00

All Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications provided for the above work, and was completed in a substantial workmanlike manner for the agreed sum of _____ Dollars ($ _360.00_ ).

This is a ☐ Partial ☐ Full invoice due and payable by: _____  _____  _____
                                                            Month              Day                Year

in accordance with our   ☐ Agreement  ☐ Proposal   No. _____ Dated _____  _____  _____
                                                                            Month           Day      Year

TC8122
adams

## CONTRACTORS INVOICE

CONTRACTORS INVOICE

WORK PERFORMED AT:

129 E 10th St.
Manhattan, N.Y.

TO:

Casella Construction Corp.

| DATE | YOUR WORK ORDER NO. | OUR BID NO. |
|------|--------------------|--------------|
| 12/12/12 | 3581 | |

### DESCRIPTION OF WORK PERFORMED

Cleanup construction debris

$450.00

All Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications provided for the above work, and was completed in a substantial workmanlike manner for the agreed sum of _____ Dollars ($ 450.00 ).

This is a ☐ Partial ☐ Full invoice due and payable by: _____ ___ ___

in accordance with our ☐ Agreement ☐ Proposal No. _____ Dated ___ ___ ___

TC8122

CONTRACTORS INVOICE

WORK PERFORMED AT:

3542 Tuscala St.
Seaford, N.Y

TO:

Great Additions Const. Comp.

| DATE | YOUR WORK ORDER NO. | OUR BID NO. |
|------|---------------------|-------------|
| 12/12/12 | 3582 | |

**DESCRIPTION OF WORK PERFORMED**

Cleanup - 20 yds from dormer rip

$800.00

All Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications provided for the above work, and was completed in a substantial workmanlike manner for the agreed sum of _____

_____ Dollars ($ 800.00 ).

This is a ☐ Partial ☐ Full invoice due and payable by: _____ _____ _____
                                                           Month         Day         Year

in accordance with our ☐ Agreement ☐ Proposal No. _____ Dated _____ _____ _____
                                                                    Month      Day       Year

TC8122
adams

CONTRACTORS INVOICE

WORK PERFORMED AT:

TO:

Stepman Construction Inc

18 St. James PL.
Hempstead, N.Y.

| DATE | YOUR WORK ORDER NO. | OUR BID NO. |
|------|---------------------|-------------|
| 12/15/12 | 3583 | |

DESCRIPTION OF WORK PERFORMED

Install 6sq. roof on garage

$500.00

All Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications provided for the above work, and was completed in a substantial workmanlike manner for the agreed sum of _____

_____ Dollars ($ 500.00 ).

This is a ☐ Partial ☐ Full invoice due and payable by: _____

Month _____ Day _____ Year

in accordance with our ☐ Agreement ☐ Proposal No. _____ Dated _____

Month _____ Day _____ Year

TC8122

CONTRACTORS INVOICE

**WORK PERFORMED AT:**

TO:

Casella Construction Corp.

Beach 122 st + Rockaway Bch. Blvd.
Rockaway, N.Y.

| DATE | YOUR WORK ORDER NO. | OUR BID NO. |
|---|---|---|
| 12/15/12 | 3584 | |

**DESCRIPTION OF WORK PERFORMED**

Remove 4 trees. Cleanup debris

$ 1500.00

All Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications provided for the above work, and was completed in a substantial workmanlike manner for the agreed sum of _____

_____ Dollars ($ 1,500.00 ).

This is a ☐ Partial ☐ Full invoice due and payable by: _____ _____ _____
Month       Day       Year

In accordance with our ☐ Agreement ☐ Proposal No. _____ Dated _____ _____ _____
Month       Day       Year

TC8122
adams

CONTRACTORS INVOICE

**WORK PERFORMED AT:**

**TO:**
Great Additions Const. Comp.

2527 Bellmore Ave.
Bellmore, N.Y.

| DATE | YOUR WORK ORDER NO. | OUR BID NO. |
|------|---------------------|-------------|
| 12/15/12 | 3585 | |

**DESCRIPTION OF WORK PERFORMED**

Cleanup - 5 yds construction debris

$200.00

All Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications provided for the above work, and was completed in a substantial workmanlike manner for the agreed sum of _____

_____ Dollars ($ 200.00 ).

This is a ☐ Partial ☐ Full invoice due and payable by: _____ _____ _____
    Month    Day    Year

In accordance with our ☐ Agreement ☐ Proposal No. _____ Dated _____
    Month    Day    Year

TC8122

CONTRACTORS INVOICE

**WORK PERFORMED AT:**

3542 Toscala St.
Seaford, N.Y.

TO:

Great Additions Const. Comp.

| DATE | YOUR WORK ORDER NO. | OUR BID NO. |
|---|---|---|
| 12/17/12 | 3586 | |

**DESCRIPTION OF WORK PERFORMED**

Roof Installation - 20 sq.
Cleanup - 10 yds construction debris

$1,600.00

All Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications provided for the above work, and was completed in a substantial workmanlike manner for the agreed sum of _____

