| TO: | |
|---|---|
| Great Additions Const. Comp. | 22 Harrow<br>Levittown, N.Y. |

| DATE | YOUR WORK ORDER NO. | OUR BID NO. |
|---|---|---|
| 12/28/12 | 3599 | |

**DESCRIPTION OF WORK PERFORMED**

Cleanup - 10 yds construction debris + brick

$400.00

All Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications provided for the above work, and was completed in a substantial workmanlike manner for the agreed sum of _____

Dollars ($ 400.00 ).

This is a ☐ Partial ☐ Full invoice due and payable by: _____
Month _____ Day _____ Year

in accordance with our ☐ Agreement ☐ Proposal No. _____ Dated _____
Month _____ Day _____ Year

TC8122

## CONTRACTORS INVOICE

# CONTRACTORS INVOICE

**TO:** First Choice Renovations

**WORK PERFORMED AT:** 130 Beech Rd, Massapequa, N.Y.

**DATE:** 12/28/12

**YOUR WORK ORDER NO.:** 3600

**OUR BID NO.:**

## DESCRIPTION OF WORK PERFORMED

Cleanup 4 yds. construction debris

$160.00

All Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications provided for the above work, and was completed in a substantial workmanlike manner for the agreed sum of _____ Dollars ($ 160.00 ).

This is a ☐ Partial ☐ Full invoice due and payable by: _____ Month _____ Day _____ Year

In accordance with our ☐ Agreement ☐ Proposal No. _____ Dated _____ Month _____ Day _____ Year

TC8122
adams

CONTRACTORS INVOICE

adams TC8122

# Contractors Invoice

**TO:** First Choice Renovations

**WORK PERFORMED AT:** 130 Beech Rd. Massapequa, N.Y.

**DATE:** 12/31/12

**YOUR WORK ORDER NO.:** 3601

**OUR BID NO.:**

### Description of Work Performed

Cleanup construction debris

$160.00

All Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications provided for the above work and was completed in a substantial workmanlike manner for the agreed sum of _____ Dollars ($ 160.00 ).

This is a ☐ Partial ☐ Full invoice due and payable by: _____
in accordance with our ☐ Agreement ☐ Proposal No. _____ Dated _____

adams TC8122    09-11

# Contractors Invoice

**TO:** Great Additions Const Comp.

**WORK PERFORMED AT:** 3542 Tuscala St. Seaford, N.Y.

**DATE:** 12/31/12

**YOUR WORK ORDER NO.:** 3602

**OUR BID NO.:**

## DESCRIPTION OF WORK PERFORMED

Cleanup construction debris

$160.00

All Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications provided for the above work and was completed in a substantial workmanlike manner for the agreed sum of _____ Dollars ($ 160.00 ).

This is a ☐ Partial ☐ Full invoice due and payable by: _____ Month _____ Day _____ Year

in accordance with our ☐ Agreement ☐ Proposal No. _____ Dated _____