

**IESI WINTERS BROTHERS**
TRANSFER STATION CORP
99 NANCY ST
WEST BABYLON, NY   11704
(516) 937-0900

| DATE | CUSTOMER ID |
|---|---|
| 05/26/2012 | 121000165 |
| **REFERENCE NO** | **INVOICE** |
| | 1900952020 |
| **TOTAL DUE** | **PAID** |
| 784.68 | |

```
B
I    FINEST MAINTENANCE******
L    JODY GUMPEL
L    6 WOODCOCK LN
     LEVITTOWN, NY 11756
T
O
```

**PAYMENT IS DUE UPON RECEIPT OF INVOICE.**
LATE PAYMENT MAY RESULT IN AN INTERRUPTION OF SERVICE.
ANY PAYMENT NOT RECEIVED WITHIN 30 DAYS OF THE INVOICE DATE WILL
BE CONSIDERED PAST DUE. PAST DUE INVOICES SHALL BE SUBJECT TO A
LATE CHARGE OF 1 1/2% FOR EACH MONTH OR PART THEREOF THAT THE
INVOICE IS PAST DUE.

| TRAN DATE | TICKET # | MANIFEST # | TRUCK ID | TONNAGE | VOLUME | MATERIAL | CHARGE |
|---|---|---|---|---|---|---|---|
| 05/22/12 | | | | | | Payment - #VS01259351 | -1,385.80 |
| 05/22/12 | 1427549 | | 29202KA | 3.55 | 0.00 | TS C&D | 184.60 |
| 05/23/12 | 1427791 | | 29202KA | 2.29 | 0.00 | TS C&D | 119.08 |
| 05/24/12 | 1428337 | | 29202KA | 1.86 | 0.00 | TS C&D | 96.72 |
| 05/24/12 | 1428891 | | 29202KA | 3.09 | 0.00 | TS C&D | 160.68 |
| 05/26/12 | 1429595 | | 29202KA | 4.30 | 0.00 | TS C&D | 223.60 |

NOTICE:  Your Invoice may reflect an increase in price.

| BALANCE FORWARD | PAYMENTS | CURRENT CHARGES | TAX AMOUNT | FINANCE CHARGE | PAY THIS AMOUNT | |
|---|---|---|---|---|---|---|
| 1,385.80 | -1,385.80 | 784.68 | 0.00 | 0.00 | | 784.68 |

| AGING SCHEDULE BASED ON NUMBER OF DAYS SINCE INVOICING | CURRENT | 1-30 | 31-60 | 61-90 | OVER 90 |
|---|---|---|---|---|---|
| | 784.68 | 0.00 | 0.00 | 0.00 | 0.00 |

**FOR CHANGE OF ADDRESS PLEASE CALL OR WRITE OUR OFFICE**

**PLEASE RETURN  THIS PORTION  WITH  PAYMENT**



**FINEST MAINTENANCE******
JODY GUMPEL
6 WOODCOCK LN
LEVITTOWN, NY 11756

| Customer ID | 121000165 | Date | 05/26/2012 |
|---|---|---|---|
| Invoice | 1900952020 | Balance | 784.68 |
| Amount Paid with this Coupon: | | | |

Please use this coupon to make your payments by check or ...
Pay online!
Visit us at www.iesi.com/payments
As always, you still have the option to pay by phone via ACH or
Credit/Debit Card by calling our Customer Service at : **(516) 937-0900**

**REMITTANCE  ADDRESS:**

**IESI WINTERS BROTHERS**
**TRANSFER STATION CORP**
**1198 PROSPECT AVE**
**WESTBURY, NY   11590**

121000165190095202000000784683

**IESI WINTERS BROTHERS**
TRANSFER STATION CORP
99 NANCY ST
WEST BABYLON, NY    11704
(516) 937-0900



| DATE | CUSTOMER ID |
|---|---|
| 05/31/2012 | 121000165 |
| REFERENCE NO | INVOICE |
| | 1900954058 |
| TOTAL DUE | PAID |
| 243.36 | |

| B I L L  T O | FINEST MAINTENANCE******<br>JODY GUMPEL<br>6 WOODCOCK LN<br>LEVITTOWN, NY 11756 |
|---|---|

**PAYMENT IS DUE UPON RECEIPT OF INVOICE.**
LATE PAYMENT MAY RESULT IN AN INTERRUPTION OF SERVICE
ANY PAYMENT NOT RECEIVED WITHIN 30 DAYS OF THE INVOICE DATE WILL
BE CONSIDERED PAST DUE. PAST DUE INVOICES SHALL BE SUBJECT TO A
LATE CHARGE OF 1 1/2% FOR EACH MONTH OR PART THEREOF THAT THE
INVOICE IS PAST DUE.

| TRAN DATE | TICKET # | MANIFEST # | TRUCK ID | TONNAGE | VOLUME | MATERIAL | CHARGE |
|---|---|---|---|---|---|---|---|
| 05/30/12 | | | | | | | |
| 05/31/12 | 1431034 | | 29202KA | 4.68 | 0.00 | Payment - #VS01269432<br>TS C&D | -784.68<br>243.36 |

NOTICE:  Your Invoice may reflect an increase in price.

| BALANCE FORWARD | PAYMENTS | CURRENT CHARGES | TAX AMOUNT | FINANCE CHARGE | PAY THIS AMOUNT | |
|---|---|---|---|---|---|---|
| 784.68 | -784.68 | 243.36 | 0.00 | 0.00 | | 243.36 |

| AGING SCHEDULE BASED ON NUMBER OF DAYS SINCE INVOICING | CURRENT | 1-30 | 31-60 | 61-90 | OVER 90 |
|---|---|---|---|---|---|
| | 243.36 | 0.00 | 0.00 | 0.00 | 0.00 |

**FOR CHANGE OF ADDRESS PLEASE CALL OR WRITE OUR OFFICE**

**PLEASE RETURN  THIS PORTION  WITH  PAYMENT**



**FINEST MAINTENANCE******
JODY GUMPEL
6 WOODCOCK LN
LEVITTOWN, NY 11756

| Customer ID | 121000165 | Date | 05/31/2012 |
|---|---|---|---|
| Invoice | 1900954058 | Balance | 243.36 |
| Amount Paid with this Coupon: | | | |

Please use this coupon to make your payments by check or ...
Pay online!
Visit us at www.iesi.com/payments
As always, you still have the option to pay by phone via ACH or
Credit/Debit Card by calling our Customer Service at : **(516) 937-0900**

**REMITTANCE  ADDRESS:**

**IESI WINTERS BROTHERS
TRANSFER STATION CORP
1198 PROSPECT AVE
WESTBURY, NY    11590**

121000165190095405800000243368



**IESI WINTERS BROTHERS**
TRANSFER STATION CORP
99 NANCY ST
WEST BABYLON, NY    11704
(516) 937-0900

| DATE | CUSTOMER ID |
|---|---|
| 06/09/2012 | 121000165 |
| REFERENCE NO | INVOICE |
| | 1900978155 |
| TOTAL DUE | PAID |
| 1,395.16 | |

| B I L L T O | FINEST MAINTENANCE****** JODY GUMPEL 6 WOODCOCK LN LEVITTOWN, NY 11756 |
|---|---|

**PAYMENT IS DUE UPON RECEIPT OF INVOICE.**
LATE PAYMENT MAY RESULT IN AN INTERRUPTION OF SERVICE.
ANY PAYMENT NOT RECEIVED WITHIN 30 DAYS OF THE INVOICE DATE WILL
BE CONSIDERED PAST DUE. PAST DUE INVOICES SHALL BE SUBJECT TO A
LATE CHARGE OF 1 1/2% FOR EACH MONTH OR PART THEREOF THAT THE
INVOICE IS PAST DUE.

| TRAN DATE | TICKET # | MANIFEST # | TRUCK ID | TONNAGE | VOLUME | MATERIAL | CHARGE |
|---|---|---|---|---|---|---|---|
| 06/04/12 | | | | | | Payment - #VS01280365 | -243.36 |
| 06/01/12 | 1432014 | | 29223MA | 5.30 | 0.00 | TS C&D | 275.60 |
| 06/01/12 | 1432184 | | 29202KA | 4.60 | 0.00 | TS C&D | 239.20 |
| 06/04/12 | 1432435 | | 29223MA | 1.65 | 0.00 | TS C&D | 85.80 |
| 06/05/12 | 1433167 | | 29202KA | 2.95 | 0.00 | TS C&D | 153.40 |
| 06/06/12 | 1433781 | | 29223MA | 1.15 | 0.00 | TS C&D | 59.80 |
| 06/07/12 | 1434335 | | 29223MA | 2.65 | 0.00 | TS C&D | 137.80 |
| 06/08/12 | 1434956 | | 29223MA | 5.81 | 0.00 | TS C&D | 302.12 |
| 06/08/12 | 1435318 | | 29223MA | 2.72 | 0.00 | TS C&D | 141.44 |

NOTICE:  Your Invoice may reflect an increase in price.

| BALANCE FORWARD | PAYMENTS | CURRENT CHARGES | TAX AMOUNT | FINANCE CHARGE | PAY THIS AMOUNT | |
|---|---|---|---|---|---|---|
| 243.36 | -243.36 | 1,395.16 | 0.00 | 0.00 | | 1,395.16 |

| AGING SCHEDULE BASED ON NUMBER OF DAYS SINCE INVOICING | CURRENT | 1-30 | 31-60 | 61-90 | OVER 90 |
|---|---|---|---|---|---|
| | 1,395.16 | 0.00 | 0.00 | 0.00 | 0.00 |

**FOR CHANGE OF ADDRESS PLEASE CALL OR WRITE OUR OFFICE**

**PLEASE RETURN THIS PORTION WITH PAYMENT**

FINEST MAINTENANCE******
JODY GUMPEL
6 WOODCOCK LN
LEVITTOWN, NY 11756

| Customer ID | 121000165 | Date | 06/09/2012 |
|---|---|---|---|
| Invoice | 1900978155 | Balance | 1,395.16 |
| Amount Paid with this Coupon: | | | |

Please use this coupon to make your payments by check or ...

