# CIVIL CAUSE FOR PRETRIAL CONFERENCE

## BEFORE: JUDGE FEUERSTEIN

**FILED**
IN CLERK'S OFFICE
U S DISTRICT COURT E D N Y

★　SEP 09 2013　★

**LONG ISLAND OFFICE**

**DATE:** September 9, 2013　　　**TIME:** 30 MINUTES

**CASE NUMBER:**　　2:13-cv-00342-SJF-GRB

**CASE TITLE:**　　Gonzalez Bravo et al v. Finest Maintenance Inc. et al

**PLTFFS ATTY:**　__Delvis Melendez_____

　　　　　　　__X__ present　　　____ not present

　　　　　　　____ present　　　____ not present

**DEFTS ATTY:**　__Raymond Voulo_____

　　　　　　　__X__ present　　　____ not present

　　　　　　　____ present　　　____ not present

**COURT REPORTER:**

**COURTROOM DEPUTY:** BRYAN MORABITO

__X__　　CASE CALLED.

__　　ARGUMENT HEARD / CONT'D TO_____.

__　　ORDER ON THE RECORD AND SIGNED

**OTHER:**

Motions #17 and #18 are respectfully referred to the assigned Magistrate Judge.  A pretrial conference is scheduled for 12/11/13 at 11:15 AM before Judge Feuerstein.