# CIVIL CAUSE FOR PRETRIAL CONFERENCE

## BEFORE: JUDGE FEUERSTEIN

FILED
IN CLERK'S OFFICE
U S DISTRICT COURT E D N Y

★ SEP 12 2013 ★

LONG ISLAND OFFICE

**DATE:** September 12, 2013    **TIME:** 30 MINUTES

**CASE NUMBER:** 2:13-cv-00342-SJF-GRB

**CASE TITLE:** Gonzalez Bravo et al v. Finest Maintenance Inc. et al

**PLTFFS ATTY:** Delvis Melendez
X present    ___ not present

___ present    ___ not present

**DEFTS ATTY:** Raymond Voulo
X present    ___ not present

___ present    ___ not present

**COURT REPORTER:**

**COURTROOM DEPUTY:** BRYAN MORABITO

X    CASE CALLED.

_    ARGUMENT HEARD / CONT'D TO_____.

_    ORDER ON THE RECORD AND SIGNED

**OTHER:**

**The matter will be closed on Monday September 16, 2013 with leave to reopen within 30 days of the United States Attorney's determination regarding plaintiff's fraud allegations**