UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
EDWIN GUSTAVO GONZALEZ BRAVO, et al.,

                Plaintiffs,

       -against-

FINEST MAINTENANCE INC., and
JODY GUNPEL,

                Defendants.
----------------------------------------------------------X

**ORDER**
13-CV-342 (SJF)(GRB)

FILED
IN CLERK'S OFFICE
U S DISTRICT COURT E D N Y
★  SEP 16 2013  ★
LONG ISLAND OFFICE

FEUERSTEIN, J.

At the conference held on September 9, 2013, plaintiffs alleged that defendants have engaged in accounting fraud. Accordingly, the Court referred the matter to the United States Attorney's Office for investigation. Given that the United States Attorney's investigation will impact the disposition of plaintiffs' claims here, this case is closed with leave to reopen within thirty (30) days of the United States Attorney's determination of whether there is a basis for plaintiffs' fraud allegations.

**SO ORDERED.**

                                            s/ Sandra J. Feuerstein
                                            _____
                                            Sandra J. Feuerstein
                                            United States District Judge

Dated: September 16, 2013
       Central Islip, New York