_____ Dollars ($ _1,600.00_ ).

This is a ☐ Partial ☐ Full invoice due and payable by: _____ _____ _____
                                                            Month        Day         Year

in accordance with our ☐ Agreement ☐ Proposal No. _____ Dated _____ _____ _____
                                                                      Month      Day      Year

TC8122                    CONTRACTORS INVOICE

WORK PERFORMED AT:

119 Edward St.
Massapequa, N.Y.

TO:

Pride Home Imp.

| DATE | YOUR WORK ORDER NO. | OUR BID NO. |
|------|---------------------|-------------|
| 12/7/12 | 3587 | |

**DESCRIPTION OF WORK PERFORMED**

Cleanup construction debris

$160.00

All Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications provided for the above work, and was completed in a substantial workmanlike manner for the agreed sum of _____

_____ Dollars ($ 160.00 ).

This is a ☐ Partial ☐ Full invoice due and payable by: _____ _____ _____

Month    Day    Year

in accordance with our ☐ Agreement ☐ Proposal No. _____ Dated _____

Month    Day    Year

TC8122

**WORK PERFORMED AT:**

21 Connecticut Ave.
Massapequa, N.Y.

TO:

Pride Home Imp.

| DATE | YOUR WORK ORDER NO. | OUR BID NO. |
|---|---|---|
| 12/18/12 | 3588 | |

## DESCRIPTION OF WORK PERFORMED

Roof Rip + Installation - 19 sq.
Install 1 board plywood

$2330.00

All Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications provided for the above work, and was completed in a substantial workmanlike manner for the agreed sum of _____
_____ Dollars ($ 2330.00 ).

This is a ☐ Partial ☐ Full invoice due and payable by: _____
Month          Day          Year

in accordance with our ☐ Agreement ☐ Proposal No._____ Dated_____
Month     Day     Year

TC8122

WORK PERFORMED AT:

TO:

Casella Construction Corp.

129 E. 10th St.
Manhattan, N.Y.

| DATE | YOUR WORK ORDER NO. | OUR BID NO. |
|---|---|---|
| 12/19/12 | 3589 | |

**DESCRIPTION OF WORK PERFORMED**

Cleanup construction debris

$1,450.00

All Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications provided for the above work, and was completed in a substantial workmanlike manner for the agreed sum of _____ Dollars ($ 450.00 ).

This is a ☐ Partial ☐ Full invoice due and payable by: _____ _____ _____
Month                Day                Year

in accordance with our ☐ Agreement ☐ Proposal No. _____ Dated _____
Month        Day        Year

TC8122
adams

CONTRACTORS INVOICE

**WORK PERFORMED AT:**

Delta Rd
Massapequa, N.Y.

TO:

Great Additions Const. Comp.

| DATE | YOUR WORK ORDER NO. | OUR BID NO. |
|------|---------------------|-------------|
| 12/19/12 | 3590 | |

**DESCRIPTION OF WORK PERFORMED**

Cleanup- 6 yds construction debris

$240.00

All Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications provided for the above work, and was completed in a substantial workmanlike manner for the agreed sum of _____ Dollars ($ 240.00 ).

This is a ☐ Partial ☐ Full invoice due and payable by: _____ _____ _____
                                                              Month              Day              Year

in accordance with our ☐ Agreement ☐ Proposal No. _____ Dated _____ _____ _____
                                                                           Month         Day         Year

**WORK PERFORMED AT:**

TO:

Casella Construction Corp

Beach 116th St
Rockaway, N.Y
(Candle Store)

| DATE | YOUR WORK ORDER NO. | OUR BID NO. |
|------|---------------------|-------------|
| 12/20/12 | 3591 | |

**DESCRIPTION OF WORK PERFORMED**

Cleanup - 10 yds construction debris

$750.00

All Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications provided for the above work, and was completed in a substantial workmanlike manner for the agreed sum of _____

_____ Dollars ($ __750.00__ ).

This is a ☐ Partial ☐ Full invoice due and payable by: _____ _____ _____
                                                              Month              Day           Year

in accordance with our    ☐ Agreement  ☐ Proposal   No. _____ Dated _____ _____ _____
                                                                            Month          Day          Year

TC8122                    CONTRACTORS INVOICE

**WORK PERFORMED AT:**

2 Cypress Ln
Hampton Bays, NY

**TO:**

Stepman Construction Inc

| DATE | YOUR WORK ORDER NO. | OUR BID NO. |
|------|---------------------|-------------|
| 12/18 + 12/21/12 | 3592 | |

**DESCRIPTION OF WORK PERFORMED**

Remove floor + stack in front entrance
Demo 3 rooms + hallway
Demo Kitchen
Cleanup all debris

$2,600.00

All Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications provided for the above work, and was completed in a substantial workmanlike manner for the agreed sum of _____ Dollars ($ 2600.00 ).