Pay online!
Visit us at www.iesi.com/payments
As always, you still have the option to pay by phone via ACH or
Credit/Debit Card by calling our Customer Service at : **(516) 937-0900**

**REMITTANCE ADDRESS:**

**IESI WINTERS BROTHERS**
**TRANSFER STATION CORP**
**1198 PROSPECT AVE**
**WESTBURY, NY    11590**

121000165190097815500001395167



**IESI WINTERS BROTHERS**
TRANSFER STATION CORP
99 NANCY ST
WEST BABYLON, NY    11704
(516) 937-0900

| DATE | CUSTOMER ID |
|---|---|
| 06/16/2012 | 121000165 |
| REFERENCE NO | INVOICE |
|  | 1900979878 |
| TOTAL DUE | PAID |
| 2,200.12 |  |

**B I L L   T O**
FINEST MAINTENANCE******
JODY GUMPEL
6 WOODCOCK LN
LEVITTOWN, NY 11756

PAYMENT IS DUE UPON RECEIPT OF INVOICE.
LATE PAYMENT MAY RESULT IN AN INTERRUPTION OF SERVICE.
ANY PAYMENT NOT RECEIVED WITHIN 30 DAYS OF THE INVOICE DATE WILL
BE CONSIDERED PAST DUE. PAST DUE INVOICES SHALL BE SUBJECT TO A
LATE CHARGE OF 1 1/2% FOR EACH MONTH OR PART THEREOF THAT THE
INVOICE IS PAST DUE.

| TRAN DATE | TICKET # | MANIFEST # | TRUCK ID | TONNAGE | VOLUME | MATERIAL | CHARGE |
|---|---|---|---|---|---|---|---|
| 06/12/12 |  |  |  |  |  |  |  |
| 06/11/12 | 1435764 |  |  |  |  | Payment - #VS01296557 | -1,395.16 |
| 06/12/12 | 1436419 | 29223MA |  | 3.37 | 0.00 | TS C&D | 175.24 |
| 06/13/12 | 1437088 | 29202KA |  | 2.42 | 0.00 | TS C&D | 125.84 |
| 06/13/12 | 1437334 | 29202KA |  | 4.46 | 0.00 | TS C&D | 231.92 |
| 06/14/12 | 1437625 | 29223MA |  | 4.81 | 0.00 | TS C&D | 250.12 |
| 06/14/12 | 1437694 | 29202KA |  | 3.53 | 0.00 | TS C&D | 183.56 |
| 06/14/12 | 1437945 | 29223MA |  | 2.05 | 0.00 | TS C&D | 106.60 |
| 06/15/12 | 1438053 | 29202KA |  | 6.45 | 0.00 | TS C&D | 335.40 |
| 06/16/12 | 1438825 | 29202KA |  | 2.39 | 0.00 | TS C&D | 124.28 |
| 06/16/12 | 1438898 | 29223MA |  | 6.11 | 0.00 | TS C&D | 317.72 |
| 06/16/12 | 1438977 | 29223MA |  | 3.60 | 0.00 | TS C&D | 187.20 |
|  |  | 29223MA |  | 3.12 | 0.00 | TS C&D | 162.24 |

NOTICE:   Your Invoice may reflect an increase in price.

| BALANCE FORWARD | PAYMENTS | CURRENT CHARGES | TAX AMOUNT | FINANCE CHARGE | PAY THIS AMOUNT | |
|---|---|---|---|---|---|---|
| 1,395.16 | -1,395.16 | 2,200.12 | 0.00 | 0.00 | | 2,200.12 |

| AGING SCHEDULE BASED ON NUMBER OF DAYS SINCE INVOICING | CURRENT | 1-30 | 31-60 | 61-90 | OVER 90 |
|---|---|---|---|---|---|
| | 2,200.12 | 0.00 | 0.00 | 0.00 | 0.00 |

**FOR CHANGE OF ADDRESS PLEASE CALL OR WRITE OUR OFFICE**

**PLEASE RETURN  THIS PORTION  WITH  PAYMENT**

FINEST MAINTENANCE******
JODY GUMPEL
6 WOODCOCK LN
LEVITTOWN, NY 11756

| Customer ID | 121000165 | Date | 06/16/2012 |
|---|---|---|---|
| Invoice | 1900979878 | Balance | 2,200.12 |
| Amount Paid with this Coupon: | | | |

Please use this coupon to make your payments by check or ...
Pay online!
Visit us at www.iesi.com/payments
As always, you still have the option to pay by phone via ACH or
Credit/Debit Card by calling our Customer Service at : **(516) 937-0900**

**REMITTANCE  ADDRESS:**

**IESI WINTERS BROTHERS**
**TRANSFER STATION CORP**
**1198 PROSPECT AVE**
**WESTBURY, NY    11590**

121000165190097987800002200128



**IESI WINTERS BROTHERS**
TRANSFER STATION CORP
99 NANCY ST
WEST BABYLON, NY    11704
(516) 937-0900

| DATE | CUSTOMER ID |
|---|---|
| 06/23/2012 | 121000165 |
| REFERENCE NO | INVOICE |
|  | 1900981659 |
| TOTAL DUE | PAID |
| 527.80 |  |

| B I L L T O | FINEST MAINTENANCE******<br>JODY GUMPEL<br>6 WOODCOCK LN<br>LEVITTOWN, NY 11756 |
|---|---|

**PAYMENT IS DUE UPON RECEIPT OF INVOICE.**
LATE PAYMENT MAY RESULT IN AN INTERRUPTION OF SERVICE.
ANY PAYMENT NOT RECEIVED WITHIN 30 DAYS OF THE INVOICE DATE WILL
BE CONSIDERED PAST DUE. PAST DUE INVOICES SHALL BE SUBJECT TO A
LATE CHARGE OF 1 1/2% FOR EACH MONTH OR PART THEREOF THAT THE
INVOICE IS PAST DUE.

| TRAN DATE | TICKET # | MANIFEST # | TRUCK ID | TONNAGE | VOLUME | MATERIAL | CHARGE |
|---|---|---|---|---|---|---|---|
| 06/19/12 |  |  |  |  |  | Payment - #VS01308524 | -2,200.12 |
| 06/18/12 | 1439449 |  | 29223MA | 4.52 | 0.00 | TS C&D | 235.04 |
| 06/19/12 | 1439879 |  | 29202KA | 0.87 | 0.00 | TS C&D | 45.24 |
| 06/21/12 | 1440956 |  | 29202KA | 2.52 | 0.00 | TS C&D | 131.04 |
| 06/22/12 | 1441803 |  | 29202KA | 2.24 | 0.00 | TS C&D | 116.48 |

NOTICE:   Your Invoice may reflect an increase in price.

| BALANCE FORWARD | PAYMENTS | CURRENT CHARGES | TAX AMOUNT | FINANCE CHARGE | PAY THIS AMOUNT | |
|---|---|---|---|---|---|---|
| 2,200.12 | -2,200.12 | 527.80 | 0.00 | 0.00 | | 527.80 |

| AGING SCHEDULE BASED ON NUMBER OF DAYS SINCE INVOICING | CURRENT | 1-30 | 31-60 | 61-90 | OVER 90 |
|---|---|---|---|---|---|
| | 527.80 | 0.00 | 0.00 | 0.00 | 0.00 |

**FOR CHANGE OF ADDRESS PLEASE CALL OR WRITE OUR OFFICE**

**PLEASE RETURN THIS PORTION WITH PAYMENT**



**FINEST MAINTENANCE******
JODY GUMPEL
6 WOODCOCK LN
LEVITTOWN, NY 11756

| Customer ID | 121000165 | Date | 06/23/2012 |
|---|---|---|---|
| Invoice | 1900981659 | Balance | 527.80 |
| Amount Paid with this Coupon: | | | |

Please use this coupon to make your payments by check or ...
Pay online!
Visit us at www.iesi.com/payments
As always, you still have the option to pay by phone via ACH or
Credit/Debit Card by calling our Customer Service at : **(516) 937-0900**

**REMITTANCE ADDRESS:**

**IESI WINTERS BROTHERS**
**TRANSFER STATION CORP**
**1198 PROSPECT AVE**
**WESTBURY, NY    11590**

12100016519009816590000527806



**IESI WINTERS BROTHERS**
TRANSFER STATION CORP
99 NANCY ST
WEST BABYLON, NY    11704
(516) 937-0900

| DATE | CUSTOMER ID |
|---|---|
| 06/30/2012 | 121000165 |
| **REFERENCE NO** | **INVOICE** |
| | 1900984216 |
| **TOTAL DUE** | **PAID** |
| 1,249.56 | |

| B I L L   T O | FINEST MAINTENANCE****** <br> JODY GUMPEL <br> 6 WOODCOCK LN <br> LEVITTOWN, NY 11756 |
|---|---|

**PAYMENT IS DUE UPON RECEIPT OF INVOICE.**
LATE PAYMENT MAY RESULT IN AN INTERRUPTION OF SERVICE.
ANY PAYMENT NOT RECEIVED WITHIN 30 DAYS OF THE INVOICE DATE WILL
BE CONSIDERED PAST DUE. PAST DUE INVOICES SHALL BE SUBJECT TO A
LATE CHARGE OF 1 1/2% FOR EACH MONTH OR PART THEREOF THAT THE
INVOICE IS PAST DUE.

| TRAN DATE | TICKET # | MANIFEST # | TRUCK ID | TONNAGE | VOLUME | MATERIAL | CHARGE |
|---|---|---|---|---|---|---|---|
| 06/26/12 | | | | | | | |
| 06/25/12 | | | | | | Payment - #VS01320863 | -527.80 |
| 06/26/12 | 1442237 | | 29223MA | 2.68 | 0.00 | TS C&D | 139.36 |
| 06/26/12 | 1442770 | | 29202KA | 2.94 | 0.00 | TS C&D | 152.88 |
| 06/26/12 | 1443112 | | 29223MA | 4.59 | 0.00 | TS C&D | 238.68 |
| 06/27/12 | 1443386 | | 29202KA | 3.07 | 0.00 | TS C&D | 159.64 |
| 06/28/12 | 1444409 | | 29202KA | 7.59 | 0.00 | TS C&D | 394.68 |
| 06/29/12 | 1444565 | | 29202KA | 3.16 | 0.00 | TS C&D | 164.32 |

NOTICE:  Your Invoice may reflect an increase in price.

| BALANCE FORWARD | PAYMENTS | CURRENT CHARGES | TAX AMOUNT | FINANCE CHARGE | PAY THIS AMOUNT | |
|---|---|---|---|---|---|---|
| 527.80 | -527.80 | 1,249.56 | 0.00 | 0.00 | | 1,249.56 |

| AGING SCHEDULE BASED ON NUMBER OF DAYS SINCE INVOICING | CURRENT | 1-30 | 31-60 | 61-90 | OVER 90 |
|---|---|---|---|---|---|
| | 1,249.56 | 0.00 | 0.00 | 0.00 | 0.00 |

**FOR CHANGE OF ADDRESS PLEASE CALL OR WRITE OUR OFFICE**

**PLEASE RETURN THIS PORTION WITH PAYMENT**



**FINEST MAINTENANCE******
JODY GUMPEL
6 WOODCOCK LN
LEVITTOWN, NY 11756

| Customer ID | 121000165 | Date | 06/30/2012 |
|---|---|---|---|
| Invoice | 1900984216 | Balance | 1,249.56 |
| **Amount Paid with this Coupon:** | | | |

Please use this coupon to make your payments by check or ...
Pay online!
Visit us at www.iesi.com/payments
As always, you still have the option to pay by phone via ACH or
Credit/Debit Card by calling our Customer Service at : **(516) 937-0900**

**REMITTANCE ADDRESS:**

**IESI WINTERS BROTHERS**
**TRANSFER STATION CORP**
**1198 PROSPECT AVE**
**WESTBURY, NY    11590**

121000165190098421600001249561



**IESI WINTERS BROTHERS**
TRANSFER STATION CORP
99 NANCY ST
WEST BABYLON, NY    11704
(516) 937-0900

| DATE | CUSTOMER ID |
|---|---|
| 07/07/2012 | 121000165 |
| REFERENCE NO | INVOICE |
| | 1901008001 |
| **TOTAL DUE** | **PAID** |
| 1,541.70 | |

```
B   FINEST MAINTENANCE******
I   JODY GUMPEL
L   6 WOODCOCK LN
T   LEVITTOWN, NY 11756
O
```