This is a ☐ Partial ☐ Full invoice due and payable by: _____ _____ _____
                                                            Month        Day        Year

in accordance with our ☐ Agreement ☐ Proposal No. _____ Dated _____ _____ _____
                                                                     Month      Day        Year

adams TC8122

**WORK PERFORMED AT:**

3542 Tuscaia St.
Seaford, N.Y.

TO:

Great Additions Const. Comp,

| DATE | YOUR WORK ORDER NO. | OUR BID NO. |
|------|---------------------|-------------|
| 12/21/12 | 3593 | |

**DESCRIPTION OF WORK PERFORMED**

Cleanup 5 yds construction debris

$200.00

All Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications provided for the above work, and was completed in a substantial workmanlike manner for the agreed sum of _____

_____ Dollars ($ 200.00 ).

This is a ☐ Partial ☐ Full invoice due and payable by: _____ _____ _____
                                                           Month             Day          Year

in accordance with our   ☐ Agreement  ☐ Proposal  No._____ Dated _____ _____ _____
                                                                            Month       Day       Year

TC8122                     CONTRACTORS INVOICE

WORK PERFORMED AT:

227 Cherokee St.
RonKonKoma, N.Y.

TO:

Built Right Renovations Inc.

| DATE | YOUR WORK ORDER NO. | OUR BID NO. |
|------|---------------------|-------------|
| 12/21/12 | 3594 | |

**DESCRIPTION OF WORK PERFORMED**

Cleanup construction debris

$ 200.00

All Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications provided for the above work, and was completed in a substantial workmanlike manner for the agreed sum of _____

_____ Dollars ($ 200.00 ).

This is a ☐ Partial ☐ Full invoice due and payable by: _____ Month _____ Day _____ Year

in accordance with our ☐ Agreement ☐ Proposal No. _____ Dated _____ Month _____ Day _____ Year

TC8122                                    CONTRACTORS INVOICE

# CONTRACTORS INVOICE

**WORK PERFORMED AT:**

10 Pasture Ln.
Old Bethpage, N.Y.

**TO:**

Built Right Renovations Inc.

| DATE | YOUR WORK ORDER NO. | OUR BID NO. |
|---|---|---|
| 12/22/12 | 3595 | |

## DESCRIPTION OF WORK PERFORMED

Cleanup construction debris

$ 200.00

All Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications provided for the above work, and was completed in a substantial workmanlike manner for the agreed sum of _____

_____ Dollars ($ 200.00 ).

This is a ☐ Partial ☐ Full invoice due and payable by: _____ _____ _____
Month          Day          Year

in accordance with our ☐ Agreement ☐ Proposal No. _____ Dated _____
Month      Day      Year

TC8122

CONTRACTORS INVOICE

**TO:**

Casella Construction Corp.

510 Osborne St
Apt 2D
Brooklyn NY

OUR BID NO.

| DATE | YOUR WORK ORDER NO. |
|------|---------------------|
| 12/24/12 | 3596 |

**DESCRIPTION OF WORK PERFORMED**

Cleanup construction debris
Remove floor tile

$850.00

All Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications provided for the above work, and was completed in a substantial workmanlike manner for the agreed sum of _____ Dollars ($ 850.00 ).

This is a ☐ Partial ☐ Full invoice due and payable by: _____ Month ___ Day ___ Year

in accordance with our ☐ Agreement ☐ Proposal No. _____ Dated _____ Month ___ Day ___ Year

TC8122

CONTRACTORS INVOICE

# CONTRACTORS INVOICE

**WORK PERFORMED AT:**

132 Bay Rd
Huntington, N.Y.

**TO:**

Baskam Construction Services

| DATE | YOUR WORK ORDER NO. | OUR BID NO. |
|------|---------------------|-------------|
| 12/24/12 | 3597 | |

## DESCRIPTION OF WORK PERFORMED

Demo room

$650.00

All Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications provided for the above work, and was completed in a substantial workmanlike manner for the agreed sum of _____

_____ Dollars ($ 650.00 ).

This is a ☐ Partial ☐ Full invoice due and payable by: _____ _____ _____
                                             Month            Day            Year

in accordance with our   ☐ Agreement ☐ Proposal   No. _____ Dated _____
                                                              Month       Day       Year

TC8122

CONTRACTORS INVOICE

# CONTRACTORS INVOICE

**WORK PERFORMED AT:**

TO:

Baskam Construction Services

132 Bay Rd
Huntington, N.Y.

| DATE | YOUR WORK ORDER NO. | OUR BID NO. |
|------|---------------------|-------------|
| 12/28/12 | 3598 | |

**DESCRIPTION OF WORK PERFORMED**

Roof Rip + Installation - 22 sq
Cleanup construction debris

$ 2,950.00

All Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications provided for the above work, and was completed in a substantial workmanlike manner for the agreed sum of _____ Dollars ($ 2,950.00 ).

This is a ☐ Partial ☐ Full invoice due and payable by: _____ _____ _____
                                                          Month      Day        Year

in accordance with our ☐ Agreement ☐ Proposal No. _____ Dated _____ _____ _____
                                                                   Month      Day        Year

TC8122