**PAYMENT IS DUE UPON RECEIPT OF INVOICE.**
LATE PAYMENT MAY RESULT IN AN INTERRUPTION OF SERVICE.
ANY PAYMENT NOT RECEIVED WITHIN30 DAYS OF THE INVOICE DATE WILL
BE CONSIDERED PAST DUE. PAST DUE INVOICES SHALL BE SUBJECT TO A
LATE CHARGE OF 1 1/2% FOR EACH MONTH OR PART THEREOF THAT THE
INVOICE IS PAST DUE

| TRAN DATE | TICKET # | MANIFEST # | TRUCK ID | TONNAGE | VOLUME | MATERIAL | CHARGE |
|---|---|---|---|---|---|---|---|
| 07/05/12 | | | | | | | |
| 07/02/12 | | | | | | Payment - #VS01342870 | -1,249.56 |
| 07/03/12 | 1445752 | | 29223MA | 3.60 | 0.00 | TS C&D | 194.40 |
| 07/05/12 | 1445938 | | 29223MA | 4.99 | 0.00 | TS C&D | 269.46 |
| 07/05/12 | 1446623 | | 29202KA | 4.47 | 0.00 | TS C&D | 241.38 |
| 07/06/12 | 1446682 | | 29223MA | 2.31 | 0.00 | TS C&D | 124.74 |
| 07/06/12 | 1447223 | | 29202KA | 4.32 | 0.00 | TS C&D | 233.28 |
| 07/07/12 | 1447279 | | 29223MA | 4.92 | 0.00 | TS C&D | 265.68 |
| | 1447822 | | 29202KA | 3.94 | 0.00 | TS C&D | 212.76 |

NOTICE:  Your Invoice may reflect an increase in price.

| BALANCE FORWARD | PAYMENTS | CURRENT CHARGES | TAX AMOUNT | FINANCE CHARGE | **PAY THIS AMOUNT** | |
|---|---|---|---|---|---|---|
| 1,249.56 | -1,249.56 | 1,541.70 | 0.00 | 0.00 | | 1,541.70 |
| **AGING SCHEDULE BASED ON NUMBER OF DAYS SINCE INVOICING** | **CURRENT** | **1-30** | **31-60** | **61-90** | **OVER 90** | |
| | 1,541.70 | 0.00 | 0.00 | 0.00 | 0.00 | |

**FOR CHANGE OF ADDRESS PLEASE CALL OR WRITE OUR OFFICE**

**PLEASE RETURN  THIS PORTION  WITH  PAYMENT**

**FINEST MAINTENANCE******
JODY GUMPEL
6 WOODCOCK LN
LEVITTOWN, NY 11756

| Customer ID | 121000165 | Date | 07/07/2012 |
|---|---|---|---|
| Invoice | 1901008001 | Balance | 1,541.70 |
| **Amount Paid with this Coupon:** | | | |

Please use this coupon to make your payments by check or ...
Pay online!
Visit us at www.iesi.com/payments
As always, you still have the option to pay by phone via ACH or
Credit/Debit Card by calling our Customer Service at : **(516) 937-0900**

**REMITTANCE  ADDRESS:**

**IESI WINTERS BROTHERS
TRANSFER STATION CORP
1198 PROSPECT AVE
WESTBURY, NY    11590**

121000165190100800100001541704



**IESI WINTERS BROTHERS**
TRANSFER STATION CORP
99 NANCY ST
WEST BABYLON, NY    11704
(516) 937-0900

| DATE | CUSTOMER ID |
|------|-------------|
| 07/14/2012 | 121000165 |
| REFERENCE NO | INVOICE |
|  | 1901009577 |
| TOTAL DUE | PAID |
| 1,182.60 |  |

B
I
L
L
T
O

FINEST MAINTENANCE******
JODY GUMPEL
6 WOODCOCK LN
LEVITTOWN, NY 11756

**PAYMENT IS DUE UPON RECEIPT OF INVOICE.**
LATE PAYMENT MAY RESULT IN AN INTERRUPTION OF SERVICE.
ANY PAYMENT NOT RECEIVED WITHIN 30 DAYS OF THE INVOICE DATE WILL
BE CONSIDERED PAST DUE. PAST DUE INVOICES SHALL BE SUBJECT TO A
LATE CHARGE OF 1 1/2% FOR EACH MONTH OR PART THEREOF THAT THE
INVOICE IS PAST DUE.

| TRAN DATE | TICKET # | MANIFEST # | TRUCK ID | TONNAGE | VOLUME | MATERIAL | CHARGE |
|-----------|----------|------------|----------|---------|--------|----------|--------|
| 07/10/12 |  |  |  |  |  | Payment - #VS01352849 | -1,541.70 |
| 07/09/12 | 1448195 |  | 29223MA | 4.95 | 0.00 | TS C&D | 267.30 |
| 07/10/12 | 1448631 |  | 29223MA | 4.34 | 0.00 | TS C&D | 234.36 |
| 07/10/12 | 1449304 |  | 29223MA | 3.03 | 0.00 | TS C&D | 163.62 |
| 07/13/12 | 1450982 |  | 29202KA | 6.50 | 0.00 | TS C&D | 351.00 |
| 07/14/12 | 1451068 |  | 29223MA | 3.08 | 0.00 | TS C&D | 166.32 |

NOTICE:  Your Invoice may reflect an increase in price.

| BALANCE FORWARD | PAYMENTS | CURRENT CHARGES | TAX AMOUNT | FINANCE CHARGE | PAY THIS AMOUNT |  |
|-----------------|----------|-----------------|------------|----------------|-----------------|--|
| 1,541.70 | -1,541.70 | 1,182.60 | 0.00 | 0.00 |  | 1,182.60 |

| AGING SCHEDULE BASED ON NUMBER OF DAYS SINCE INVOICING | CURRENT | 1-30 | 31-60 | 61-90 | OVER 90 |
|---|---|---|---|---|---|
|  | 1,182.60 | 0.00 | 0.00 | 0.00 | 0.00 |

**FOR CHANGE OF ADDRESS PLEASE CALL OR WRITE OUR OFFICE**

**PLEASE RETURN THIS PORTION WITH PAYMENT**



**FINEST MAINTENANCE******
JODY GUMPEL
6 WOODCOCK LN
LEVITTOWN, NY 11756

| Customer ID | 121000165 | Date | 07/14/2012 |
|-------------|-----------|------|------------|
| Invoice | 1901009577 | Balance | 1,182.60 |
| Amount Paid with this Coupon: |  |  |  |

Please use this coupon to make your payments by check or ...
Pay online!
Visit us at www.iesi.com/payments
As always, you still have the option to pay by phone via ACH or
Credit/Debit Card by calling our Customer Service at : **(516) 937-0900**

**REMITTANCE ADDRESS:**

**IESI WINTERS BROTHERS**
**TRANSFER STATION CORP**
**1198 PROSPECT AVE**
**WESTBURY, NY    11590**

121000165190100957700001182602

## IESI WINTERS BROTHERS
TRANSFER STATION CORP
99 NANCY ST
WEST BABYLON, NY 11704
(516) 937-0900

| DATE | CUSTOMER ID |
|------|-------------|
| 07/21/2012 | 121000165 |

| REFERENCE NO | INVOICE |
|--------------|---------|
|  | 1901011112 |

| TOTAL DUE | PAID |
|-----------|------|
| 1,027.62 |  |

```
B
I    FINEST MAINTENANCE******
L    JODY GUMPEL
L    6 WOODCOCK LN
     LEVITTOWN, NY 11756
T
O
```

**PAYMENT IS DUE UPON RECEIPT OF INVOICE.**
LATE PAYMENT MAY RESULT IN AN INTERRUPTION OF SERVICE
ANY PAYMENT NOT RECEIVED WITHIN 30 DAYS OF THE INVOICE DATE WILL
BE CONSIDERED PAST DUE. PAST DUE INVOICES SHALL BE SUBJECT TO A
LATE CHARGE OF 1 1/2% FOR EACH MONTH OR PART THEREOF THAT THE
INVOICE IS PAST DUE.

| TRAN DATE | TICKET # | MANIFEST # | TRUCK ID | TONNAGE | VOLUME | MATERIAL | CHARGE |
|-----------|----------|------------|----------|---------|--------|----------|--------|
| 07/17/12 |  |  |  |  |  |  |  |
| 07/16/12 | 1451233 |  |  |  |  | Payment - #VS01365630 | -1,182.60 |
| 07/18/12 | 1452566 | 29202KA | 3.74 | 0.00 |  | TS C&D | 201.96 |
| 07/18/12 | 1452887 | 29223MA | 6.00 | 0.00 |  | TS C&D | 324.00 |
| 07/19/12 | 1453151 | 29202KA | 4.42 | 0.00 |  | TS C&D | 238.68 |
|  |  | 29223MA | 4.87 | 0.00 |  | TS C&D | 262.98 |

NOTICE: Your Invoice may reflect an increase in price.

| BALANCE FORWARD | PAYMENTS | CURRENT CHARGES | TAX AMOUNT | FINANCE CHARGE | PAY THIS AMOUNT |  |
|-----------------|----------|-----------------|------------|----------------|-----------------|--|
| 1,182.60 | -1,182.60 | 1,027.62 | 0.00 | 0.00 |  | 1,027.62 |

| AGING SCHEDULE BASED ON NUMBER OF DAYS SINCE INVOICING | CURRENT | 1-30 | 31-60 | 61-90 | OVER 90 |
|---|---|---|---|---|---|
|  | 1,027.62 | 0.00 | 0.00 | 0.00 | 0.00 |

**FOR CHANGE OF ADDRESS PLEASE CALL OR WRITE OUR OFFICE**

**PLEASE RETURN THIS PORTION WITH PAYMENT**



FINEST MAINTENANCE******
JODY GUMPEL
6 WOODCOCK LN
LEVITTOWN, NY 11756

| Customer ID | 121000165 | Date | 07/21/2012 |
|-------------|-----------|------|------------|
| Invoice | 1901011112 | Balance | 1,027.62 |
| Amount Paid with this Coupon: |  |  |  |

Please use this coupon to make your payments by check or ...
Pay online!
Visit us at www.iesi.com/payments
As always, you still have the option to pay by phone via ACH or
Credit/Debit Card by calling our Customer Service at : **(516) 937-0900**

**REMITTANCE ADDRESS:**

**IESI WINTERS BROTHERS**
**TRANSFER STATION CORP**
**1198 PROSPECT AVE**
**WESTBURY, NY 11590**

1210001651901011112000010276227



# IESI WINTERS BROTHERS
TRANSFER STATION CORP
99 NANCY ST
WEST BABYLON, NY  11704
(516) 937-0900

| DATE | CUSTOMER ID |
|---|---|
| 07/31/2012 | 121000165 |
| REFERENCE NO | INVOICE |
|  | 1901020835 |
| TOTAL DUE | PAID |
| 1,230.66 |  |

**B I L L T O**
FINEST MAINTENANCE******
JODY GUMPEL
6 WOODCOCK LN
LEVITTOWN, NY 11756

**PAYMENT IS DUE UPON RECEIPT OF INVOICE.**
LATE PAYMENT MAY RESULT IN AN INTERRUPTION OF SERVICE.
ANY PAYMENT NOT RECEIVED WITHIN 30 DAYS OF THE INVOICE DATE WILL
BE CONSIDERED PAST DUE. PAST DUE INVOICES SHALL BE SUBJECT TO A
LATE CHARGE OF 1 1/2% FOR EACH MONTH OR PART THEREOF THAT THE
INVOICE IS PAST DUE.

| TRAN DATE | TICKET # | MANIFEST # | TRUCK ID | TONNAGE | VOLUME | MATERIAL | CHARGE |
|---|---|---|---|---|---|---|---|
| 07/25/12 |  |  |  |  |  | Payment - #VS01381381 | -1,027.62 |
| 07/23/12 | 1454484 |  | 29202KA | 3.01 | 0.00 | TS C&D | 162.54 |
| 07/25/12 | 1455830 |  | 29223MA | 10.40 | 0.00 | TS C&D | 561.60 |
| 07/27/12 | 1456955 |  | 29223MA | 4.01 | 0.00 | TS C&D | 216.54 |
| 07/30/12 | 1458004 |  | 29223MA | 5.37 | 0.00 | TS C&D | 289.98 |

NOTICE:  Your Invoice may reflect an increase in price.

| BALANCE FORWARD | PAYMENTS | CURRENT CHARGES | TAX AMOUNT | FINANCE CHARGE | PAY THIS AMOUNT | |
|---|---|---|---|---|---|---|
| 1,027.62 | -1,027.62 | 1,230.66 | 0.00 | 0.00 | | 1,230.66 |

| AGING SCHEDULE BASED ON NUMBER OF DAYS SINCE INVOICING | CURRENT | 1-30 | 31-60 | 61-90 | OVER 90 |
|---|---|---|---|---|---|
| | 1,230.66 | 0.00 | 0.00 | 0.00 | 0.00 |

**FOR CHANGE OF ADDRESS PLEASE CALL OR WRITE OUR OFFICE**

**PLEASE RETURN  THIS PORTION  WITH  PAYMENT**



**FINEST MAINTENANCE******
JODY GUMPEL
6 WOODCOCK LN
LEVITTOWN, NY 11756

| Customer ID | 121000165 | Date | 07/31/2012 |
|---|---|---|---|
| Invoice | 1901020835 | Balance | 1,230.66 |
| Amount Paid with this Coupon: | | | |

Please use this coupon to make your payments by check or ...
Pay online!
Visit us at www.iesi.com/payments
As always, you still have the option to pay by phone via ACH or
Credit/Debit Card by calling our Customer Service at : **(516) 937-0900**

**REMITTANCE  ADDRESS:**

**IESI WINTERS BROTHERS
TRANSFER STATION CORP
1198 PROSPECT AVE
WESTBURY, NY   11590**

121000165190102083500001230663



**IESI WINTERS BROTHERS**
TRANSFER STATION CORP
99 NANCY ST
WEST BABYLON, NY   11704
(516) 937-0900

| DATE | CUSTOMER ID |
|---|---|
| 08/04/2012 | 121000165 |
| REFERENCE NO | INVOICE |
| | 1901037306 |
| TOTAL DUE | PAID |
| 102.06 | |

| B I L L   T O |
|---|
| FINEST MAINTENANCE****** <br> JODY GUMPEL <br> 6 WOODCOCK LN <br> LEVITTOWN, NY 11756 |

**PAYMENT IS DUE UPON RECEIPT OF INVOICE.**
LATE PAYMENT MAY RESULT IN AN INTERRUPTION OF SERVICE
ANY PAYMENT NOT RECEIVED WITHIN 30 DAYS OF THE INVOICE DATE WILL
BE CONSIDERED PAST DUE. PAST DUE INVOICES SHALL BE SUBJECT TO A
LATE CHARGE OF 1 1/2% FOR EACH MONTH OR PART THEREOF THAT THE
INVOICE IS PAST DUE.

| TRAN DATE | TICKET # | MANIFEST # | TRUCK ID | TONNAGE | VOLUME | MATERIAL | CHARGE |
|---|---|---|---|---|---|---|---|
| 08/02/12 | | | | | | | |
| 08/02/12 | 1459791 | | 29202KA | 1.89 | 0.00 | Payment - #VS01395035 | -1,230.66 |
| | | | | | | TS C&D | 102.06 |

NOTICE:  Your Invoice may reflect an increase in price.

| BALANCE FORWARD | PAYMENTS | CURRENT CHARGES | TAX AMOUNT | FINANCE CHARGE | PAY THIS AMOUNT | |
|---|---|---|---|---|---|---|
| 1,230.66 | -1,230.66 | 102.06 | 0.00 | 0.00 | | 102.06 |

| AGING SCHEDULE BASED ON NUMBER OF DAYS SINCE INVOICING | CURRENT | 1-30 | 31-60 | 61-90 | OVER 90 |
|---|---|---|---|---|---|
| | 102.06 | 0.00 | 0.00 | 0.00 | 0.00 |

**FOR CHANGE OF ADDRESS PLEASE CALL OR WRITE OUR OFFICE**

**PLEASE RETURN THIS PORTION WITH PAYMENT**



**FINEST MAINTENANCE******
JODY GUMPEL
6 WOODCOCK LN
LEVITTOWN, NY 11756

| Customer ID | 121000165 | Date | 08/04/2012 |
|---|---|---|---|
| Invoice | 1901037306 | Balance | 102.06 |
| Amount Paid with this Coupon: | | | |

Please use this coupon to make your payments by check or ...
Pay online!
Visit us at www.iesi.com/payments
As always, you still have the option to pay by phone via ACH or
Credit/Debit Card by calling our Customer Service at : **(516) 937-0900**

**REMITTANCE ADDRESS:**

**IESI WINTERS BROTHERS**
**TRANSFER STATION CORP**
**1198 PROSPECT AVE**
**WESTBURY, NY   11590**

121000165 1901037306 000000102067



## IESI WINTERS BROTHERS
TRANSFER STATION CORP
99 NANCY ST
WEST BABYLON, NY    11704
(516) 937-0900

| DATE | CUSTOMER ID |
|---|---|
| 08/11/2012 | 121000165 |
| REFERENCE NO | INVOICE |
|  | 1901038387 |
| TOTAL DUE | PAID |
| 496.26 |  |

```
B    FINEST MAINTENANCE******
I    JODY GUMPEL
L    6 WOODCOCK LN
L    LEVITTOWN, NY 11756
T
O
```

**PAYMENT IS DUE UPON RECEIPT OF INVOICE.**
LATE PAYMENT MAY RESULT IN AN INTERRUPTION OF SERVICE.
ANY PAYMENT NOT RECEIVED WITHIN 30 DAYS OF THE INVOICE DATE WILL
BE CONSIDERED PAST DUE. PAST DUE INVOICES SHALL BE SUBJECT TO A
LATE CHARGE OF 1 1/2% FOR EACH MONTH OR PART THEREOF THAT THE
INVOICE IS PAST DUE.

| TRAN DATE | TICKET # | MANIFEST # | TRUCK ID | TONNAGE | VOLUME | MATERIAL | CHARGE |
|---|---|---|---|---|---|---|---|
| 08/07/12 |  |  |  |  |  | Payment - #VS01406462 | -102.06 |
| 08/06/12 | 1460955 |  | 29202KA | 5.96 | 0.00 | TS C&D | 321.84 |
| 08/10/12 | 1462893 |  | 29223MA | 3.23 | 0.00 | TS C&D | 174.42 |

NOTICE:   Your Invoice may reflect an increase in price.

| BALANCE FORWARD | PAYMENTS | CURRENT CHARGES | TAX AMOUNT | FINANCE CHARGE | PAY THIS AMOUNT | |
|---|---|---|---|---|---|---|
| 102.06 | -102.06 | 496.26 | 0.00 | 0.00 |  | 496.26 |

| AGING SCHEDULE BASED ON NUMBER OF DAYS SINCE INVOICING | CURRENT | 1-30 | 31-60 | 61-90 | OVER 90 |
|---|---|---|---|---|---|
|  | 496.26 | 0.00 | 0.00 | 0.00 | 0.00 |

**FOR CHANGE OF ADDRESS PLEASE CALL OR WRITE OUR OFFICE**

**PLEASE RETURN THIS PORTION WITH PAYMENT**



**FINEST MAINTENANCE******
JODY GUMPEL
6 WOODCOCK LN
LEVITTOWN, NY 11756

| Customer ID | 121000165 | Date | 08/11/2012 |
|---|---|---|---|
| Invoice | 1901038387 | Balance | 496.26 |
| Amount Paid with this Coupon: | | | |

Please use this coupon to make your payments by check or ...
Pay online!
Visit us at www.iesi.com/payments
As always, you still have the option to pay by phone via ACH or
Credit/Debit Card by calling our Customer Service at : **(516) 937-0900**

**REMITTANCE ADDRESS:**

**IESI WINTERS BROTHERS
TRANSFER STATION CORP
1198 PROSPECT AVE
WESTBURY, NY    11590**

121000165190103838700000496267

**IESI WINTERS BROTHERS**
TRANSFER STATION CORP
99 NANCY ST
WEST BABYLON, NY  11704
(516) 937-0900



| DATE | CUSTOMER ID |
|------|-------------|
| 08/18/2012 | 121000165 |
| REFERENCE NO | INVOICE |
| | 1901039958 |
| **TOTAL DUE** | **PAID** |
| 672.84 | |

```
B  FINEST MAINTENANCE******
I  JODY GUMPEL
L  6 WOODCOCK LN
L  LEVITTOWN, NY 11756
T
O
```

**PAYMENT IS DUE UPON RECEIPT OF INVOICE.**
LATE PAYMENT MAY RESULT IN AN INTERRUPTION OF SERVICE.
ANY PAYMENT NOT RECEIVED WITHIN 30 DAYS OF THE INVOICE DATE WILL
BE CONSIDERED PAST DUE. PAST DUE INVOICES SHALL BE SUBJECT TO A
LATE CHARGE OF 1 1/2% FOR EACH MONTH OR PART THEREOF THAT THE
INVOICE IS PAST DUE.

| TRAN DATE | TICKET # | MANIFEST # | TRUCK ID | TONNAGE | VOLUME | MATERIAL | CHARGE |
|-----------|----------|------------|----------|---------|--------|----------|--------|
| 08/14/12 | | | | | | | |
| 08/13/12 | 1464046 | | 29223MA | 4.80 | 0.00 | Payment - #VS01418733 | -496.26 |
| 08/14/12 | 1464467 | | 29223MA | 3.39 | 0.00 | TS C&D | 259.20 |
| 08/18/12 | 1466521 | | 29223MA | 4.27 | 0.00 | TS C&D | 183.06 |
| | | | | | | | 230.58 |

NOTICE:  Your Invoice may reflect an increase in price.

| BALANCE FORWARD | PAYMENTS | CURRENT CHARGES | TAX AMOUNT | FINANCE CHARGE | PAY THIS AMOUNT | |
|-----------------|----------|-----------------|------------|----------------|-----------------|---|
| 496.26 | -496.26 | 672.84 | 0.00 | 0.00 | | 672.84 |

| AGING SCHEDULE BASED ON NUMBER OF DAYS SINCE INVOICING | CURRENT | 1-30 | 31-60 | 61-90 | OVER 90 |
|--------------------------------------------------------|---------|------|-------|-------|---------|
| | 672.84 | 0.00 | 0.00 | 0.00 | 0.00 |

**FOR CHANGE OF ADDRESS PLEASE CALL OR WRITE OUR OFFICE**

**PLEASE RETURN  THIS PORTION  WITH  PAYMENT**

**FINEST MAINTENANCE******
JODY GUMPEL
6 WOODCOCK LN
LEVITTOWN, NY 11756

| Customer ID | 121000165 | Date | 08/18/2012 |
|-------------|-----------|------|------------|
| Invoice | 1901039958 | Balance | 672.84 |
| **Amount Paid with this Coupon:** | | | |

Please use this coupon to make your payments by check or ...
Pay online!
Visit us at www.iesi.com/payments
As always, you still have the option to pay by phone via ACH or
Credit/Debit Card by calling our Customer Service at : **(516) 937-0900**

**REMITTANCE  ADDRESS:**

**IESI WINTERS BROTHERS**
**TRANSFER STATION CORP**
**1198 PROSPECT AVE**
**WESTBURY, NY  11590**



**IESI WINTERS BROTHERS**
TRANSFER STATION CORP
99 NANCY ST
WEST BABYLON, NY    11704
(516) 937-0900

| DATE | CUSTOMER ID |
|---|---|
| 08/25/2012 | 121000165 |
| REFERENCE NO | INVOICE |
| | 1901041621 |
| **TOTAL DUE** | **PAID** |
| 1,436.94 | |

```
B   FINEST MAINTENANCE******
I   JODY GUMPEL
L   6 WOODCOCK LN
L   LEVITTOWN, NY 11756
T
O
```

**PAYMENT IS DUE UPON RECEIPT OF INVOICE.**
LATE PAYMENT MAY RESULT IN AN INTERRUPTION OF SERVICE.
ANY PAYMENT NOT RECEIVED WITHIN 30 DAYS OF THE INVOICE DATE WILL
BE CONSIDERED PAST DUE. PAST DUE INVOICES SHALL BE SUBJECT TO A
LATE CHARGE OF 1 1/2% FOR EACH MONTH OR PART THEREOF THAT THE
INVOICE IS PAST DUE.

| TRAN DATE | TICKET # | MANIFEST # | TRUCK ID | TONNAGE | VOLUME | MATERIAL | CHARGE |
|---|---|---|---|---|---|---|---|
| 08/21/12 | | | | | | | |
| 08/20/12 | | | | | | Payment - #VS01430563 | -672.84 |
| 08/21/12 | 1466967 | | 29223MA | 4.02 | 0.00 | TS C&D | 217.08 |
| 08/21/12 | 1467366 | | 29223MA | 2.94 | 0.00 | TS C&D | 158.76 |
| 08/22/12 | 1467864 | | 29223MA | 5.94 | 0.00 | TS C&D | 320.76 |
| 08/23/12 | 1468403 | | 29202KA | 3.01 | 0.00 | TS C&D | 162.54 |
| 08/24/12 | 1469007 | | 29202KA | 4.80 | 0.00 | TS C&D | 259.20 |
| 08/24/12 | 1469481 | | 29223MA | 5.90 | 0.00 | TS C&D | 318.60 |

NOTICE:  Your Invoice may reflect an increase in price.

| BALANCE FORWARD | PAYMENTS | CURRENT CHARGES | TAX AMOUNT | FINANCE CHARGE | **PAY THIS AMOUNT** | |
|---|---|---|---|---|---|---|
| 672.84 | -672.84 | 1,436.94 | 0.00 | 0.00 | | 1,436.94 |

| AGING SCHEDULE BASED ON NUMBER OF DAYS SINCE INVOICING | CURRENT | 1-30 | 31-60 | 61-90 | OVER 90 |
|---|---|---|---|---|---|
| | 1,436.94 | 0.00 | 0.00 | 0.00 | 0.00 |

**FOR CHANGE OF ADDRESS PLEASE CALL OR WRITE OUR OFFICE**

**PLEASE RETURN  THIS PORTION  WITH  PAYMENT**

**IESI**

**FINEST MAINTENANCE******
JODY GUMPEL
6 WOODCOCK LN
LEVITTOWN, NY 11756

| Customer ID | 121000165 | Date | 08/25/2012 |
|---|---|---|---|
| Invoice | 1901041621 | Balance | 1,436.94 |
| **Amount Paid with this Coupon:** | | | |

Please use this coupon to make your payments by check or ...
Pay online!
Visit us at www.iesi.com/payments
As always, you still have the option to pay by phone via ACH or
Credit/Debit Card by calling our Customer Service at : **(516) 937-0900**

**REMITTANCE  ADDRESS:**

**IESI WINTERS BROTHERS**
**TRANSFER STATION CORP**
**1198 PROSPECT AVE**
**WESTBURY, NY    11590**

121000165190104162100001436945



## IESI WINTERS BROTHERS
TRANSFER STATION CORP
99 NANCY ST
WEST BABYLON, NY     11704
(516) 937-0900

| DATE | CUSTOMER ID |
|------|-------------|
| 08/31/2012 | 121000165 |
| REFERENCE NO | INVOICE |
| | 1901044045 |
| TOTAL DUE | PAID |
| 950.40 | |

```
B
I   FINEST MAINTENANCE******
L   JODY GUMPEL
L   6 WOODCOCK LN
    LEVITTOWN, NY 11756
T
O
```

PAYMENT IS DUE UPON RECEIPT OF INVOICE.
LATE PAYMENT MAY RESULT IN AN INTERRUPTION OF SERVICE.
ANY PAYMENT NOT RECEIVED WITHIN 30 DAYS OF THE INVOICE DATE WILL
BE CONSIDERED PAST DUE. PAST DUE INVOICES SHALL BE SUBJECT TO A
LATE CHARGE OF 1 1/2% FOR EACH MONTH OR PART THEREOF THAT THE
INVOICE IS PAST DUE.

| TRAN DATE | TICKET # | MANIFEST # | TRUCK ID | TONNAGE | VOLUME | MATERIAL | CHARGE |
|-----------|----------|------------|----------|---------|--------|----------|--------|
| 08/28/12 | | | | | | Payment - #VS01440685 | -1,436.94 |
| 08/28/12 | 1470383 | | 29202KA | 3.61 | 0.00 | TS C&D | 194.94 |
| 08/28/12 | 1470693 | | 29223MA | 4.78 | 0.00 | TS C&D | 258.12 |
| 08/31/12 | 1472056 | | 29223MA | 2.93 | 0.00 | TS C&D | 158.22 |
| 08/31/12 | 1472386 | | 29202KA | 6.28 | 0.00 | TS C&D | 339.12 |

NOTICE:   Your Invoice may reflect an increase in price.

| BALANCE FORWARD | PAYMENTS | CURRENT CHARGES | TAX AMOUNT | FINANCE CHARGE | PAY THIS AMOUNT | |
|-----------------|----------|-----------------|------------|----------------|-----------------|--|
| 1,436.94 | -1,436.94 | 950.40 | 0.00 | 0.00 | | 950.40 |

| AGING SCHEDULE BASED ON NUMBER OF DAYS SINCE INVOICING | CURRENT | 1-30 | 31-60 | 61-90 | OVER 90 |
|---|---|---|---|---|---|
| | 950.40 | 0.00 | 0.00 | 0.00 | 0.00 |

### FOR CHANGE OF ADDRESS PLEASE CALL OR WRITE OUR OFFICE

### PLEASE RETURN  THIS PORTION  WITH  PAYMENT



**FINEST MAINTENANCE******
JODY GUMPEL
6 WOODCOCK LN
LEVITTOWN, NY 11756

| Customer ID | 121000165 | Date | 08/31/2012 |
|-------------|-----------|------|------------|
| Invoice | 1901044045 | Balance | 950.40 |
| Amount Paid with this Coupon: | | | |

Please use this coupon to make your payments by check or ...
Pay online!
Visit us at www.iesi.com/payments
As always, you still have the option to pay by phone via ACH or
Credit/Debit Card by calling our Customer Service at: **(516) 937-0900**

### REMITTANCE  ADDRESS:

**IESI WINTERS BROTHERS
TRANSFER STATION CORP
1198 PROSPECT AVE
WESTBURY, NY    11590**

121000165190104404500000950400



**IESI WINTERS BROTHERS**
TRANSFER STATION CORP
99 NANCY ST
WEST BABYLON, NY    11704
(516) 937-0900

| DATE | CUSTOMER ID |
|------|-------------|
| 09/15/2012 | 121000165 |
| **REFERENCE NO** | **INVOICE** |
| | 1901069066 |
| **TOTAL DUE** | **PAID** |
| 694.98 | |

| B I L L  T O | FINEST MAINTENANCE****** <br> JODY GUMPEL <br> 6 WOODCOCK LN <br> LEVITTOWN, NY 11756 |
|---|---|

**PAYMENT IS DUE UPON RECEIPT OF INVOICE.**
LATE PAYMENT MAY RESULT IN AN INTERRUPTION OF SERVICE.
ANY PAYMENT NOT RECEIVED WITHIN 30 DAYS OF THE INVOICE DATE WILL
BE CONSIDERED PAST DUE. PAST DUE INVOICES SHALL BE SUBJECT TO A
LATE CHARGE OF 1 1/2% FOR EACH MONTH OR PART THEREOF THAT THE
INVOICE IS PAST DUE.

| TRAN DATE | TICKET # | MANIFEST # | TRUCK ID | TONNAGE | VOLUME | MATERIAL | CHARGE |
|-----------|----------|------------|----------|---------|--------|----------|--------|
| 09/06/12 | | | | | | | |
| 09/13/12 | 1477128 | | 29223MA | 6.41 | 0.00 | Payment - #VS01456498 | -950.40 |
| 09/13/12 | 1477574 | | 29202KA | 3.59 | 0.00 | TS C&D | 346.14 |
| 09/14/12 | 1478100 | | 29202KA | 2.87 | 0.00 | TS C&D | 193.86 |
| | | | | | | | 154.98 |

NOTICE:  Your Invoice may reflect an increase in price.

| BALANCE FORWARD | PAYMENTS | CURRENT CHARGES | TAX AMOUNT | FINANCE CHARGE | PAY THIS AMOUNT | |
|-----------------|----------|-----------------|------------|----------------|-----------------|---|
| 950.40 | -950.40 | 694.98 | 0.00 | 0.00 | | 694.98 |

| AGING SCHEDULE BASED ON NUMBER OF DAYS SINCE INVOICING | CURRENT | 1-30 | 31-60 | 61-90 | OVER 90 |
|---|---|---|---|---|---|
| | 694.98 | 0.00 | 0.00 | 0.00 | 0.00 |

**FOR CHANGE OF ADDRESS PLEASE CALL OR WRITE OUR OFFICE**

**PLEASE RETURN THIS PORTION WITH PAYMENT**

IESI

**FINEST MAINTENANCE******
JODY GUMPEL
6 WOODCOCK LN
LEVITTOWN, NY 11756

| Customer ID | 121000165 | Date | 09/15/2012 |
|-------------|-----------|------|------------|
| Invoice | 1901069066 | Balance | 694.98 |
| Amount Paid with this Coupon: | | | |

Please use this coupon to make your payments by check or ...
Pay online!
Visit us at www.iesi.com/payments
As always, you still have the option to pay by phone via ACH or
Credit/Debit Card by calling our Customer Service at : **(516) 937-0900**

**REMITTANCE ADDRESS:**

**IESI WINTERS BROTHERS**
**TRANSFER STATION CORP**
**1198 PROSPECT AVE**
**WESTBURY, NY   11590**

121000165190106906600000694983



**IESI WINTERS BROTHERS**
TRANSFER STATION CORP
99 NANCY ST
WEST BABYLON, NY    11704
(516) 937-0900

| DATE | CUSTOMER ID |
|------|-------------|
| 09/22/2012 | 121000165 |
| REFERENCE NO | INVOICE |
| | 1901070706 |
| **TOTAL DUE** | **PAID** |
| 919.62 | |

| B I L L T O | FINEST MAINTENANCE******<br>JODY GUMPEL<br>6 WOODCOCK LN<br>LEVITTOWN, NY 11756 |
|---|---|

**PAYMENT IS DUE UPON RECEIPT OF INVOICE.**
LATE PAYMENT MAY RESULT IN AN INTERRUPTION OF SERVICE.
ANY PAYMENT NOT RECEIVED WITHIN 30 DAYS OF THE INVOICE DATE WILL
BE CONSIDERED PAST DUE. PAST DUE INVOICES SHALL BE SUBJECT TO A
LATE CHARGE OF 1 1/2% FOR EACH MONTH OR PART THEREOF THAT THE
INVOICE IS PAST DUE.

| TRAN DATE | TICKET # | MANIFEST # | TRUCK ID | TONNAGE | VOLUME | MATERIAL | CHARGE |
|-----------|----------|------------|----------|---------|--------|----------|--------|
| 09/18/12 | | | | | | Payment - #VS01481072 | -694.98 |
| 09/17/12 | 1478467 | | 29202KA | 2.68 | 0.00 | TS C&D | 144.72 |
| 09/17/12 | 1478947 | | 29223MA | 2.89 | 0.00 | TS C&D | 156.06 |
| 09/18/12 | 1479048 | | 29202KA | 2.14 | 0.00 | TS C&D | 115.56 |
| 09/19/12 | 1479592 | | 29202KA | 5.52 | 0.00 | TS C&D | 298.08 |
| 09/19/12 | 1479786 | | 29223MA | 3.80 | 0.00 | TS C&D | 205.20 |

NOTICE:  Your Invoice may reflect an increase in price.

| BALANCE FORWARD | PAYMENTS | CURRENT CHARGES | TAX AMOUNT | FINANCE CHARGE | PAY THIS AMOUNT | |
|-----------------|----------|-----------------|------------|----------------|-----------------|---|
| 694.98 | -694.98 | 919.62 | 0.00 | 0.00 | | 919.62 |

| AGING SCHEDULE BASED ON NUMBER OF DAYS SINCE INVOICING | CURRENT | 1-30 | 31-60 | 61-90 | OVER 90 |
|---|---|---|---|---|---|
| | 919.62 | 0.00 | 0.00 | 0.00 | 0.00 |

**FOR CHANGE OF ADDRESS PLEASE CALL OR WRITE OUR OFFICE**

**PLEASE RETURN  THIS PORTION  WITH  PAYMENT**



**FINEST MAINTENANCE******
JODY GUMPEL
6 WOODCOCK LN
LEVITTOWN, NY 11756

| Customer ID | 121000165 | Date | 09/22/2012 |
|-------------|-----------|------|-----------|
| Invoice | 1901070706 | Balance | 919.62 |
| Amount Paid with this Coupon: | | | |

Please use this coupon to make your payments by check or ...
Pay online!
Visit us at www.iesi.com/payments
As always, you still have the option to pay by phone via ACH or
Credit/Debit Card by calling our Customer Service at : **(516) 937-0900**

**REMITTANCE  ADDRESS:**

**IESI WINTERS BROTHERS**
**TRANSFER STATION CORP**
**1198 PROSPECT AVE**
**WESTBURY, NY    11590**

121000165190107070600000919628



## IESI WINTERS BROTHERS
TRANSFER STATION CORP
99 NANCY ST
WEST BABYLON, NY 11704
(516) 937-0900

| DATE | CUSTOMER ID |
|------|-------------|
| 09/30/2012 | 121000165 |
| REFERENCE NO | INVOICE |
| | 1901072624 |
| TOTAL DUE | PAID |
| 1,169.64 | |

```
B    FINEST MAINTENANCE******
I    JODY GUMPEL
L    6 WOODCOCK LN
L    LEVITTOWN, NY 11756
T
O
```

**PAYMENT IS DUE UPON RECEIPT OF INVOICE.**
LATE PAYMENT MAY RESULT IN AN INTERRUPTION OF SERVICE.
ANY PAYMENT NOT RECEIVED WITHIN 30 DAYS OF THE INVOICE DATE WILL
BE CONSIDERED PAST DUE. PAST DUE INVOICES SHALL BE SUBJECT TO A
LATE CHARGE OF 1 1/2% FOR EACH MONTH OR PART THEREOF THAT THE
INVOICE IS PAST DUE.

| TRAN DATE | TICKET # | MANIFEST # | TRUCK ID | TONNAGE | VOLUME | MATERIAL | CHARGE |
|-----------|----------|------------|----------|---------|--------|----------|--------|
| 09/25/12 | | | | | | Payment - #VS01497044 | -919.62 |
| 09/24/12 | 1481375 | | 29223MA | 3.85 | 0.00 | TS C&D | 207.90 |
| 09/24/12 | 1481621 | | 29202KA | 3.59 | 0.00 | TS C&D | 193.86 |
| 09/26/12 | 1482795 | | 29223MA | 4.35 | 0.00 | TS C&D | 234.90 |
| 09/26/12 | 1482967 | | 29202KA | 1.73 | 0.00 | TS C&D | 93.42 |
| 09/28/12 | 1484021 | | 29202KA | 3.79 | 0.00 | TS C&D | 204.66 |
| 09/29/12 | 1484062 | | 29223MA | 4.35 | 0.00 | TS C&D | 234.90 |

NOTICE: Your Invoice may reflect an increase in price.

| BALANCE FORWARD | PAYMENTS | CURRENT CHARGES | TAX AMOUNT | FINANCE CHARGE | PAY THIS AMOUNT | |
|-----------------|----------|-----------------|------------|----------------|-----------------|---|
| 919.62 | -919.62 | 1,169.64 | 0.00 | 0.00 | | 1,169.64 |

| AGING SCHEDULE BASED ON NUMBER OF DAYS SINCE INVOICING | CURRENT | 1-30 | 31-60 | 61-90 | OVER 90 |
|---|---|---|---|---|---|
| | 1,169.64 | 0.00 | 0.00 | 0.00 | 0.00 |

**FOR CHANGE OF ADDRESS PLEASE CALL OR WRITE OUR OFFICE**

**PLEASE RETURN THIS PORTION WITH PAYMENT**



**FINEST MAINTENANCE******
JODY GUMPEL
6 WOODCOCK LN
LEVITTOWN, NY 11756

| Customer ID | 121000165 | Date | 09/30/2012 |
|-------------|-----------|------|------------|
| Invoice | 1901072624 | Balance | 1,169.64 |
| Amount Paid with this Coupon: | | | |

Please use this coupon to make your payments by check or ...
Pay online!
Visit us at www.iesi.com/payments
As always, you still have the option to pay by phone via ACH or
Credit/Debit Card by calling our Customer Service at: **(516) 937-0900**

**REMITTANCE ADDRESS:**

**IESI WINTERS BROTHERS
TRANSFER STATION CORP
1198 PROSPECT AVE
WESTBURY, NY 11590**

121000165190107262400001169646



## IESI WINTERS BROTHERS
TRANSFER STATION CORP
99 NANCY ST
WEST BABYLON, NY    11704
(516) 937-0900

Page 1 of 1

| DATE | CUSTOMER ID |
|---|---|
| 10/06/2012 | 121000165 |

| REFERENCE NO | INVOICE |
|---|---|
|  | 1901096293 |

| TOTAL DUE | PAID |
|---|---|
| 1,764.18 |  |

B
I
L
L
T
O

FINEST MAINTENANCE******
JODY GUMPEL
6 WOODCOCK LN
LEVITTOWN, NY 11756

**PAYMENT IS DUE UPON RECEIPT OF INVOICE.**
LATE PAYMENT MAY RESULT IN AN INTERRUPTION OF SERVICE.
ANY PAYMENT NOT RECEIVED WITHIN 30 DAYS OF THE INVOICE DATE WILL
BE CONSIDERED PAST DUE. PAST DUE INVOICES SHALL BE SUBJECT TO A
LATE CHARGE OF 1 1/2% FOR EACH MONTH OR PART THEREOF THAT THE
INVOICE IS PAST DUE.

| TRAN DATE | TICKET # | MANIFEST # | TRUCK ID | TONNAGE | VOLUME | MATERIAL | CHARGE |
|---|---|---|---|---|---|---|---|
| 10/03/12 | 1485306 |  | 29223MA | 2.81 | 0.00 | TS C&D | 151.74 |
| 10/06/12 | 1486859 |  | 29202KA | 6.23 | 0.00 | TS C&D | 336.42 |
| 10/06/12 | 1486913 |  | 29202KA | 1.97 | 0.00 | TS C&D | 106.38 |

NOTICE:  Your Invoice may reflect an increase in price.

| BALANCE FORWARD | PAYMENTS | CURRENT CHARGES | TAX AMOUNT | FINANCE CHARGE | PAY THIS AMOUNT |
|---|---|---|---|---|---|
| 1,169.64 | 0.00 | 594.54 | 0.00 | 0.00 | 1,764.18 |

| AGING SCHEDULE BASED ON NUMBER OF DAYS SINCE INVOICING | CURRENT | 1-30 | 31-60 | 61-90 | OVER 90 |
|---|---|---|---|---|---|
|  | 594.54 | 1,169.64 | 0.00 | 0.00 | 0.00 |

### FOR CHANGE OF ADDRESS PLEASE CALL OR WRITE OUR OFFICE

### PLEASE RETURN THIS PORTION WITH PAYMENT

**FINEST MAINTENANCE******
JODY GUMPEL
6 WOODCOCK LN
LEVITTOWN, NY 11756

| Customer ID | 121000165 | Date | 10/06/2012 |
|---|---|---|---|
| Invoice | 1901096293 | Balance | 1,764.18 |
| Amount Paid with this Coupon: | | | |

Please use this coupon to make your payments by check or ...
Pay online!
Visit us at www.iesi.com/payments
As always, you still have the option to pay by phone via ACH or
Credit/Debit Card by calling our Customer Service at: **(516) 937-0900**

### REMITTANCE ADDRESS:

**IESI WINTERS BROTHERS
TRANSFER STATION CORP
1198 PROSPECT AVE
WESTBURY, NY    11590**

1210001651901096293000017641 81



**IESI WINTERS BROTHERS**
TRANSFER STATION CORP
99 NANCY ST
WEST BABYLON, NY    11704
(516) 937-0900

| DATE | CUSTOMER ID |
|---|---|
| 10/13/2012 | 121000165 |
| REFERENCE NO | INVOICE |
|  | 1901097539 |
| TOTAL DUE | PAID |
| 1,147.50 |  |

```
B
I   FINEST MAINTENANCE******
L   JODY GUMPEL
L   6 WOODCOCK LN
    LEVITTOWN, NY 11756
T
O
```

PAYMENT IS DUE UPON RECEIPT OF INVOICE.
LATE PAYMENT MAY RESULT IN AN INTERRUPTION OF SERVICE.
ANY PAYMENT NOT RECEIVED WITHIN 30 DAYS OF THE INVOICE DATE WILL
BE CONSIDERED PAST DUE. PAST DUE INVOICES SHALL BE SUBJECT TO A
LATE CHARGE OF 1 1/2% FOR EACH MONTH OR PART THEREOF THAT THE
INVOICE IS PAST DUE.

| TRAN DATE | TICKET # | MANIFEST # | TRUCK ID | TONNAGE | VOLUME | MATERIAL | CHARGE |
|---|---|---|---|---|---|---|---|
| 10/10/12 |  |  |  |  |  | Payment - #VS01530889 | -594.54 |
| 10/10/12 |  |  |  |  |  | Payment - #VS01530890 | -1,169.64 |
| 10/08/12 | 1486972 |  | 29202KA | 1.99 | 0.00 | TS C&D | 107.46 |
| 10/09/12 | 1487399 |  | 29223MA | 5.04 | 0.00 | TS C&D | 272.16 |
| 10/10/12 | 1488049 |  | 29202KA | 3.70 | 0.00 | TS C&D | 199.80 |
| 10/12/12 | 1488959 |  | 29223MA | 2.89 | 0.00 | TS C&D | 156.06 |
| 10/12/12 | 1489031 |  | 29202KA | 4.53 | 0.00 | TS C&D | 244.62 |
| 10/12/12 | 1489473 |  | 29202KA | 3.10 | 0.00 | TS C&D | 167.40 |

NOTICE:  Your Invoice may reflect an increase in price.

| BALANCE FORWARD | PAYMENTS | CURRENT CHARGES | TAX AMOUNT | FINANCE CHARGE | PAY THIS AMOUNT | |
|---|---|---|---|---|---|---|
| 1,764.18 | -1,764.18 | 1,147.50 | 0.00 | 0.00 | | 1,147.50 |

| AGING SCHEDULE BASED ON NUMBER OF DAYS SINCE INVOICING | CURRENT | 1-30 | 31-60 | 61-90 | OVER 90 |
|---|---|---|---|---|---|
| | 1,147.50 | 0.00 | 0.00 | 0.00 | 0.00 |

**FOR CHANGE OF ADDRESS PLEASE CALL OR WRITE OUR OFFICE**

**PLEASE RETURN THIS PORTION WITH PAYMENT**



**FINEST MAINTENANCE******
JODY GUMPEL
6 WOODCOCK LN
LEVITTOWN, NY 11756

| Customer ID | 121000165 | Date | 10/13/2012 |
|---|---|---|---|
| Invoice | 1901097539 | Balance | 1,147.50 |
| Amount Paid with this Coupon: | | | |

Please use this coupon to make your payments by check or ...
Pay online!
Visit us at www.iesi.com/payments
As always, you still have the option to pay by phone via ACH or
Credit/Debit Card by calling our Customer Service at : **(516) 937-0900**

**REMITTANCE ADDRESS:**

**IESI WINTERS BROTHERS
TRANSFER STATION CORP
1198 PROSPECT AVE
WESTBURY, NY    11590**

121000165190109753900001147500



**IESI WINTERS BROTHERS**
TRANSFER STATION CORP
99 NANCY ST
WEST BABYLON, NY    11704
(516) 937-0900

| DATE | CUSTOMER ID |
|------|-------------|
| 10/20/2012 | 121000165 |
| REFERENCE NO | INVOICE |
| | 1901099150 |
| **TOTAL DUE** | **PAID** |
| 908.82 | |

```
B  FINEST MAINTENANCE******
I  JODY GUMPEL
L  6 WOODCOCK LN
L  LEVITTOWN, NY 11756
T
O
```

PAYMENT IS DUE UPON RECEIPT OF INVOICE.
LATE PAYMENT MAY RESULT IN AN INTERRUPTION OF SERVICE
ANY PAYMENT NOT RECEIVED WITHIN30 DAYS OF THE INVOICE DATE WILL
BE CONSIDERED PAST DUE. PAST DUE INVOICES SHALL BE SUBJECT TO A
LATE CHARGE OF 1 1/2% FOR EACH MONTH OR PART THEREOF THAT THE
INVOICE IS PAST DUE.

| TRAN DATE | TICKET # | MANIFEST # | TRUCK ID | TONNAGE | VOLUME | MATERIAL | CHARGE |
|-----------|----------|------------|----------|---------|--------|----------|--------|
| 10/16/12 | | | | | | | |
| 10/15/12 | 1489667 | | 29202KA | 4.25 | 0.00 | Payment - #VS01541227 | -1,147.50 |
| 10/15/12 | 1489681 | | 29223MA | 3.40 | 0.00 | TS C&D | 229.50 |
| 10/17/12 | 1490769 | | 29202KA | 4.66 | 0.00 | TS C&D | 183.60 |
| 10/18/12 | 1491277 | | 29202KA | 4.52 | 0.00 | TS C&D | 251.64 |
| | | | | | | | 244.08 |

NOTICE:  Your Invoice may reflect an increase in price.

| BALANCE FORWARD | PAYMENTS | CURRENT CHARGES | TAX AMOUNT | FINANCE CHARGE | PAY THIS AMOUNT | |
|-----------------|----------|-----------------|------------|----------------|-----------------|---|
| 1,147.50 | -1,147.50 | 908.82 | 0.00 | 0.00 | | 908.82 |

| AGING SCHEDULE BASED ON NUMBER OF DAYS SINCE INVOICING | CURRENT | 1-30 | 31-60 | 61-90 | OVER 90 |
|---|---|---|---|---|---|
| | 908.82 | 0.00 | 0.00 | 0.00 | 0.00 |

**FOR CHANGE OF ADDRESS PLEASE CALL OR WRITE OUR OFFICE**

**FINEST MAINTENANCE******
JODY GUMPEL
6 WOODCOCK LN
LEVITTOWN, NY 11756

**PLEASE RETURN  THIS PORTION  WITH  PAYMENT**

| Customer ID | 121000165 | Date | 10/20/2012 |
|-------------|-----------|------|------------|
| Invoice | 1901099150 | Balance | 908.82 |
| Amount Paid with this Coupon: | | | |

Please use this coupon to make your payments by check or ...
Pay online!
Visit us at www.iesi.com/payments
As always, you still have the option to pay by phone via ACH or
Credit/Debit Card by calling our Customer Service at : **(516) 937-0900**

**REMITTANCE  ADDRESS:**

**IESI WINTERS BROTHERS
TRANSFER STATION CORP
1198 PROSPECT AVE
WESTBURY, NY    11590**

121000165190109915000000908827



**IESI WINTERS BROTHERS**
TRANSFER STATION CORP
99 NANCY ST
WEST BABYLON, NY   11704
(516) 937-0900

| DATE | CUSTOMER ID |
|------|-------------|
| 10/31/2012 | 121000165 |
| REFERENCE NO | INVOICE |
| | 1901101072 |
| TOTAL DUE | PAID |
| 1,280.88 | |

B
I
L
L

T
O

FINEST MAINTENANCE******
JODY GUMPEL
6 WOODCOCK LN
LEVITTOWN, NY 11756

**PAYMENT IS DUE UPON RECEIPT OF INVOICE.**
LATE PAYMENT MAY RESULT IN AN INTERRUPTION OF SERVICE.
ANY PAYMENT NOT RECEIVED WITHIN 30 DAYS OF THE INVOICE DATE WILL
BE CONSIDERED PAST DUE. PAST DUE INVOICES SHALL BE SUBJECT TO A
LATE CHARGE OF 1 1/2% FOR EACH MONTH OR PART THEREOF THAT THE
INVOICE IS PAST DUE.

| TRAN DATE | TICKET # | MANIFEST # | TRUCK ID | TONNAGE | VOLUME | MATERIAL | CHARGE |
|-----------|----------|------------|----------|---------|--------|----------|--------|
| 10/23/12 | | | | | | Payment - #VS01553473 | -908.82 |
| 10/22/12 | 1492447 | | 29223MA | 2.39 | 0.00 | TS C&D | 129.06 |
| 10/22/12 | 1492525 | | 29202KA | 4.89 | 0.00 | TS C&D | 264.06 |
| 10/23/12 | 1493017 | | 29223MA | 2.40 | 0.00 | TS C&D | 129.60 |
| 10/24/12 | 1493596 | | 29202KA | 5.81 | 0.00 | TS C&D | 313.74 |
| 10/25/12 | 1494098 | | 29202KA | 1.51 | 0.00 | TS C&D | 81.54 |
| 10/25/12 | 1494163 | | 29223MA | 3.15 | 0.00 | TS C&D | 170.10 |
| 10/26/12 | 1494665 | | 29202KA | 2.26 | 0.00 | TS C&D | 122.04 |
| 10/26/12 | 1494820 | | 29202KA | 1.31 | 0.00 | TS C&D | 70.74 |

NOTICE:  Your Invoice may reflect an increase in price.

| BALANCE FORWARD | PAYMENTS | CURRENT CHARGES | TAX AMOUNT | FINANCE CHARGE | PAY THIS AMOUNT | |
|-----------------|----------|-----------------|------------|----------------|-----------------|---|
| 908.82 | -908.82 | 1,280.88 | 0.00 | 0.00 | | 1,280.88 |

| AGING SCHEDULE BASED ON NUMBER OF DAYS SINCE INVOICING | CURRENT | 1-30 | 31-60 | 61-90 | OVER 90 |
|---|---|---|---|---|---|
| | 1,280.88 | 0.00 | 0.00 | 0.00 | 0.00 |

**FOR CHANGE OF ADDRESS PLEASE CALL OR WRITE OUR OFFICE**

**PLEASE RETURN  THIS PORTION  WITH  PAYMENT**

**FINEST MAINTENANCE******
JODY GUMPEL
6 WOODCOCK LN
LEVITTOWN, NY 11756

| Customer ID | 121000165 | Date | 10/31/2012 |
|-------------|-----------|------|------------|
| Invoice | 1901101072 | Balance | 1,280.88 |
| Amount Paid with this Coupon: | | | |

Please use this coupon to make your payments by check or ...
Pay online!
Visit us at www.iesi.com/payments
As always, you still have the option to pay by phone via ACH or
Credit/Debit Card by calling our Customer Service at : **(516) 937-0900**

**REMITTANCE  ADDRESS:**

**IESI WINTERS BROTHERS
TRANSFER STATION CORP
1198 PROSPECT AVE
WESTBURY, NY   11590**

12100016519011010720000128088b



**IESI WINTERS BROTHERS**
TRANSFER STATION CORP
99 NANCY ST
WEST BABYLON, NY   11704
(516) 937-0900

| DATE | CUSTOMER ID |
|---|---|
| 11/10/2012 | 121000165 |
| REFERENCE NO | INVOICE |
|  | 1901126805 |
| TOTAL DUE | PAID |
| 2,141.64 |  |

```
B
I   FINEST MAINTENANCE******
L   JODY GUMPEL
L   6 WOODCOCK LN
T   LEVITTOWN, NY 11756
O
```

**PAYMENT IS DUE UPON RECEIPT OF INVOICE.**
LATE PAYMENT MAY RESULT IN AN INTERRUPTION OF SERVICE
ANY PAYMENT NOT RECEIVED WITHIN 30 DAYS OF THE INVOICE DATE WILL
BE CONSIDERED PAST DUE. PAST DUE INVOICES SHALL BE SUBJECT TO A
LATE CHARGE OF 1 1/2% FOR EACH MONTH OR PART THEREOF THAT THE
INVOICE IS PAST DUE.

| TRAN DATE | TICKET # | MANIFEST # | TRUCK ID | TONNAGE | VOLUME | MATERIAL | CHARGE |
|---|---|---|---|---|---|---|---|
| 11/06/12 |  |  |  |  |  | Payment - #VS01579717 | -1,280.88 |
| 11/03/12 | 1497193 |  | 29202KA | 4.70 | 0.00 | TS C&D | 253.80 |
| 11/03/12 | 1497360 |  | 29223MA | 1.41 | 0.00 | TS C&D | 76.14 |
| 11/05/12 | 1497792 |  | 29202KA | 3.61 | 0.00 | TS C&D | 194.94 |
| 11/05/12 | 1498334 |  | 29202KA | 4.02 | 0.00 | TS C&D | 217.08 |
| 11/06/12 | 1498458 |  | 29202KA | 2.48 | 0.00 | TS C&D | 158.72 |
| 11/06/12 | 1499059 |  | 29202KA | 3.70 | 0.00 | TS C&D | 236.80 |
| 11/08/12 | 1499906 |  | 29223MA | 3.13 | 0.00 | TS C&D | 200.32 |
| 11/09/12 | 1500480 |  | 29223MA | 3.43 | 0.00 | TS C&D | 219.52 |
| 11/10/12 | 1501103 |  | 29223MA | 3.89 | 0.00 | TS C&D | 248.96 |
| 11/10/12 | 1501126 |  | 29202KA | 5.24 | 0.00 | TS C&D | 335.36 |

NOTICE:  Your Invoice may reflect an increase in price.

| BALANCE FORWARD | PAYMENTS | CURRENT CHARGES | TAX AMOUNT | FINANCE CHARGE | PAY THIS AMOUNT | |
|---|---|---|---|---|---|---|
| 1,280.88 | -1,280.88 | 2,141.64 | 0.00 | 0.00 | | 2,141.64 |

| AGING SCHEDULE BASED ON NUMBER OF DAYS SINCE INVOICING | CURRENT | 1-30 | 31-60 | 61-90 | OVER 90 |
|---|---|---|---|---|---|
| | 2,141.64 | 0.00 | 0.00 | 0.00 | 0.00 |

**FOR CHANGE OF ADDRESS PLEASE CALL OR WRITE OUR OFFICE**

**PLEASE RETURN  THIS PORTION  WITH  PAYMENT**

**FINEST MAINTENANCE******
JODY GUMPEL
6 WOODCOCK LN
LEVITTOWN, NY 11756

| Customer ID | 121000165 | Date | 11/10/2012 |
|---|---|---|---|
| Invoice | 1901126805 | Balance | 2,141.64 |
| Amount Paid with this Coupon: | | | |

Please use this coupon to make your payments by check or ...
Pay online!
Visit us at www.iesi.com/payments
As always, you still have the option to pay by phone via ACH or
Credit/Debit Card by calling our Customer Service at : **(516) 937-0900**

**REMITTANCE  ADDRESS:**

**IESI WINTERS BROTHERS
TRANSFER STATION CORP
1198 PROSPECT AVE
WESTBURY, NY   11590**

1210001651901126805000021416842



**IESI WINTERS BROTHERS**
TRANSFER STATION CORP
99 NANCY ST
WEST BABYLON, NY   11704
(516) 937-0900

Page 1 of 1

| DATE | CUSTOMER ID |
|---|---|
| 11/17/2012 | 121000165 |
| **REFERENCE NO** | **INVOICE** |
| | 1901128721 |
| **TOTAL DUE** | **PAID** |
| 2,631.04 | |

```
B   FINEST MAINTENANCE******
I   JODY GUMPEL
L   6 WOODCOCK LN
L   LEVITTOWN, NY 11756
T
O
```

**PAYMENT IS DUE UPON RECEIPT OF INVOICE.**
LATE PAYMENT MAY RESULT IN AN INTERRUPTION OF SERVICE.
ANY PAYMENT NOT RECEIVED WITHIN 30 DAYS OF THE INVOICE DATE WILL
BE CONSIDERED PAST DUE. PAST DUE INVOICES SHALL BE SUBJECT TO A
LATE CHARGE OF 1 1/2% FOR EACH MONTH OR PART THEREOF THAT THE
INVOICE IS PAST DUE.

| TRAN DATE | TICKET # | MANIFEST # | TRUCK ID | TONNAGE | VOLUME | MATERIAL | CHARGE |
|---|---|---|---|---|---|---|---|
| 11/13/12 | | | | | | | |
| 11/12/12 | | | | | | Payment - #VS01595151 | -2,141.64 |
| 11/13/12 | 1501486 | | 29202KA | 6.33 | 0.00 | TS C&D | 405.12 |
| 11/13/12 | 1502295 | | 29202KA | 3.44 | 0.00 | TS C&D | 220.16 |
| 11/13/12 | 1502420 | | 29223MA | 2.31 | 0.00 | TS C&D | 147.84 |
| 11/13/12 | 1502705 | | 29202KA | 4.34 | 0.00 | TS C&D | 277.76 |
| 11/14/12 | 1503065 | | 29202KA | 3.36 | 0.00 | TS C&D | 215.04 |
| 11/14/12 | 1503701 | | 29202KA | 2.98 | 0.00 | TS C&D | 190.72 |
| 11/15/12 | 1503907 | | 29223MA | 4.37 | 0.00 | TS C&D | 279.68 |
| 11/15/12 | 1504247 | | 29202KA | 3.07 | 0.00 | TS C&D | 196.48 |
| 11/16/12 | 1504582 | | 29223MA | 5.16 | 0.00 | TS C&D | 330.24 |
| 11/17/12 | 1505370 | | 29223MA | 5.75 | 0.00 | TS C&D | 368.00 |

NOTICE:  Your Invoice may reflect an increase in price.

| BALANCE FORWARD | PAYMENTS | CURRENT CHARGES | TAX AMOUNT | FINANCE CHARGE | **PAY THIS AMOUNT** | |
|---|---|---|---|---|---|---|
| 2,141.64 | -2,141.64 | 2,631.04 | 0.00 | 0.00 | | 2,631.04 |

| AGING SCHEDULE BASED ON NUMBER OF DAYS SINCE INVOICING | CURRENT | 1-30 | 31-60 | 61-90 | OVER 90 |
|---|---|---|---|---|---|
| | 2,631.04 | 0.00 | 0.00 | 0.00 | 0.00 |

**FOR CHANGE OF ADDRESS PLEASE CALL OR WRITE OUR OFFICE**

**PLEASE RETURN THIS PORTION WITH PAYMENT**


**FINEST MAINTENANCE******
JODY GUMPEL
6 WOODCOCK LN
LEVITTOWN, NY 11756

| Customer ID | 121000165 | Date | 11/17/2012 |
|---|---|---|---|
| Invoice | 1901128721 | Balance | 2,631.04 |
| **Amount Paid with this Coupon:** | | | |

Please use this coupon to make your payments by check or ...
Pay online!
Visit us at www.iesi.com/payments
As always, you still have the option to pay by phone via ACH or
Credit/Debit Card by calling our Customer Service at : **(516) 937-0900**

**REMITTANCE ADDRESS:**

**IESI WINTERS BROTHERS**
**TRANSFER STATION CORP**
**1198 PROSPECT AVE**
**WESTBURY, NY   11590**

121000165190112872100002631049



**IESI WINTERS BROTHERS**
TRANSFER STATION CORP
99 NANCY ST
WEST BABYLON, NY    11704
(516) 937-0900

| DATE | CUSTOMER ID |
|------|-------------|
| 11/24/2012 | 121000165 |
| REFERENCE NO | INVOICE |
| | 1901130546 |
| TOTAL DUE | PAID |
| 2,125.44 | |

```
B
I   FINEST MAINTENANCE******
L   JODY GUMPEL
L   6 WOODCOCK LN
T   LEVITTOWN, NY 11756
O
```

**PAYMENT IS DUE UPON RECEIPT OF INVOICE.**
LATE PAYMENT MAY RESULT IN AN INTERRUPTION OF SERVICE.
ANY PAYMENT NOT RECEIVED WITHIN 30 DAYS OF THE INVOICE DATE WILL
BE CONSIDERED PAST DUE. PAST DUE INVOICES SHALL BE SUBJECT TO A
LATE CHARGE OF 1 1/2% FOR EACH MONTH OR PART THEREOF THAT THE
INVOICE IS PAST DUE.

| TRAN DATE | TICKET # | MANIFEST # | TRUCK ID | TONNAGE | VOLUME | MATERIAL | CHARGE |
|-----------|----------|------------|----------|---------|--------|----------|--------|
| 11/20/12 | | | | | | Payment - #VS01607152 | -2,631.04 |
| 11/19/12 | 1505798 | | 29202KA | 4.87 | 0.00 | TS C&D | 311.68 |
| 11/19/12 | 1505936 | | 29223MA | 2.73 | 0.00 | TS C&D | 174.72 |
| 11/20/12 | 1506725 | | 29202KA | 3.96 | 0.00 | TS C&D | 253.44 |
| 11/21/12 | 1507544 | | 29202KA | 6.63 | 0.00 | TS C&D | 424.32 |
| 11/23/12 | 1508312 | | 29202KA | 3.26 | 0.00 | TS C&D | 208.64 |
| 11/24/12 | 1508922 | | 29202KA | 7.13 | 0.00 | TS C&D | 456.32 |
| 11/24/12 | 1509079 | | 29223MA | 4.63 | 0.00 | TS C&D | 296.32 |

NOTICE:  Your Invoice may reflect an increase in price.

| BALANCE FORWARD | PAYMENTS | CURRENT CHARGES | TAX AMOUNT | FINANCE CHARGE | PAY THIS AMOUNT | |
|-----------------|----------|-----------------|------------|----------------|-----------------|--|
| 2,631.04 | -2,631.04 | 2,125.44 | 0.00 | 0.00 | | 2,125.44 |

| AGING SCHEDULE BASED ON NUMBER OF DAYS SINCE INVOICING | CURRENT | 1-30 | 31-60 | 61-90 | OVER 90 |
|---|---------|------|-------|-------|---------|
| | 2,125.44 | 0.00 | 0.00 | 0.00 | 0.00 |

**FOR CHANGE OF ADDRESS PLEASE CALL OR WRITE OUR OFFICE**

**PLEASE RETURN THIS PORTION WITH PAYMENT**



**FINEST MAINTENANCE******
JODY GUMPEL
6 WOODCOCK LN
LEVITTOWN, NY 11756

| Customer ID | 121000165 | Date | 11/24/2012 |
|-------------|-----------|------|------------|
| Invoice | 1901130546 | Balance | 2,125.44 |
| Amount Paid with this Coupon: | | | |

Please use this coupon to make your payments by check or ...
Pay online!
Visit us at www.iesi.com/payments
As always, you still have the option to pay by phone via ACH or
Credit/Debit Card by calling our Customer Service at : **(516) 937-0900**

**REMITTANCE ADDRESS:**

**IESI WINTERS BROTHERS
TRANSFER STATION CORP
1198 PROSPECT AVE
WESTBURY, NY    11590**

121000165190113054600002125443